1  **Matthew S. Hale, Esq.**
   **HALE & ASSOCIATES**
2  **Calif. State Bar No. 136690**
   **45 Rivermont Drive**
3  **Newport News, VA 23601**

4  **Mailing Address:**
   **P.O. Box 1951**
5  **Newport News, VA 23601**

6  **Telephone No. (757) 645-5082**
   **E-Mail: Matt@HaleEsq.com**
7
   **Attorney for Plaintiff, JENSEN FARMS, INC.**
8
9           **UNITED STATES DISTRICT COURT**
         **FOR THE NORTHERN DISTRICT OF CALIFORNIA,**
10                    **SAN JOSE DIVISION**

11 **JENSEN FARMS, INC., a California**          )   **Case No.:  5:08-cv-05003-JW**
12 **Corporation,**                             )
                                                )   **CIVIL COMPLAINT FOR:**
13                                              )   **DECLARATORY AND INJUNCTIVE**
                      **Plaintiffs,**           )   **RELIEF BASED ON PREEMPTION BY**
14                                              )   **TITLE II OF THE CLEAN AIR ACT, 42**
            **vs.**                             )   **U.S.C. §§ 7521 ET SEQ.**
15                                              )
16 **MONTEREY BAY UNIFIED AIR**                 )
   **POLLUTION CONTROL DISTRICT, and**          )
17 **DOES 1, through 10, inclusive,**           )
                                                )
18                                              )
                                                )
19                    **Defendants.**           )
                                                )
20                                              )
                                                )
21                                              )
                                                )
22                                              )
                                                )
23 _____          )

24

25

                                    1

Plaintiff alleges:

**I.    Introduction**

1.    The Monterey Bay Unified Air Pollution Control District ("District") has exceeded its authority under the Clean Air Act ("CAA"), 42 U.S.C. § 7401 et seq. (2008) as well as California's Health & Safety Code § 39666 (2009) and its implementing regulations (specifically 40 C.F.R. §§ 85-1601 through 85.1606) by adopting and enforcing a regulatory regime regulating emission standards and requiring the purchase of permits and annual fees for new and in-use nonroad stationary diesel compression ignition engines of greater than 50 brake horse power ("bhp") as well as setting emission standards for such engines, thereby contravening the Supremacy Clause of the United States Constitution, Art. VI, § 1, cl. 2. The District has done so in two ways, either one or both of which require issuance of a permanent injunction against enforcement of the Rules and a declaratory judgment that they are unlawful and unconstitutional: i.e.,

> (a)    by, inter alia, requiring the owners of such engines to apply and pay for a registration permit and thereafter pay an annual fee for such engines pursuant to Rules 220 and 310, and to comply with the emission standards of Rule 1010, subpart 3.4 ("Stationary Diesel-Fueled Engines (> 50 bhp) Used in Agricultural Operations), all of which were issued and adopted by the District even though preempted from doing so by 42 U.S.C. § 9543 (e)(1) insofar as they extend to and cover engines "which are smaller than 175 horsepower"; and,
>
> (b)    by issuing these Rules pursuant to a California Air Resources Board ("CARB") regulation – 17 C.R.R. § 93115 – which is preempted by 42

2

U.S.C. § 7543 (e)(2)(A) and otherwise void due to the CARB's failure to obtain the authorization of the Administrator of the Environmental Protection Agency ("EPA") to "adopt and enforce standards and other requirements .... for such … engines…."   As a result, § 93115 et seq is void ab initio due to CAA preemption and, concomitantly, District Rules 220, 310, and 1010 are thereby rendered void ab initio.

## II.    Jurisdiction And Venue

2.    This is an action arising under the Constitution and laws of the United States, including Art. VI, § 1, cl. 2 (Supremacy Clause) of the United States Constitution, and § 209 (e) of the Clean Air Act, 42 U.S.C. § 7543(e). The court has original jurisdiction over the case pursuant to 28 U.S.C. § 1331, and the power to issue declaratory relief pursuant to 28 U.S.C. § 2201.

3.    Venue is proper in the Northern District of California, San Jose Division, pursuant to 28 U.S.C. § 1391. The Monterey Bay Unified Air Pollution Control District is located in this District and Division and a substantial part of the events giving rise to this action, including the adoption of the challenged Rules, has also occurred in this District. Additionally, the Rules are being enforced against Jensen Farms within this judicial district and division.

## III.    The Parties

4.    Plaintiff Jensen Family Farms, Inc. ("Jensen") is a corporation incorporated under the laws of the State of California. Its principle place of business is located in Monterey County, State of California. It is engaged in the business of farming row agricultural crops in the Salinas Valley for the primary purpose of making a profit.

5.    Defendant Monterey Bay Unified Air Pollution Control District ("District") is a political subdivision of the State of California. It consists of three counties: Monterey County, Santa

3

**Jensen Farms, Inc. v. Monterey Bay Unified Air Pollution Control District**
**Complaint**

Cruz County, and San Benito County. As required by the California Clean Air Act and Amendments (Health & Safety Code § 40910 et seq.), and the United States Clean Air Act, the District is responsible for air monitoring, permitting, enforcement, long-range air quality planning, regulatory development, education and public information activities related to air pollution. It is, pursuant to Health and Safety Code §§ 39002 et seq. and 40000 et seq., the primary enforcement mechanism for air pollution control It is required by law to adopt and issue rules and regulations for the implementation and enforcement for the attainment and maintenance of federal and state ambient air standards.

6.      The true names and capacities of the defendants sued herein as Does 1 through 10 are unknown to Plaintiff who therefore sues them by such fictitious names. Plaintiff will amend this complaint to allege the true names and capacities of these defendants when they have been determined. Each of the fictitiously named defendants is responsible in some manner for the acts alleged herein.

7.      At all times mentioned in the claims for relief alleged herein, each and every defendant was an agent and/or employee of each and every other defendant. In doing the things alleged in the claims for relief stated herein, each and every defendant was acting within the course and scope of this agency or employment and was acting with the consent, permission and authorization of each of the remaining defendants. All actions of each defendant as alleged in the claims for relief stated were ratified and approved by every other defendant or their officers or managing agents.

IV.    **The Facts**

       A.      **The CARB Regulation**

8.      California Health & Safety Code § 39666 provides, in pertinent part:

4

**Jensen Farms, Inc. v. Monterey Bay Unified Air Pollution Control District**
**Complaint**

"**(a)** Following a noticed public hearing, the state board shall adopt airborne toxic control measures to reduce emissions of toxic air contaminants from nonvehicular sources. ....

**(d)** Not later than 120 days after the adoption or implementation by the state board of an airborne toxic control measure pursuant to this section or Section 39658, the districts shall implement and enforce the airborne toxic control measure or shall propose regulations enacting airborne toxic control measures on nonvehicular sources within their jurisdiction ... A district shall adopt rules and regulations implementing airborne toxic control measures on nonvehicular sources within its jurisdiction in conformance with subdivisions (b), (c), and (e), not later than six months following the adoption of airborne toxic control measures by the state board."

9.     On November 20, 2003, December 11, 2003, and February 26, 2004 the CARB conducted public hearings to consider adoption of an airborne toxic control measure to reduce public exposure to diesel particulate matter and to control criteria pollutants emitted from stationary diesel-fueled, compression-ignition engines. Following the February 26, 2004 public hearing, CARB adopted Resolution 3-30 in which it approved adoption of 17 C.C.R. § 93115. On November 28, 2004 the Final Regulation was approved by the Office of Administrative Law and filed with the Secretary of State. The regulation became operative December 6, 2004. See Register 2004, N. 46. A true and correct copy of the regulation as adopted and issued is Exhibit 1 hereto and incorporated herein by reference. The regulation sets forth, among other things, pollution emission standards for agricultural engines.

10.     Section 93115 was subsequently amended several times in the two years following its adoption: including e.g.,

a.     On August 2, 2005, amendments were made by emergency action that were operative April 4, 2005 (Register 2005, No. 14);

b.     On August 9, 2005 further amendments were made operative August 9, 2005 (Register 2005 No. 36);

5

**Jensen Farms, Inc. v. Monterey Bay Unified Air Pollution Control District**
**Complaint**

c.      On December 27, 2006, a further emergency amendment was made, operative December 27, 2006 (Register 2006, No. 52)

d.      On April 26, 2007, the August 9, 2005 amendment was refiled as an emergency regulation (Register 2007, No. 17).

11.     The last amendment to Section 93115 (Register 2007, No. 17) which renumbered it into sections 93115.1 through 93115.15 was filed on September 18, 2007, and made operative October 18, 2007 (Register 2007, No. 38). A true and correct copy of Section 93115 – 93115.15 is Exhibit 2 hereto and is incorporated herein by reference. The "Fact Sheet" accompanying the issuance of the regulation states that it is CARB's belief that between 9,000 and 11,000 diesel-fueled stationary CI engines are used in agricultural operations in California. A true and correct copy of that "Fact Sheet" is Exhibit 3 hereto and is incorporated herein by reference.

12.     The following sections of 17 C.F.R. § 93115 sets standards for stationary diesel engines having 50 brake horsepower or more used in agricultural operations: Sections 93115.5 (Airborne Toxic Control Measures for stationary CI engines – fuel and fuel additive requirements for new and in-use stationary CI engines that have a rated brake horsepower of greater than 50 (> 50 bhp)), 93115.8 (Airborne Toxic Control Measures for stationary CI engines – emission standards for stationary diesel-fueled CI engines (> 50 bhp) used in agricultural operations), 93115.10 (recordkeeping, reporting and monitoring requirements), 93115.11 (Airborne Toxic Control Measure for stationary CI engines – compliance schedule for owners or operators of three or fewer engines (> 50 bhp) located within a District), and 935115.12 (Airborne Toxic Control Measure for stationary CI engines – compliance schedule for owners or operators of four or more engines (> 50 bhp) located within a District).

**Jensen Farms, Inc. v. Monterey Bay Unified Air Pollution Control District**
**Complaint**

**B.   The District's Rules**

13.   On or about May 16, 2007 the District adopted, as a part of its official Rules and Regulations, Rule 220 which is entitled "Agricultural Diesel Engine Registration." A true and correct copy of that Rule is Exhibit 4 hereto and is incorporated herein by reference. The Rule became effective on May 16, 2007. According to its text, the "requirements of this Rule arise from the provisions of Health and Safety Code Sections … 39666." Rule 220, Subsection 1.5. It also states that "[r]eferenced or related District Rules include: 310…l and 1010…. Ibid. The District has not made any amendments to that rule following the September 18, 2007 amendment by the CARB to 17 C.C.R. § 93115.

14.   Its purpose, as stated in Rule 220, subsection 1.1, is "to provide for issuance and enforcement of Registrations for Diesel Engines utilized in Agricultural Operations."

15.   Subject to two exemptions that are not applicable here, the Rule applies "to any diesel engines of 50 brake horsepower (bhp) or larger utilized at an agricultural operation." Rule 220, subsection 1.2 It applies to both "new diesel engines" (defined by Rule 2, subpart 2.6 as being a "diesel engine purchased on or after March 1, 2008") and "in-use diesel engines" (defined by Rule 2, subpart 2.5 as being a "diesel engine that is not a New Diesel Engine").

16.   An "agricultural operation," as defined in Rule 220, subsection 2.2 is one involved in the "growing and harvesting of crops … for the primary purpose of making a profit, providing a livelihood…"

17.   The registration requirement extends to a variety of persons and entities who/that are "owners or operators" of "agricultural operations," defined by Rule 2, subpart 2.7.1 as including, as relevant here, "an individual, trust, firm, joint stock company, business concern, partnership, limited liability company, association, or corporation …"

7

**Jensen Farms, Inc. v. Monterey Bay Unified Air Pollution Control District**
**Complaint**

18.     Also adopted by the District on May 16, 2007 was Rule 310, which is entitled "Agricultural Diesel Engine Registration Fees." A true and correct copy of Rule 310 is Exhibit 5 hereto and is incorporated herein by reference. It was made effective on May 16, 2007. Rule 310, subsection 1.4.

19.     No exemptions to the Rule appear on its face.

20.     The requirements of Rule 310, according to its subsection 1.5, "arise from the provisions of Health and Safety Code Section … 39666." It also cross-references as "[r]eferenced or related District Rules" Rules 220 and 1010. Ibid.

21.     Rule 310 requires that the owners or operators of "new" and/or "in-use" diesel engines make application for and register their engines with the District. The fees paid by them are set forth in Rule 310, subpart 3.1.1 through 3.1.2.2. At the time of initial registration, the owner/operator of an "in-use" engine must pay

> "3.1.1.1       $150 for the first engine and $150 for each additional engine registered to the same owner or operator provided the applications are submitted to the District no later than February 29, 2009.
>
> 3.1.1.2       $300 for the first engine and $150 for each additional engine registered to the same owner or operator if the applications are submitted to the District after February 29, 2008.
>
> 3.1.2        Every applicant for a new diesel engine registration shall pay the following fees:
>
> 3.1.2.1.       $150 for the first engine and $75 for each additional engine registered to the same owner or operator provided the application(s) are submitted to the District within 90 days of purchase.

8

**Jensen Farms, Inc. v. Monterey Bay Unified Air Pollution Control District**
**Complaint**

3.1.2.2    $300 for the first engine and $150 for each additional engine registered to the same owner or operator if the applications are not submitted to the District within 90 days of purchase."

Rule 310, subpart 3.1.

22.    Plaintiff is advised and believes, and on that basis alleges, that over 115 applications have been filed with the District covering in excess of 400 engines.

23.    In addition, a registration fee on each individual registered operational diesel engine in the amount of $55.00 is also charged. The owner or operator of each individual non-operational diesel engine which is registered is required to pay an annual registration fee of $27.50. Rule 310, subpart 3.2.

24.    In the event of late payment of the annual registration fee of more than 30 but less than 60 days following the statement date,, the owner or operator is subject to penalties, [Rule 310, subpart 3.2] in the amount of "50% of the amount of the billed fee, to a maximum of $5,000, shall be added to the amount of the fee due." Rule 310, subpart 4.2.3 If late payment is made more than 60 days after the "issuance date of the District's billing statement, the delinquency penalty shall be increased to 75 percent of the original amount due, to a maximum of $7,500. " Rule 310, subpart 4.2.4.

25.    In the event that "the delinquent annual fees plus penalties assessed … are not submitted within 90 days of the issuance date of the District's billing statement, the Registration shall automatically expire for failure to renew. In such case, the District shall immediately notify the Owner or Operator that the Registration ahs expired and that further operation of the equipment without a valid registration is prohibited…." Rule 310, subpart 4.2.5.

9

**Jensen Farms, Inc. v. Monterey Bay Unified Air Pollution Control District**
**Complaint**

26.     On May 16, 2007, the District adopted Rule 1010 which is entitled "Air Toxic Control Measure for Stationary Compression Engines." A true and correct copy of Rule 1010 is Exhibit 6 hereto and is incorporate by reference.

27.     The purpose of Rule 1010, as expressed in subpart 1.1, is "to reduce diesel particulate matter (PM) from stationary diesel-fueled compression ignition (CI) engines and consistent with California Health and Safety Code Section 39666(d) is a replacement rule for 17 California Code of Regulations Section 93116, Airborne Toxic Control Measure for Stationary Compression Ignition Engines."

28.     Rule 1010 is, among other persons/entities, applicable to "any person who owns or operates a stationary CI engine in the District with a rated brake horsepower greater than 50 (> 50 bhp).

29.     While Rule 1010, subpart 1.3 specifically exempts agricultural CI engines from the operation of certain emission and fuel requirements and standards (including those for emergency standby diesel-fueled CI engines (> 50 bhp), [subpart 3.2], stationary prime diesel-fueled CI engines (>50 bhp), [subpart 3.3], and certain record-keeping, reporting and monitoring requirements, [Subpart 4.1.1]), it specifically imposes the following standards on diesel engines used in agricultural operations: "Stationary Diesel-Fueled CI Engines (>50 bhp)." Rule 1010, subpart 1.3.2, subpart 3.34.

30.     Rule 1010, subpart 3.4.1, stets for emission standards required for stationary diesel-fueled CI engines (>50 bhp) used in agricultural operations":

   "No person shall sell, purchase, or lease for use in the District any new stationary

   diesel-fueled engine to be used in agricultural operations that has a rated brake

   horsepower greater than 50, or operate any new stationary diesel-fueled engine to be

10

used in agricultural operations that has a rated brake horsepower greater than 50, unless the engine meets all of the follow emission performance standards…"

31.    The emission performance standards referenced in Rule 1010, subpart 3.4.1, are summarized in its Table 5, which is entitled "SUMMARY OF THE EMISSION STANDARDS FOR NEW STATIONARY DIESEL-FULED CI ENGINES > 50 BHP USED IN AGRICULTURAL OPERATIONS."

32.    Failure to comply with the standards set forth in Subpart 3.4.1 results in the imposition of penalties, injunctive relief, and other remedies specified in the Health & Safety Code § 42400 et seq.

**C.    Jensen Family Farms, Inc.**

33.    Jensen, in the operation of its farming-for-profit agricultural operation, is the owner and operator of stationary diesel CI engines having a brake-horsepower of both less and more than 175. That includes engines having between 50 and 175 brake horsepower. The engines are used in its farming operations, most usually for purposes of providing power to pumps for the purposes of irrigation of crops.

34.    On and after May 16, 2007 and the adoption by the District of Rules 220, 310, and 1010, Jensen has registered  its stationary diesel-fueled engines having a brake-horsepower of between 50 to 175 as well as engines having greater than 175 brake-horsepower. It has paid the registration/application fee required by Rule 310 on all such engines. It has further paid all annual fees on its registered engines as required by Rule 310.

35.    Plaintiff is informed and believes and on that basis alleges that on or after the May 16, 2007 adoption, implementation, and enforcement by the District of Rule 1010, including its fuel

**Jensen Farms, Inc. v. Monterey Bay Unified Air Pollution Control District**
**Complaint**

standards, Jensen has expended time, effort, and money in order to comply with the requirements of Rule 1010 applicable to diesel-fueled CI engines owned and operated by it.

## V. Claims For Relief

### FIRST CLAIM FOR RELIEF

**(For Declaratory And Injunctive Relief Based On Preemption
By Title II Of The Clean Air Act, 42 U.S.C. §§ 7521 <u>et</u> <u>seq</u> –
Engines Having Less Than 175 Horsepower)**

36. Plaintiff realleges and incorporates here by reference the allegations of paragraphs 1 through 35 of this Complaint as if set out here in full.

37. Section 208 (e)(1) of the federal Clean Air Act, 42 U.S.C. § 7543(e)(1), in pertinent part, states:

> "(e) Nonroad engines or vehicles.
>
> **(1) Prohibition on certain State standards. No State or any political subdivision thereof shall adopt or attempt to enforce any standard or other requirements relating to the control of emissions from either of the following nonroad engines or nonroad vehicles subject to regulation under this Act –**
>
> **(A)   New engines which are … used in farm equipment … and which are smaller than 175 horsepower.**" (Emphasis supplied)

38. "Farm equipment" is defined in 40 C.F.R. § 85.1602 (2008), a portion of the EPA's regulations implementing the Clean Air Act, as:

> "any internal combustion engine-powered machine primarily used in the commercial production and/or commercial harvesting of food … or commercial organic products …"

12

39. Pursuant to 40 C.F.R. § 85.1603 (entitled "scope of preemption") of the EPA's regulation implementing the Clean Air Act:

> "(a) For equipment that is used in applications in addition to farming or construction activities if the equipment is primarily used as farm and/or construction equipment or vehicles, as defined in this subpart, it is considered farm or construction equipment or vehicles.
>
> (b) **States and any political subdivisions thereof are preempted from adopting or enforcing standards or other requirements from new engines smaller than 175 horsepower, that is primarily used in farm … equipment** …" (Emphasis supplied)

40. Although 40 C.F.R. § 85.1601(b) refers only to "new" engines, "in-use" engines are included within that term as well. See Pacific Merchant Shipping Assoc. v. Goldstene, 517F.3d 1108 (9th Cir. 2008).

41. The Congress of the United States in enacting Section 209(e)(1) has expressly exempted any regulation by either California or the District, as a political subdivision thereof, of emissions from new and used engines used in farm equipment smaller than 175 horsepower. Id. at 1110.

42. Based on the foregoing, Jensen is entitled to a judgment that enjoins the District from giving effect to or enforcing Rules 220, 310, and/or 1010 and declares that such Rules are preempted by the federal Clean Air Act and are thereby illegal and unconstitutional.


///

///

///

**Jensen Farms, Inc. v. Monterey Bay Unified Air Pollution Control District**
**Complaint**

**SECOND CLAIM FOR RELIEF**

**(For Declaratory And Injunctive Relief Based On Preemption
By Title II Of The Clean Air Act, 42 U.S.C. §§ 7521 <u>et seq</u> –
Rules 220, 310, and 1010, Being Issued Pursuant To The
Authority Given By CARB Issuance Of 17 C.C.R. § 93115
Is Preempted By CARB Failure To Obtain Approval
Of The EPA To Issue Section 93115)**

43.   Plaintiff realleges and incorporates here by reference the allegations of paragraphs 1 through 42 of this Complaint as if set out here in full.

44.   Pursuant to California Health & Safety Code § 39666 (d), the triggering event and authority for the District's issuance and approval of Rules 220, 310, and 1010 is "the adoption or implementation by the state board of an airborne toxic control measure pursuant to this section…."

45.   Section 209(e)(2)(A) of the federal Clean Air Act, 42 U.S.C. § 7543(e)(2)(A), is the keystone statutory provision in the national scheme for uniform regulation of emissions from nonroad engines, including farm equipment having more than 175 horsepower. It provides, in pertinent part:

> "(A) In the case of any nonroad … engines other than those referred to in subparagraph (A) or (B) of paragraph (1) [engines used in farm equipment which are smaller than 175 horsepower], the [EPA] Administrator shall, after notice and opportunity for public hearing, authorize California to adopt and enforce standards and other requirements relating to the control of emissions from such … engines if California determines that California standards will be, in the aggregate, at least as protective of public health and welfare as applicable to

14

Federal standards. No such authorization shall be granted if the Administrator finds –

> (i)  the determination of California is arbitrary and capricious,
>
> (ii)  California does not need such California standards to meet compelling and extraordinary conditions, or
>
> (iii) California standards and accompanying enforcement pr4ocedures are not consistent with this section."

46.    40 C.F.R. § 85.1603 (d), the EPA regulation implementing and interpreting 42 U.S.C. § 7543 (e), which is entitled "scope of preemption" provides

"No state or any political subdivisions thereof shall enforce any standards or other requirements relating to the control of emissions from nonroad engines or vehicles except as provided for in this subpart."

47.    40 C.F.R. § 85.1604 (a), the EPA regulation implementing and interpreting 42 U.S.C. § 7543(e)(2)(A), which is entitled "Procedure for California nonroad authorization requests, provides:

"(a) California shall request authorization to enforce the adopted standards and other requirements relating to the control of emissions from nonroad … engines that are otherwise not preempted by § 85.1603(b) [farm equipment engines with less than 175 horsepower] … from the Administrator of EPA and provide the record on which the state rulemaking was based."

**Jensen Farms, Inc. v. Monterey Bay Unified Air Pollution Control District**
**Complaint**

48.     Defendant is informed and believes and on that basis alleges that the CARB did not submit any version of Section 93115 to the Administrator of the Environmental Protection Agency upon which the Administrator either held a public hearing on that regulation.

49.     Defendant is informed and believes and on that basis alleges that the EPA Administrator has not authorized California to adopt and enforce 17 C.C.R. § 93115.

50.     The Congress of the United States in enacting Section 209(e)(2)(A) has expressly exempted any regulation by either California of emissions from new and used engines used in farm equipment without the prior approval of the Administrator of the EPA. See Pacific Merchant Shipping Assoc. v. Goldstene, 517F.3d 1108 (9th Cir. 2008).

51.     As a result of the preemption of 17 C.C.R. § 93115 and its resulting unconstitutionality, that section (and its subparts) are unconstitutional and void ab initio. District Rules 220, 310, and 1010, insofar as they are based upon the issuance of § 93115 (and its subparts), are unconstitutional, illegal, and void ab initio.

52.     Based on the foregoing, Jensen is entitled to a judgment that enjoins the District from giving effect to or enforcing Rules 220, 310, and/or 1010 and declares that such Rules are preempted by the federal Clean Air Act and are thereby illegal and unconstitutional.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

A.     For a declaration that District Rules 220, 310, and 1010 are unlawful and preempted by the Clean Air Act, 42 U.S.C. § 7543(e) and regulations thereunder, violates the Supremacy Clause, and that it is contrary to law for District to enforce those rules.

B.     For a permanent injunction that bars the District from implementing or enforcing Rules 220, 320, and 1010 or equivalent regulations;

**Jensen Farms, Inc. v. Monterey Bay Unified Air Pollution Control District**
**Complaint**

C.   For restitution of the fees paid by Defendant to the District pursuant to Rule 310;

D.   For costs and attorneys fees allowed by law; and,

E.   For such other relief allowed by law.

Dated: October 31, 2008                                  Respectfully submitted,

_____
Matthew S. Hale
Attorney for Plaintiffs

17

**Jensen Farms, Inc. v. Monterey Bay Unified Air Pollution Control District**
**Complaint**

# Exhibit 1

**FINAL REGULATION ORDER**

**AIRBORNE TOXIC CONTROL MEASURE FOR
STATIONARY COMPRESSION IGNITION ENGINES**

Adopt new section 93115, title 17, California Code of Regulations, to read as follows: (Note: The entire text of section 93115 set forth below is new language proposed to be added to the California Code of Regulations.)

**Section 93115.  Airborne Toxic Control Measure for Stationary Compression Ignition (CI) Engines.**

**(a) Purpose**

> The purpose of this airborne toxic control measure (ATCM) is to reduce diesel particulate matter (PM) and criteria pollutant emissions from stationary diesel-fueled compression ignition (CI) engines.

**(b) Applicability**

(1)  Except as provided in subsection (c), this section applies to any person who either sells a stationary CI engine, offers a stationary CI engine for sale, leases a stationary CI engine, or purchases a stationary CI engine for use in California.

(2)  Except as provided in subsection (c), this section applies to any person who owns or operates a stationary CI engine in California with a rated brake horsepower greater than 50 (>50 bhp).

(3)  No later than 120 days after the approval of this section by the Office of Administrative Law, each air pollution control and air quality management district (district) shall:

(A)  implement and enforce the requirements of this section; or
(B)  propose its own ATCM to reduce diesel PM from stationary diesel-fueled CI engines as provided in Health and Safety Code section 39666(d).

**(c) Exemptions**

(1)  The requirements of this section do not apply to portable CI engines or CI engines used to provide the motive power for on-road and off-road vehicles.

(2)  The requirements of this section do not apply to CI engines used for the propulsion of marine vessels or auxiliary CI engines used on marine vessels.

(3)  The requirements of this section do not apply to in-use stationary CI engines used in agricultural operations.

**018**

(4)    The requirements specified in subsections (e)(2)(A), (e)(2)(C), and (e)(4)(A) do not apply to new stationary CI engines used in agricultural operations.

(5)    The requirements specified in subsection (e)(3) do not apply to single cylinder cetane test engines used exclusively to determine the cetane number of diesel fuels in accordance with American Society for Testing and Materials (ASTM) Standard D 613-03b, "Standard Test Method for Cetane Number of Diesel Fuel Oil," as modified on June 10, 2003, which is incorporated herein by reference.

(6)    The requirements specified in subsections (e)(2)(B)3. and (e)(2)(D)1. do not apply to in-use stationary diesel-fueled CI engines used in emergency standby or prime applications that, prior to January 1, 2005, were required in writing by the district to meet and comply with either minimum technology requirements or performance standards implemented by the district from the "Risk Management Guidance for the Permitting of New Stationary Diesel-Fueled Engines," October 2000, which is incorporated herein by reference.

(7)    The requirements specified in subsection (e)(2)(B)3. do not apply to permitted in-use stationary emergency standby diesel-fueled CI engines that will be removed from service or replaced prior to January 1, 2009, in accordance with an approved Office of Statewide Health Planning Development (OSHPD) Compliance Plan that has been approved prior to January 1, 2009, except that this exemption does not apply to replacement engines for the engines that are removed from service under the OSHPD plan.

(8)    The requirements in subsections (e)(1), (e)(2)(C), and (e)(2)(D) do not apply to any stationary diesel-fueled CI engine used solely for the training and testing of United States Department of Defense (U.S. DoD) students or personnel of any U.S. military branch in the operation, maintenance, repair and rebuilding of engines when such training engines are required to be configured and designed similarly to counterpart engines used by the U.S. DoD, U.S. Military services or North Atlantic Treaty Organization (NATO) forces in combat, combat support, combat service support, tactical or relief operations used on land or at sea.

(9)    The requirements specified in subsections (e)(1) and (e)(2) do not apply to stationary diesel-fueled CI engines used solely on San Nicolas or San Clemente Islands.  The Ventura County Air Pollution Control District Air Pollution Control Officer (APCO) and the South Coast Air Quality Management District APCO shall review the land use plans for the island in their jurisdiction at least once every five (5) years and withdraw this exemption if the land use plans are changed to allow use by the general public of the islands.

(10)   The requirements specified in subsection (e)(2) do not apply to stationary diesel-fueled engines used solely on outer continental shelf (OCS) platforms located within 25 miles of California's seaward boundary.

**019**

(11) **Exemption for Emergency Engines at Nuclear Facilities.** The requirements in subsection (e)(2)(B)3. do not apply to any in-use stationary diesel-fueled CI engines for which all of the following criteria are met:
(A) the engine is an emergency standby engine;
(B) the engine is subject to the requirements of the U.S. Nuclear Regulatory Commission;
(C) the engine is used solely for the safe shutdown and maintenance of a nuclear facility when normal power service fails or is lost; and
(D) the engine undergoes maintenance and testing operations for no more than 200 hours cumulatively per calendar year.

(12) **Request for Exemption for Low-Use Prime Engines Outside of School Boundaries.** The district APCO may approve a Request for Exemption from the provisions of subsection (e)(2)(D)1. for any in-use stationary diesel-fueled CI engine located beyond school boundaries, provided the approval is in writing, and the writing specifies all of the following conditions to be met by the owner or operator:

(A) the engine is a prime engine;
(B) the engine is located more than 500 feet from a school at all times;
(C) the engine operates no more than 20 hours cumulatively per year. The district APCO may use a different number of hours for applying this exemption if the diesel-fueled CI engine is used solely to start a combustion gas turbine engine, provided the number of hours used for this exemption is justified by the district, on a case-by-case basis, with consideration of factors including, at a minimum, the operational requirements of a facility using a combustion gas turbine engine and the impacts of the emissions from the engine at any receptor location.

(13) The requirements in subsections (e)(2)(B)3. and (e)(2)(D)1. do not apply to in-use dual-fueled diesel pilot CI engines that use an alternative fuel or an alternative diesel fuel.

(14) The requirements in subsection (e)(1), (e)(2)(A)3., (e)(2)(B)3., (e)(2)(C)1., and (e)(2)(D)1. do not apply to dual-fueled diesel pilot CI engines that use diesel fuel and digester gas or landfill gas.

(15) The requirements in subsections (e)(2)(B)3. and (e)(2)(D)1. do not apply to in-use stationary diesel-fueled CI engines that have selective catalytic reduction systems.

(16) The requirements of subsection (e)(2)(B)3. do not apply to in-use emergency fire pump assemblies that are driven directly by stationary diesel-fueled CI engines and only operated the number of hours necessary to comply with the testing requirements of National Fire Protection Association (NFPA) 25 – "Standard for the Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems," 1998 edition, which is incorporated herein by reference.



(17) The requirements of subsection (e)(1), (e)(2)(A)3., (e)(2)(B)3., (e)(2)(C), and (e)(2)(D) do not apply to any stationary diesel-fueled CI engine used to power equipment  that is owned by the National Aeronautics and Space Administration (NASA) and used solely at manned-space flight facilities including launch, tracking, and landing sites, provided the District APCO approves this exemption in writing.  This exemption only applies to diesel engines that power equipment which is maintained in the same configuration as similar equipment at all manned space flight facilities.

(18) **Request for Delay in Implementation for Remotely Located In-Use Prime Engines.**  Prior to January 1, 2011, the district APCO may approve a Request for Delay in Implementation from the provisions of (e)(2)(D)1. until January 1, 2011, for any in-use stationary diesel-fueled CI engine, provided the approval is in writing, and the writing specifies all the following conditions to be met by the owner or operator:

   (A) the engine is a prime engine, and
   (B) the engine is located more than one mile from any receptor location, and
   (C) the impacts of the emissions from the engine at any receptor location result in:
   1. a prioritization score of less than 1.0; and
   2. a maximum cancer risk of less than 1 in a million; and
   **3.** a maximum Hazard Index Value of less than 0.1.

(19) **Request for Delay in Implementation of Fuel Requirements.**  Prior to January 1, 2006, the district may approve a Request for Delay in implementation from the provisions of (e)(1) until a date as determined by the district, for any new or in-use stationary diesel-fueled CI engine, provided the approval is in writing, and the writing specifies the following information:

   1. the engine is a new stationary CI engine or an in-use stationary diesel-fueled CI engine, and
   2. the engine's fuel consumption rate, and
   3. the identification of the fuel in the fuel tank at the time of approval, and
   4. the specification of the fuel in the fuel tank at the time of approval; and
   5. the amount of fuel in the fuel tank at the time of approval; and
   6. the anticipated number of hours per year the engine is planned to be operated; and
   7. the date when compliance with the fuel use requirements specified in subsection (e)(1) is required.

## (d) Definitions

For purposes of this section, the following definitions apply:

(1) "Agricultural Operations" means the growing and harvesting of crops or the raising of fowl or animals for the primary purpose of making a profit, providing a livelihood, or conducting agricultural research or instruction by an educational institution.  Agricultural operations do not include activities involving the processing or distribution of crops or fowl.



(2) "Air Pollution Control Officer (APCO)" means the Executive Officer or director of a district, or his or her designated representative.

(3) "Alternative Fuel" means natural gas, propane, ethanol, or methanol.

(4) "Alternative Diesel Fuel" means any fuel used in a CI engine that is not commonly or commercially known, sold, or represented by the supplier as diesel fuel No. 1-D or No. 2-D, pursuant to the specifications in ASTM D975-81, "Standard Specification for Diesel Fuel Oils," as modified in May 1982, which is incorporated herein by reference, or an alternative fuel, and does not require engine or fuel system modifications for the engine to operate, although minor modifications (e.g., recalibration of the engine fuel control) may enhance performance.  Examples of alternative diesel fuels include, but are not limited to, biodiesel; Fischer-Tropsch fuels; emulsions of water in diesel fuel; and fuels with a fuel additive, unless:

(A) the additive is supplied to the engine fuel by an on-board dosing mechanism, or
(B) the additive is directly mixed into the base fuel inside the fuel tank of the engine, or
(C) the additive and base fuel are not mixed until engine fueling commences, and no more additive plus base fuel combination is mixed than required for a single fueling of a single engine.

(5) "Approach Light System with Sequenced Flasher Lights in Category 1 and Category 2 Configurations (ALSF-1 and ALSF-2)" means high intensity approach lighting systems with sequenced flashers used at airports to illuminate specified runways during category II or III weather conditions, where category II means a decision height of 100 feet and runway visual range of 1,200 feet, and category III means no decision height or decision height below 100 feet and runway visual range of 700 feet.

(6) "Baseline" or "Baseline Emissions" means the emissions level of a diesel-fueled engine using CARB diesel fuel as configured upon initial installation or by January 1, 2003, whichever is later.

(7) "California Air Resources Board (CARB) Diesel Fuel" means any diesel fuel that is commonly or commercially known, sold, or represented by the supplier as diesel fuel No. 1-D or No. 2-D, pursuant to the specifications in ASTM D975-81, "Standard Specification for Diesel Fuel Oils," as modified in May 1982, which is incorporated herein by reference, and that meets the specifications defined in title 13 CCR, sections 2281, 2282, and 2284.

(8) "Cancer Risk" means the characterization of the probability of developing cancer from exposure to environmental chemical hazards, in accordance with the methodologies specified in "The Air Toxics Hot Spots Program Guidance Manual for Preparation of Health Risk Assessments," Office of Environmental



Health Hazard Assessment, August 2003, which is incorporated herein by reference.

(9) "Carbon Monoxide (CO)" is a colorless, odorless gas resulting from the incomplete combustion of hydrocarbon fuels.

(10) "Combustion Gas Turbine Engine" means an internal combustion gas or liquid-fueled device consisting of compressor, combustor, and power turbine used to power an electrical generator.

(11) "Compression Ignition (CI) Engine" means an internal combustion engine with operating characteristics significantly similar to the theoretical diesel combustion cycle. The regulation of power by controlling fuel supply in lieu of a throttle is indicative of a compression ignition engine.

(12) "Control Area" means any electrical region in California that regulates its power generation in order to balance electrical loads and maintain planned interchange schedules with other control areas.

(13) "Cumulatively" means the aggregation of hours or days of engine use, and any portion of an hour or day of engine use, toward a specified time limit(s).

(14) "Demand Response Program (DRP)" means a program for reducing electrical demand using an Interruptible Service Contract (ISC) or Rolling Blackout Reduction Program (RBRP).

(15) "Diesel Fuel" means any fuel that is commonly or commercially known, sold, or represented by the supplier as diesel fuel, including any mixture of primarily liquid hydrocarbons - organic compounds consisting exclusively of the elements carbon and hydrogen - that is sold or represented by the supplier as suitable for use in an internal combustion, compression-ignition engine.

(16) "Diesel-Fueled" means fueled by diesel fuel, CARB diesel fuel, or jet fuel, in whole or part.

(17) "Diesel Particulate Filter (DPF)" means an emission control technology that reduces PM emissions by trapping the particles in a flow filter substrate and periodically removes the collected particles by either physical action or by oxidizing (burning off) the particles in a process called regeneration.

(18) "Diesel Particulate Matter (PM)" means the particles found in the exhaust of diesel-fueled CI engines as determined in accordance with the test methods identified in subsection (i).

(19) "Digester Gas" is any gas derived from anaerobic decomposition of organic matter.

(20) "District" has the same meaning as defined in the California Health and Safety Code, Section 39025.



(21) "DRP Engine" means an engine that is enrolled in a DRP.

(22) "Dual-fuel Diesel Pilot Engine" means a dual-fueled engine that uses diesel fuel as a pilot ignition source at an annual average ratio of less than 5 parts diesel fuel to 100 parts total fuel on an energy equivalent basis.

(23) "Dual-fuel Engine" means any CI engine that is engineered and designed to operate on a combination of alternative fuels, such as compressed natural gas (CNG) or liquefied petroleum gas (LPG) and diesel fuel or an alternative diesel fuel. These engines have two separate fuel systems, which inject both fuels simultaneously into the engine combustion chamber.

(24) "Emergency Standby Engine" means a stationary engine that meets the criteria specified in (A) and (B) and any combination of (C) or (D) or (E) below:

   (A) is installed for the primary purpose of providing electrical power or mechanical work during an emergency use and is not the source of primary power at the facility; and
   (B) is operated to provide electrical power or mechanical work during an emergency use; and
   (C) is operated under limited circumstances for maintenance and testing, emissions testing, or initial start-up testing, as specified in subsections (e)(2)(A), (e)(2)(B), and (e)(2)(F); or
   (D) is operated under limited circumstances in response to an impending outage, as specified in subsections (e)(2)(A), (e)(2)(B), and (e)(2)(F); or
   (E) is operated under limited circumstances under a DRP as specified in subsection (e)(2)(F).

**024**

(25) "Emergency Use" means providing electrical power or mechanical work during any of the following events and subject to the following conditions:

(A) the failure or loss of all or part of normal electrical power service or normal natural gas supply to the facility:
  1. which is caused by any reason other than the enforcement of a contractual obligation the owner or operator has with a third party or any other party; and
  2. which is demonstrated by the owner or operator to the district APCO's satisfaction to have been beyond the reasonable control of the owner or operator;

(B) the failure of a facility's internal power distribution system:
  1. which is caused by any reason other than the enforcement of a contractual obligation the owner or operator has with a third party or any other party; and
  2. which is demonstrated by the owner or operator to the district APCO's satisfaction to have been beyond the reasonable control of the owner or operator;

(C) the pumping of water or sewage to prevent or mitigate a flood or sewage overflow;

(D) the pumping of water for fire suppression or protection;

(E) the powering of ALSF-1 and ALSF-2 airport runway lights under category II or III weather conditions;

(F) the pumping of water to maintain pressure in the water distribution system for the following reasons:
  1. a pipe break that substantially reduces water pressure; or
  2. high demand on the water supply system due to high use of water for fire suppression; or
  3. the breakdown of electric-powered pumping equipment at sewage treatment facilities or water delivery facilities.

(26) "Emission Control Strategy" means any device, system, or strategy employed with a diesel-fueled CI engine that is intended to reduce emissions including, but not limited to, particulate filters, diesel oxidation catalysts, selective catalytic reduction systems, fuel additives used in combination with particulate filters, alternative diesel fuels, and any combination of the above.

(27) "End User" means any person who purchases or leases a stationary diesel-fueled engine for operation in California. Persons purchasing engines for resale are not considered "end users."

(28) "Enrolled" means either of the following, whichever applies:

(A) the ISC is in effect during the specified time period for an engine in an ISC; or

(B) the date the engine is entered into the RBRP.

(29) "Executive Officer" means the executive officer of the Air Resources Board, or his or her designated representative.



(30)   "Facility" means one or more contiguous properties, in actual physical contact or separated solely by a public roadway or other public right-of-way, under common ownership on which engines operate.

(31)   "Fuel Additive" means any substance designed to be added to fuel or fuel systems or other engine-related engine systems such that it is present in-cylinder during combustion and has any of the following effects: decreased emissions, improved fuel economy, increased performance of the engine; or assists diesel emission control strategies in decreasing emissions, or improving fuel economy or increasing performance of the engine.

(32)   "Generator Set" means a CI engine coupled to a generator that is used as a source of electricity.

(33)   "Hazard Index" means the sum of individual acute or chronic hazard quotients for each substance affecting a particular toxicological endpoint, as determined in accordance with the requirements of "The Air Toxics Hot Spots Program Guidance Manual for Preparation of Health Risk Assessments," Office of Environmental Health Hazard Assessment, August 2003, which is incorporated herein by reference.

(34)   "HC" means the sum of all hydrocarbon air pollutants.

(35)   "In-Use" means a CI engine that is not a "new" CI engine.

(36)   "Initial Start-up Testing" means operating the engine or supported equipment to ensure their proper performance either:

   (A)   for the first time after initial installation of a new stationary diesel-fueled CI engine at a facility, or
   (B)   for the first time after installation of emission control equipment on an in-use stationary diesel-fueled CI engine.

(37)   "Interruptible Service Contract (ISC)" means a contractual arrangement in which a utility distribution company provides lower energy costs to a nonresidential electrical customer in exchange for the ability to reduce or interrupt the customer's electrical service during a Stage 2 or Stage 3 alert, or during a transmission emergency.

(38)   "Jet Fuel" means fuel meeting any of the following specifications:

   (A)   ASTM D 1655-02, "Standard Specification for Aviation Turbine Fuels," which is incorporated herein by reference.  Jet fuels meeting this specification include Jet A, Jet A-1, and Jet B;
   (B)   Military Detail (MIL-DTL) 5624T, "Turbine Fuels, Aviation, Grades Jet Propellant (JP) JP-4, JP-5, and JP-5/JP8 ST," dated September 18, 1998, which is incorporated herein by reference; and

**026**

(C) Military Test (MIL-T) 83133E, "Turbine Fuels, Aviation, Kerosene Types, North Atlantic Treaty Organization (NATO) F-34 (JP-8), NATO F-35, and JP-8+100," dated April 1, 1999, which is incorporated herein by reference.

(39) "Landfill Gas" means any gas derived through any biological process from the decomposition of waste buried within a waste disposal site.

(40) "Location" means any single site at a facility.

(41) "Maintenance and Testing" means operating an emergency standby CI engine to:

(A) evaluate the ability of the engine or its supported equipment to perform during an emergency.  "Supported Equipment" includes, but is not limited to, generators, pumps, transformers, switchgear, and breakers; or
(B) facilitate the training of personnel on emergency activities; or
(C) provide electric power for the facility when the utility distribution company takes its power distribution equipment offline to service that equipment for any reason that does not qualify as an emergency use.

(42) "Maximum Rated Power" means the maximum brake kilowatt output of an engine as determined from any of the following, whichever is the greatest: (A) the manufacturer's sales and service literature, (B) the nameplate of the unit , or (C) if applicable, as shown in the application for certification of the engine.

(43) "Model Year" means the stationary CI engine manufacturer's annual production period, which includes January 1st of a calendar year, or if the manufacturer has no annual production period, the calendar year.

(44) "New" or "New CI Engine" means the following:

(A) a stationary CI engine installed at a facility after January 1, 2005, including an engine relocated from an off-site location after January 1, 2005, except the following shall be deemed in-use engines:

1. a replacement stationary CI engine that is installed to temporarily replace an in-use engine while the in-use engine is undergoing maintenance and testing, provided the replacement engine emits no more than the in-use engine, and the replacement engine is not used more than 180 days cumulatively in any 12-month rolling period;
2. an engine that was approved by the District for installation prior to the effective date of this section but is not installed until after January 1, 2005;
3. an engine that is one of four or more engines owned by an owner or operator and is relocated prior to January 1, 2008, to an offsite location that is owned by the same owner or operator;
4. an engine installed prior to or on January 1, 2005, in a facility used in agricultural operations that is owned by an owner or operator, which is



subsequently relocated to an offsite location that is owned by the same owner or operator.

5. an engine installed at a facility prior to January 1, 2005 and relocated within the same facility after January 1, 2005.

(B) a stationary CI engine that has been reconstructed after January 1, 2005, shall be deemed a new engine unless the sum of the costs of all individual reconstructions of that engine after January 1, 2005, is less than 50% of the lowest-available purchase price, determined at the time of the most recent reconstruction, of a complete, comparably-equipped new engine (within ±10% of the reconstructed engine's brake horsepower rating).

For purposes of this definition, the cost of reconstruction and the cost of a comparable new engine shall not include the cost of equipment and devices required to meet the requirements of this ATCM.

(45) "Nitrogen Oxides (NOx)" means compounds of nitric oxide (NO), nitrogen dioxide ($NO_2$), and other oxides of nitrogen, which are typically created during combustion processes and are major contributors to smog formation and acid deposition.

(46) "Non-Methane Hydrocarbons (NMHC)" means the sum of all hydrocarbon air pollutants except methane.

(47) Outer Continental Shelf (OCS) shall have the meaning provided by section 2 of the Outer Continental Shelf Lands Act (43 U.S.C. Section 1331 et seq.).

(48) "Owner or Operator" means any person subject to the requirements of this section, including but not limited to:

(A) an individual, trust, firm, joint stock company, business concern, partnership, limited liability company, association, or corporation including but not limited to, a government corporation; and

(B) any city, county, district, commission, the state or any department, agency, or political subdivision thereof, any interstate body, and the federal government or any department or agency thereof to the extent permitted by law.

(49) "Particulate Matter (PM)" means the particles found in the exhaust of CI engines, which may agglomerate and adsorb other species to form structures of complex physical and chemical properties.

(50) "Portable CI Engine" means a compression ignition (CI) engine designed and capable of being carried or moved from one location to another, except as provided in subsection (d)(63).  Indicators of portability include, but are not limited to, wheels, skids, carrying handles, dolly, trailer, or platform.  The provisions of this definition notwithstanding, an engine with indicators of portability that remains at the same facility location for more than 12 consecutive rolling months or 365 rolling days, whichever occurs first, not including time spent in a storage facility, shall be deemed a stationary engine.

**028**

(51) "Prime CI Engine" means a stationary CI engine that is not an emergency standby CI engine.

(52) "Prioritization Score" means the numeric value used to rank facilities in order of their potential to pose significant risk to human receptors. Prioritization scores are calculated per the process described in the "CAPCOA Air Toxics 'Hot Spots' Program Facility Prioritization Guidelines," California Air Pollution Control Officer's Association (CAPCOA), July 1990, which is incorporated herein by reference.

(53) "Rated Brake Horsepower (bhp)" means:

(A) for in-use engines, the maximum brake horsepower output of an engine as determined from any of the following, whichever reflects the engine's configuration as of January 1, 2005:
1. the manufacturer's sales and service literature;
2. the nameplate of the engine; or
3. if applicable, as shown in the application for certification of the engine;
(B) for new engines, the maximum brake horsepower output of an engine as determined from any of the following, whichever reflects the engine's configuration upon the engine's initial installation at the facility:
1. the manufacturer's sales and service literature;
2. the nameplate of the engine; or
3. if applicable, as shown in the application for certification of the engine.

(54) "Receptor location" means any location outside the boundaries of a facility where a person may experience exposure to diesel exhaust due to the operation of a stationary diesel-fueled CI engine. Receptor locations include, but are not limited to, residences, businesses, hospitals, daycare centers, and schools.

(55) "Reconstruction" means the rebuilding of the engine or the replacement of engine parts, including pollution control devices, but excluding operating fluids; lubricants; and other consumables such as air filters, fuel filters, and glow plugs that are subject to regular replacement.

(56) "Rolling Blackout Reduction Program (RBRP)" means a contractual arrangement, implemented by the San Diego Gas and Electric Company (SDGE) in San Diego County, in which SDGE pays a nonresidential electrical customer $0.20 per kW-hr of reduced demand in exchange for the customer using its diesel-fueled engines to reduce its electrical demand upon request by SDGE by 15% or more, with a minimum of 100 kW reduction, during either a Stage 3 alert or a transmission emergency.

(57) "Rotating Outage" means a controlled, involuntary curtailment of electrical power service to consumers as ordered by the Utility Distribution Company.



(58) "School" or "School Grounds" means any public or private school used for purposes of the education of more than 12 children in kindergarten or any of grades 1 to 12, inclusive, but does not include any private school in which education is primarily conducted in a private home(s). "School" or "School Grounds" includes any building or structure, playground, athletic field, or other areas of school property but does not include unimproved school property.

(59) "Selective Catalytic Reduction (SCR) System" means an emission control system that reduces NOx emissions through the catalytic reduction of NOx in diesel exhaust by injecting nitrogen-containing compounds into the exhaust stream, such as ammonia or urea.

(60) "Seller" means any person who sells, leases, or offers for sale any stationary diesel-fueled engine directly to end users.

(61) "Stage 2 Alert" means an official forecast or declaration by the California Independent System Operator that the operating reserves of electrical power will fall or have fallen below 5 percent.

(62) "Stage 3 Alert" means an official forecast or declaration by the California Independent System Operator that the operating reserves of electrical power will fall or have fallen below 1.5 percent.

(63) "Stationary CI Engine" means a CI engine that is designed to stay in one location, or remains in one location. A CI engine is stationary if any of the following are true:

   (A) the engine or its replacement is attached to a foundation, or if not so attached, resides at the same location for more than 12 consecutive months. Any engine such as backup or standby engines, that replaces an engine at a location and is intended to perform the same or similar function as the engine(s) being replaced, shall be included in calculating the consecutive time period. The cumulative time of all engine(s), including the time between the removal of the original engine(s) and installation of the replacement engine(s), will be counted toward the consecutive time period; or

   (B) the engine remains or will reside at a location for less than 12 consecutive months if the engine is located at a seasonal source and operates during the full annual operating period of the seasonal source, where a seasonal source is a stationary source that remains in a single location on a permanent basis (at least two years) and that operates at that single location at least three months each year; or

   (C) the engine is moved from one location to another in an attempt to circumvent the 12 month residence time requirement. The period during which the engine is maintained at a storage facility shall be excluded from the residency time determination.



(64) "Stationary Source" means any building, structure, facility, or installation that emits any pollutant directly or as fugitive emissions.  Building, structure, facility, or installation include all pollutant emitting activities which:

    (A) are under the same ownership or operation, or which are owned or operated by entities which are under common control; and

    (B) belong to the same industrial grouping either by virtue of falling within the same two-digit standard industrial code or by virtue of being part of a common industrial process, manufacturing process, or connected process involving a common raw material; and

    (C) are located on one or more contiguous or adjacent properties.

(65) "Transmission Constrained Area" means the specific location that is subject to localized operating reserve deficiencies due to the failure of the normal electrical power distribution system.

(66) "Transmission Emergency" means an official forecast or declaration by the California Independent System Operator that the available electrical power transmission capacity to a transmission constrained area is insufficient and may result in an uncontrolled local grid collapse in the transmission constrained area.

(67) "Utility Distribution Company" means one of several organizations that control energy transmission and distribution in California.  Utility Distribution Companies include, but are not limited to, the Pacific Gas and Electric Company, the San Diego Gas and Electric Company, Southern California Edison, Los Angeles Department of Water and Power, the Imperial Irrigation District, and the Sacramento Municipal Utility District.

(68) "Verification Procedure, Warranty and In-Use Compliance Requirements for In-Use Strategies to Control Emissions from Diesel Engines (Verification Procedure)" means the ARB regulatory procedure codified in title 13, CCR, sections 2700-2710, which is incorporated herein by reference, that engine manufacturers, sellers, owners, or operators may use to verify the reductions of diesel PM or NOx from in-use diesel engines using a particular emission control strategy.

(69) "Verified Diesel Emission Control Strategy" means an emission control strategy, designed primarily for the reduction of diesel PM emissions, which has been verified pursuant to the Verification Procedure.

## (e) Requirements

(1) <u>Fuel and Fuel Additive Requirements for New and In-Use Stationary CI Engines That Have a Rated Brake Horsepower of Greater than 50 (>50 bhp)</u>

    (A) As of January 1, 2006, except as provided for in subsection (c), no owner or operator of a new stationary CI engine or an in-use prime stationary



diesel-fueled CI engine**s** shall fuel the engine with any fuel unless the fuel is one of the following:

1. CARB Diesel Fuel, or
2. an alternative diesel fuel that meets the requirements of the Verification Procedure, or
3. an alternative fuel, or
4. CARB Diesel Fuel used with fuel additives that meets the requirements of the Verification Procedure, or
5. any combination of (e)(1)(A)1. through (e)(1)(A)4. above.

(B) As of January 1, 2006, except as provided for in subsection (c), no owner or operator of an in-use emergency standby stationary diesel-fueled CI engine shall add to the engine or any fuel tank directly attached to the engine any fuel unless the fuel is one of the following:

1. CARB Diesel Fuel, or
2. an alternative diesel fuel that meets the requirements of the Verification Procedure, or
3. an alternative fuel, or
4. CARB Diesel Fuel used with fuel additives that meets the requirements of the Verification Procedure, or
5. any combination of (e)(1)(B)1. through (e)(1)((B)4. above.

(2) <u>Operating Requirements and Emission Standards for New and In-Use Stationary Diesel-Fueled CI Engines That Have a Rated Brake Horsepower of Greater than 50 (>50 bhp).</u>

(A) ***New Emergency Standby Diesel-Fueled CI Engine (>50 bhp) Operating Requirements and Emission Standards***

1. **At-School and Near-School Provisions.** No owner or operator shall operate a new stationary emergency standby diesel-fueled CI engine for non-emergency use, including maintenance and testing, during the following periods:
   a. whenever there is a school sponsored activity, if the engine is located on school grounds, and
   b. between 7:30 a.m. and 3:30 p.m. on days when school is in session, if the engine is located within 500 feet of school grounds. Subsection (e)(2)(A)1. does not apply if the engine emits no more than 0.01 g/bhp-hr of diesel PM.

2. No owner or operator shall operate any new stationary emergency standby diesel-fueled CI engine (>50 bhp) in response to the notification of an impending rotating outage, unless all the following criteria are met:

- 15 -



a. the engine's permit to operate allows operation of the engine in anticipation of a rotating outage, or the District has established a policy or program that authorizes operation of the engine in anticipation of a rotating outage; and

b. the Utility Distribution Company has ordered rotating outages in the control area where the engine is located, or has indicated it expects to issue such an order at a specified time; and

c. the engine is located in a specific location that is subject to the rotating outage; and

d. the engine is operated no more than 30 minutes prior to the time when the Utility Distribution Company officially forecasts a rotating outage in the control area; and

e. the engine operation is terminated immediately after the Utility Distribution Company advises that a rotating outage is no longer imminent or in effect.

3. As of January 1, 2005, except as provided in subsection (c), no person shall sell, offer for sale, purchase, or lease for use in California any stationary emergency standby diesel-fueled CI engine that has a rated brake horsepower greater than 50 unless it meets the following applicable emission standards, and no person shall operate any new stationary emergency standby diesel-fueled CI engine that has a rated brake horsepower greater than 50, unless it meets all of the following applicable operating requirements and emission standards specified in (e)(2)(A)3. (which are summarized in Table 1):

   a. Diesel PM Standard and Hours of Operating Requirements

      I. General Requirements:  New stationary emergency standby diesel-fueled engines (>50 bhp) shall:

         i. emit diesel PM at a rate less than or equal to 0.15 g/bhp-hr; or

         ii. meet the current model year diesel PM standard specified in the Off-Road Compression Ignition Engine Standards for off-road engines with the same maximum rated power (title 13 CCR, section 2423), whichever is more stringent; and

         iii. not operate more than 50 hours per year for maintenance and testing purposes, except as provided in (e)(2)(A)3.a.II.  This subsection does not limit engine operation for emergency use and for emission testing to show compliance with (e)(2)(A)3.



II. The District may allow a new emergency standby diesel-fueled CI engine (> 50 hp) to operate up to 100 hours per year for maintenance and testing purposes on a site-specific basis, provided the diesel PM emission rate is less than or equal to 0.01 g/bhp-hr.

**TABLE 1: SUMMARY OF THE EMISSION STANDARDS AND OPERATING REQUIREMENTS FOR NEW STATIONARY EMERGENCY STANDBY DIESEL-FUELED CI ENGINES > 50 BHP (SEE SUBSECTION (e)(2)(A)3.)**

| DIESEL PM STANDARDS (g/bhp-hr) | MAXIMUM ALLOWABLE ANNUAL HOURS OF OPERATION FOR ENGINES MEETING DIESEL PM STANDARDS | | | OTHER POLLUTANTS |
| | Emergency Use | Non-Emergency Use | | HC, NOx, NMHC+NOx, AND CO STANDARDS (g/bhp-hr) |
| | | Emission Testing to show compliance[2] | Maintenance & Testing (hours/year) | |
|---|---|---|---|---|
| ≤0.15[1] | Not Limited by ATCM[3] | Not Limited by ATCM[3] | 50 | Off-Road CI Engine Certification Standards for an off-road engine of the same model year and horsepower rating, or Tier 1 standards for an off-road engine of the same maximum rated power.[4] |
| ≤0.01[1] | Not Limited by ATCM[3] | Not Limited by ATCM[3] | 51 to 100 (Upon approval by the District) | |

1. Or off-road certification standard (title 13 CCR section 2423) for an off-road engine with the same maximum rated power, whichever is more stringent
2. Emission testing limited to testing to show compliance with subsections (e)(2)(A)3.
3. May be subject to emission or operational restrictions as defined in current applicable district rules, regulations, or policies.
4. The option to comply with the Tier 1 standards is available only if no off-road engine certification standards have been established for an off-road engine of the same model year and maximum rated power as the new stationary emergency standby diesel-fueled CI engine.

b. HC, NOx, NMHC + NOx, and CO standards: New stationary emergency standby diesel-fueled CI engines (> 50 bhp) must meet the standards for off-road engines of the same model year and maximum rated power as specified in the Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423). If no standards have been established for an off-road engine of the same model year and maximum rated power as the new stationary emergency standby diesel-fueled CI engine, then the new stationary emergency standby diesel-fueled CI engine shall meet the Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same maximum rated power, irrespective of the new stationary emergency standby diesel-fueled CI engine's model year.

**034**

c.  The District:

    I.   may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate standards; and

    II.   may establish more stringent limits on hours of maintenance and testing on a site-specific basis; and

    III.   shall determine an appropriate limit on the number of hours of operation for demonstrating compliance with other District rules and initial start-up testing.

**(B)  *In-Use Emergency Standby Diesel-Fueled CI Engine (> 50 bhp) Operating Requirements and Emission Standards***

1.  No owner or operator shall operate any in-use stationary emergency standby diesel-fueled CI engine in response to the notification of an impending rotating outage unless all the following criteria are met:

    a.  the engine's permit to operate allows operation of the engine in anticipation of a rotating outage, or the District has established a policy or program that authorizes operation of the engine in anticipation of a rotating outage; and

    b.  the Utility Distribution Company has ordered rotating outages in the control area where the engine is located, or has indicated it expects to issue such an order at a certain time; and

    c.  the engine is located in a specific location that is subject to the rotating outage; and

    d.  the engine is operated no more than 30 minutes prior to the time when the Utility Distribution Company officially forecasts a rotating outage in the control area; and

    e.  the engine operation is terminated immediately after the Utility Distribution Company advises that a rotating outage is no longer imminent or in effect.

2.  **At-School and Near-School Provisions.**  No owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engine for non-emergency use, including maintenance and testing, during the following periods:

    a.  whenever there is a school sponsored activity, if the engine is located on school grounds, and

    b.  between 7:30 a.m. and 3:30 p.m. on days when school is in session, if the engine is located within 500 feet of school grounds. Subsection (e)(2)(B)2. does not apply if the engine emits no more than 0.01 g/bhp-hr of diesel PM.



3. Except as provided in subsection (c), no owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engines (> 50 hp) in California unless it meets, in accordance with the applicable compliance schedules specified in subsections (f) and (g), the following requirements (which are summarized in Table 2):

| TABLE 2: SUMMARY OF THE EMISSION STANDARDS AND OPERATING REQUIREMENTS FOR IN-USE STATIONARY EMERGENCY STANDBY DIESEL-FUELED CI ENGINES > 50 BHP (SEE SUBSECTION (e)(2)(B)3.) | | | | |
|---|---|---|---|---|
| | DIESEL PM | | | OTHER POLLUTANTS |
| DIESEL PM STANDARDS (g/bhp-hr) | MAXIMUM ALLOWABLE ANNUAL HOURS OF OPERATION FOR ENGINES MEETING DIESEL PM STANDARDS | | | HC, NOx, NMHC+NOx, AND CO STANDARDS (g/bhp-hr) |
| | Emergency Use | Non-Emergency Use | | |
| | | Emission Testing to show compliance[1] | Maintenance & Testing (hours/year) | |
| >0.40[2] | Not Limited by ATCM[2] | Not Limited by ATCM[2] | 20 | Not limited by ATCM[2] |
| >0.15 and ≤ 0.40 | Not Limited by ATCM[2] | Not Limited by ATCM[2] | 21 to 30 | For engines with emission control strategies not verified through the verification procedure:  Off-Road CI Engine Certification Standards for an off-road engine of the same model year and maximum rated power, or Tier 1 standards for an off-road engine of the same maximum rated power.[3]  **OR**  Both (i) and (ii) must be met:  (i)  No increase in HC or NOx above 10% from baseline levels OR No increase in NMHC+NOx emissions above baseline levels  (ii)  No increase in CO above 10% from baseline levels |
| >0.01 and ≤ 0.15 | Not Limited by ATCM[2] | Not Limited by ATCM[2] | 31 to 50 (Upon approval by the District) | |
| ≤ 0.01 | Not Limited by ATCM[2] | Not Limited by ATCM[2] | 51 to 100 (Upon approval by the District) | |

1. Emission testing limited to testing to show compliance with subsections (e)(2)(B)3.
2. May be subject to emission or operational restrictions as defined in current applicable district rules, regulations, or policies.
3. The option to comply with the Tier 1 standards is available only if no off-road engine certification standards have been established for an off-road engine of the same model year and maximum rated power as the new stationary emergency standby diesel-fueled CI engine.



a. Diesel PM Standard and Hours of Operation Limitations

I. General Requirements:

    i. No owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engine (>50 bhp) that emits diesel PM at a rate greater than 0.40 g/bhp-hr more than 20 hours per year for maintenance and testing purposes. This subsection does not limit engine operation for emergency use and for emission testing to show compliance with (e)(2)(B)3.

    ii. No owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engine (>50 bhp) that emits diesel PM at a rate less than or equal to 0.40 g/bhp-hr more than 30 hours per year for maintenance and testing purposes, except as provided in (e)(2)(B)3.a.II. This subsection does not limit engine operation for emergency use and for emission testing to show compliance with (e)(2)(B)3.

II. The District may allow in-use stationary emergency standby diesel-fueled CI engines (> 50 bhp) to operate more than 30 hours per year for maintenance and testing purposes on a site-specific basis, provided the following limits are met:

    i. Up to 50 annual hours of operation are allowed for maintenance and testing purposes if the diesel PM emission rate is less than or equal to 0.15 g/bhp-hr.

    ii. Up to 100 annual hours of operation are allowed for maintenance and testing purposes if the diesel PM emission rate is less than or equal to 0.01 g/bhp-hr.

b. Additional Standards:

Owners or operators that choose to meet the diesel PM standards defined in subsection (e)(2)(B)3.a. with emission control strategies that are not verified through the Verification Procedure shall either:

I. Meet the applicable HC, NOx, NMHC+NOx, and CO standards for off-road engines of the same model year and maximum rated power as specified in the Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423). If no standards have been established for an off-road engine of the same model year and maximum rated power as the in-use stationary emergency standby diesel-fueled CI engine, then the in-use stationary emergency

**037**

standby diesel-fueled CI engine shall meet the Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same maximum rated power, irrespective of the in-use stationary emergency standby diesel-fueled CI engine's model year;

Or

II. Not increase CO emission rates by more than 10% above baseline; and
Not increase HC or NOx emission rates by more than 10% above baseline; or
Not increase the sum of NMHC and NOx emission rates above baseline.

c. The District:

I. may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate standards; and
II. may establish more stringent limits on hours of maintenance and testing on a site-specific basis; and
III. shall determine an appropriate limit on the number of hours of operation for demonstrating compliance with other District rules and initial start-up testing.

(C) **New Stationary Prime Diesel-Fueled CI Engine (> 50 bhp) Emission Standards**

As of January 1, 2005, except as provided in subsection (c), no person shall sell, purchase, or lease for use in California a new stationary prime diesel-fueled CI engine that has a rated brake horsepower greater than 50 unless it meets the following applicable emission standards, and no owner or operator shall operate any new stationary prime diesel-fueled CI engine that has a rated brake horsepower greater than 50 unless it meets all of the following emission standards and operational requirements (which are summarized in Table 3):



| TABLE 3: SUMMARY OF THE EMISSION STANDARDS FOR NEW STATIONARY PRIME DIESEL-FUELED CI ENGINES > 50 BHP (SEE SUBSECTION (e)(2)(C)1.) | |
|---|---|
| **DIESEL PM STANDARDS**<br>**(g/bhp-hr)** | **HC, NOx, NMHC+NOx, AND CO STANDARDS**<br>**(g/bhp-hr)** |
| Meet the more stringent of:<br><br>$\leq 0.01^1$<br><br>OR<br><br>Off-Road CI Engine Certification Standard for an off-road engine of the same maximum rated power | Off-Road CI Engine Certification Standard for an off-road engine of the same model year and maximum rated power, or Tier 1 standard for an off-road engine of the same maximum rated power. [1,2] |

1. May be subject to additional emission limitations as specified in current district rules, regulations, or policies governing distributed generation.
2. The option to comply with the Tier 1 standards is available only if no off-road engine certification standards have been established for an off-road engine of the same model year and maximum rated power as the new stationary prime diesel-fueled CI engine.

1. Diesel PM Standard: All new stationary prime diesel-fueled CI engines (> 50 bhp) shall either emit diesel PM at a rate that is less than or equal to 0.01 grams diesel PM per brake-horsepower-hour (g/bhp-hr) or shall meet the current off-road PM certification standard for off-road engines of the same maximum rated power (title 13, CCR, section 2423), whichever is more stringent;

2. HC, NOx, NMHC+NOx, and CO Standards: All new stationary prime diesel-fueled CI engines (> 50 bhp) shall meet the standards for off-road engines of the same model year and maximum rated power as specified in the Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423). If no limits have been established for an off-road engine of the same model year and maximum rated power as the new stationary prime diesel-fueled CI engine, then the new stationary prime diesel-fueled CI engine shall meet the Tier 1 standards in title 13, CCR, section 2423, for an off-road engine of the same maximum rated power, irrespective of the new stationary prime diesel-fueled CI engine's model year;

3. New stationary prime diesel-fueled CI engines that are used to provide electricity near the place of use (also known as "distributed generation") may be subject to additional emission limitations as specified in current district rules, policies, or regulations governing distributed generation;



4. The District may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate limits on a site-specific basis.

(D) **In-Use Stationary Prime Diesel-Fueled CI Engine (> 50 bhp) Emission Standards**

Except as provided in subsection (c), no owner or operator shall operate an in-use stationary prime diesel-fueled CI engines (> 50 bhp) in California unless it meets the following requirements (which are summarized in Table 4):

**TABLE 4: SUMMARY OF THE EMISSION STANDARDS FOR IN-USE STATIONARY PRIME DIESEL-FUELED CI ENGINES > 50 BHP (SEE SUBSECTION (e)(2)(D)1.)**

| DIESEL PM | | OTHER POLLUTANTS |
|---|---|---|
| **DIESEL PM STANDARDS (g/bhp-hr)** | | **HC, NOx, NMHC+NOx, AND CO STANDARDS (g/bhp-hr)** |
| **Applicability** | **Standard** | |
| All off-road certified in-use prime engines | 85% reduction from baseline levels (Option 1) <br><br> OR <br><br> 0.01 g/bhp/hr (Option 2) | For engines with emission control strategies not verified through the verification procedure: Off-Road CI Engine Certification Standards for an off-road engine of the same model year and maximum rated power, or Tier 1 standards for an off-road engine of the same maximum rated power.[1] <br><br> OR <br><br> Both (i) and (ii) must be met: <br><br> (i) No increase in HC or NOx emissions above 10% from baseline levels <br><br> OR <br><br> No increase in NMHC+NOx emissions above baseline levels <br><br> (ii) No increase in CO above 10% from baseline levels |
| Only in-use prime engines NOT certified in accordance with the Off-Road Compression Ignition Standards | 85% reduction from baseline levels (Option 1) <br><br> OR <br><br> 0.01 g/bhp/hr (Option 2) <br><br> OR <br><br> [30% reduction from baseline levels <br><br> AND <br><br> 0.01 g/bhp-hr by no later than July 1, 2011] (Option 3) | |

1. The option to comply with the Tier 1 standards is available only if no off-road engine certification standards have been established for an off-road engine of the same model year and maximum rated power as the new stationary emergency standby diesel-fueled CI engine.



1. Diesel PM Standards: All in-use stationary prime diesel-fueled CI engines (> 50 bhp) certified in accordance with the Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423) shall comply with either option 1 or option 2 below.  All engines not certified in accordance with the Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423) shall comply with option 1, option 2, or option 3 below:

   a. Option 1: Reduce the diesel PM emission rate by at least 85 percent, by weight, from the baseline level, in accordance with the appropriate compliance schedule specified in subsections (f) and (g);

   b. Option 2: Emit diesel PM at a rate less than or equal to 0.01 g/bhp-hr in accordance with the appropriate compliance schedule as specified in subsections (f) and (g);

   c. Option 3: Reduce the diesel PM emission rate by at least 30% from the baseline level, by no later than January 1, 2006, and emit diesel PM at a rate of 0.01 g/bhp-hr or less by no later than July 1, 2011.

2. Additional Standards:

   Owners or operators that choose to meet the diesel PM limits defined in subsection (e)(2)(D)1.a. with emission control strategies that are not verified through the Verification Procedure shall either:

   a. Meet the applicable HC, NOx, NMHC+NOx, and CO standards for off-road engines of the same model year and maximum rated power as specified in the Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423).  If no standards have been established for an off-road engine of the same model year and maximum rated power as the in-use stationary prime diesel-fueled CI engine, then the in-use stationary prime diesel-fueled CI engine shall meet the Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same maximum rated power, irrespective of the new stationary emergency standby diesel-fueled CI engine's model year; or

   b. Not increase CO emission rates by more than 10% above baseline; and
   Not increase HC or NOx emission rates by more than 10% above baseline, or
   Not increase the sum of NMHC and NOx emission rates above baseline.

**041**

3. The District may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate standards.

(E) *Emission Standards for New Stationary Diesel-Fueled CI Engines (> 50 bhp) Used in Agricultural Operations*

1. As of January 1, 2005, except as provided in subsection (c) and subsection (e)(2)(E)2., no person shall sell, purchase, or lease for use in California any stationary diesel-fueled engine to be used in agricultural operations that has a rated brake horsepower greater than 50, or operate any new stationary diesel-fueled engine to be used in agricultural operations that has a rated brake horsepower greater than 50, unless the engine meets all of the following emission performance standards (which are summarized in Table 5.):

| TABLE 5: SUMMARY OF THE EMISSION STANDARDS FOR NEW STATIONARY DIESEL-FUELED CI ENGINES > 50 BHP USED IN AGRICULTURAL OPERATIONS (SEE SUBSECTION (e)(2)(E)) | |
| --- | --- |
| **DIESEL PM** | **OTHER POLLUTANTS** |
| **DIESEL PM STANDARDS (g/bhp-hr)** | **HC, NOx, NMHC+NOx, AND CO STANDARDS (g/bhp-hr)** |
| $\leq 0.15$[1]<br><br>OR<br><br>Off-Road CI Engine Certification Standard for an off-road engine of the same maximum rated power, whichever is more stringent. | Off-Road CI Engine Certification Standard for an off-road engine of the same model year and maximum rated power, or Tier 1 standard for an off-road engine of the same maximum rated power.[1] |

1. Prior to January 1, 2008, these limits shall not apply to engines funded under State or federal incentive funding programs, as specified in (e)(2)(E)2..

a. Diesel PM Standard: New agricultural stationary diesel-fueled CI engines shall emit no more than 0.15 g/bhp-hr diesel particulate matter (PM) limit or shall meet the current standards for off-road engines of the same maximum rated power as specified in the Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423), whichever is lower; and

b. NMHC, NOx, and CO Standards: New agricultural stationary diesel-fueled CI engines shall meet the HC, NOx, (or NMHC+NOx, if applicable) and CO standards for off-road engines of the same model year and maximum rated power, as specified in the Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423). If no limits have been established for an off-road engine of the same model year and maximum rated power as the new agricultural stationary diesel-fueled CI engine, then the new agricultural stationary diesel-fueled CI engine shall meet the Tier 1

**042**

standards in title 13, CCR, section 2423, for an off-road engine of the same maximum rated power, irrespective of the new agricultural diesel-fueled CI engine's model year.

2. Prior to January 1, 2008, the requirements of subsections (e)(2)(E)1. shall not apply to any stationary diesel-fueled CI engine that:

    a. is used in agricultural operations; and

    b. was funded under a State or federal incentive funding program; and

    c. was sold for use in another agricultural operation, provided the stationary diesel-fueled CI engine complies with Tier II Off-Road Compression Ignition Standards for off-road engines of the same maximum rated power (title 13, CCR, section 2423).

For purposes of this subsection, State or federal incentive funding programs include, but are not limited to, California's Carl Moyer Program, as set forth in title 17, Part 5, Chapter 9 of the California Health and Safety Code, and the U.S. Department of Agriculture's Environmental Quality Incentives Program (EQIP), as set forth in title 7, Chapter XIV, Part 1466 of the Code of Federal Regulations.

**(F)** ***Operating Requirements and Emission Standards for New and In-Use Emergency Standby Stationary Diesel-Fueled CI Engines that Have a Rated Brake Horsepower of Greater than 50 (>50 bhp) Used in Demand Response Programs (DRP Engines)***

1. New Emergency Standby Diesel-Fueled CI DRP Engines (>50 bhp) Operating Requirements and Emission Standards

    a. **At-School and Near-School Provisions.**  No owner or operator shall operate a new stationary emergency standby diesel-fueled CI DRP engine for non-emergency use, including maintenance and testing, during the following periods:
   I.    whenever there is a school sponsored activity, if the engine is located on school grounds; and
   II.    between 7:30 a.m. and 3:30 p.m. on days when school is in session, if the engine is located within 500 feet of school grounds.  Subsection (e)(2)(F)1.a. does not apply if the engine emits no more than 0.01 g/bhp-hr of diesel PM.

**043**

b. No owner or operator shall operate any new stationary emergency standby diesel-fueled CI DRP engine (>50 bhp) in response to the notification of an impending rotating outage, unless the engine is operating pursuant to a DRP, or all of the following criteria are met:

    I. the engine's permit to operate allows operation of the engine in anticipation of a rotating outage, or the District has established a policy or program that authorizes operation of the engine in anticipation of a rotating outage; and

    II. the Utility Distribution Company has ordered rotating outages in the control area where the engine is located, or has indicated it expects to issue such an order at a specified time; and

    III. the engine is in a specific location that is subject to the rotating outage in the control area; and

    IV. the engine is operated no more than 30 minutes prior to the time when the Utility Distribution Company officially forecasts a rotating outage in the control area; and

    V. the engine operation is terminated immediately after the Utility Distribution Company advises that a rotating outage is no longer imminent or in effect.

c. Except as provided in subsection (c), no owner or operator shall operate any new stationary emergency standby diesel-fueled CI DRP engine (>50 bhp), unless it meets all of the following applicable operating requirements and emission standards:

    I. Diesel PM Standard and Hours of Operating Requirements

        i. New DRP Engines enrolled in the RBRP on or after January 1, 2005, and prior to January 1, 2008, shall:
        aa. meet the requirements specified in (e)(2)(A)3. and
        bb. not operate more than 75 hours per year for RBRP operation.

        ii. New DRP Engines enrolled in the RBRP on or after January 1,2008, shall:
        aa. meet the more stringent diesel PM standard of either 0.01 g/bhp-hr of diesel PM; or
        bb. the current model year diesel PM standard specified in the Off-Road Compression Ignition Engine Standards for off-road engines with the same maximum rated power (title 13, CCR, section 2423); and
        cc. comply with the limitations on the hours of operation for maintenance and testing as specified in (e)(2)(A)3.a.II.; and
        dd. not operate more than 75 hours per year for RBRP operation.

**044**

    iii.  New DRP Engines enrolled in an ISC on or after January 1, 2005, shall:

        aa.  meet the more stringent diesel PM standard of either 0.01 g/bhp-hr diesel PM; or

        bb.  the current model year diesel PM standard specified in the Off-Road Compression Ignition Engine Standards for off-road engines with the same maximum rated power (title 13, CCR, section 2423); and

        cc.  comply with the limitations on the hours of operation for maintenance and testing as specified in (e)(2)(A)3.a.II.; and

        dd.  not operate more than 150 hours per year for ISC operation.

II.    HC, NOx, NMHC + NOx, and CO standards:  No owner or operator shall operate any new stationary emergency standby diesel-fueled CI DRP engine (>50 bhp), unless it meets  the standards for off-road engines of the same model year and maximum rated power as specified in the Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423).  If no standards have been established for an off-road engine of the same model year and maximum rated power as the new stationary emergency standby diesel-fueled CI DRP engine, then the new stationary emergency standby diesel-fueled CI DRP engine shall meet the Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same maximum rated power, irrespective of the new stationary emergency standby diesel-fueled CI DRP engine's model year.

III.   The District:

    i.    may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate standards; and

    ii.   may establish more stringent maintenance and testing hour of operation standards on a site-specific basis; and

    iii.  shall determine an appropriate limit on the number of hours of operation for demonstrating compliance with other District rules and initial start-up testing.

2.  In-Use Emergency Standby Diesel-Fueled CI DRP Engine (> 50 bhp) Operating Requirements and Emission Standards

    a.  **At-School and Near-School Provisions.**  No owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engine for non-emergency use, including maintenance and testing, during the following periods:

        I.  whenever there is a school sponsored activity, if the engine is located on school grounds; and

        II.  between 7:30 a.m. and 3:30 p.m. on days when school is in session, if the engine is located within 500 feet of school grounds.  Subsection (e)(2)(F)2.a. does not apply if the engine emits no more than 0.01 g/bhp-hr of diesel PM.

    b.  No owner or operator shall operate any in-use stationary emergency standby diesel-fueled CI DRP engine (>50 bhp) in response to the notification of an impending rotating outage, unless the engine is operating pursuant to a DRP, or all of the following criteria are met:

        I.  the engine's permit to operate allows operation of the engine in anticipation of a rotating outage, or the District has established a policy or program that authorizes operation of the engine in anticipation of a rotating outage; and

        II.  the Utility Distribution Company has ordered rotating outages in the control area where the engine is located, or has indicated it expects to issue such an order at a certain time; and

        III.  the engine is in a specific location that is subject to the rotating outage in the control area; and

        IV.  the engine is operated no more than 30 minutes prior to the time when the Utility Distribution Company officially forecasts a rotating outage in the control area; and

        V.  the engine operation is terminated immediately after the Utility Distribution Company advises that a rotating outage is no longer imminent or in effect.

    c.  Except as provided in subsection (c), no owner or operator shall operate any in-use stationary emergency standby diesel-fueled CI DRP engine (> 50 hp) unless it meets all of the following applicable operating requirements and emission standards:

        I.  Diesel PM Standard and Hours of Operation Requirements

            i.  In-Use DRP Engines enrolled in the RBRP prior to January 1, 2005, shall:

                aa.  meet the diesel PM standards and hour of operation limitations specified in (e)(2)(B)3.a. and (e)(2)(B)3.b.; and

    bb.  not operate more than 75 hours per year for RBRP operation.

ii.  In-Use DRP Engines enrolled in the RBRP on or after January 1, 2005, and prior to January 1, 2008, shall:
    aa.  meet a diesel PM standard of 0.15 g/bhp-hr diesel PM; and
    bb.  meet the requirements specified in (e)(2)(B)3.a. for maintenance and testing hours of operation; and
    cc.  not operate more than 75 hours per year for RBRP operation.

iii.  In-Use DRP Engines enrolled in the RBRP on or after January 1, 2008, shall:
    aa.  meet a diesel PM standard of 0.01 g/bhp-hr diesel PM; and
    bb.  meet the requirements specified in (e)(2)(B)3.a. for maintenance and testing hours of operation; and
    cc.  not operate more than 75 hours per year for RBRP operation.

iv.  In-Use DRP Engines enrolled in an ISC prior to January 1, 2005, shall as of January 1, 2006:
    aa.  meet a diesel PM standard of 0.15 g/bhp-hr diesel PM; and
    bb.  meet the requirements specified in (e)(2)(B)3.a. for maintenance and testing hours of operation; and
    cc.  not operate more than 150 hours per year for ISC operation.

v.  In-Use DRP Engines enrolled in an ISC on or after January 1, 2005, and prior to January 1, 2008, shall:
    aa.  meet a diesel PM standard of 0.15 g/bhp-hr diesel PM; and
    bb.  meet the requirements specified in (e)(2)(B)3.a. for maintenance and testing hours of operation; and
    cc.  not operate more than 150 hours per year for ISC operation.

vi.  In-Use DRP Engines enrolled in an ISC on or after January 1, 2008, shall:
    aa.  meet a diesel PM standard of 0.01 g/bhp-hr diesel PM; and
    bb.  meet the requirements specified in (e)(2)(B)3.a. for maintenance and testing hours of operation; and
    cc.  not operate more than 150 hours per year for ISC operation.

**047**

II.    Additional Standards:

Owners or operators that choose to meet the diesel PM standards and hour of operation limits defined in subsection (e)(2)(F)2.c. with emission control strategies that are not verified through the Verification Procedure shall either:

i.    Meet the applicable HC, NOx, NMHC+NOx, and CO standards for off-road engines of the same model year and maximum rated power as specified in the Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423). If no standards have been established for an off-road engine of the same model year and maximum rated power as the in-use stationary emergency standby diesel-fueled CI DRP engine, then the in-use stationary emergency standby diesel-fueled CI DRP engine shall meet the Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same maximum rated power, irrespective of the in-use stationary emergency standby diesel-fueled CI DRP engine's model year; or

ii.    Not increase CO emission rates by more than 10% above baseline; and not increase HC or NOx emission rates by more than 10% above baseline, or not increase the sum of NMHC and NOx emission rates above baseline.

III.    The District:

i.    may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate standards; and

ii.    may establish more stringent limits on hours of maintenance and testing on a site-specific basis; and

iii.    shall determine an appropriate limit on the number of hours of operation for demonstrating compliance with other District rules and initial start-up testing.

3.    Other Requirements Specific to RBRP Engines and the San Diego Gas and Electric Company (SDGE)

a.    The sum total electrical generation (also known as the "total load reduction capacity") from all diesel-fueled engines dispatched in the RBRP shall not exceed 80.0 megawatts (MW) at any time.

b.    RBRP Engines shall be dispatched by SDGE into service in accordance with a district-approved dispatch protocol as specified in subsection (e)(4)(J)2.

4.    Requirements Applicable to DRP Engines after a DRP is Terminated

After a DRP is terminated by either the Utility Distribution Company or the engine owner or operator, the DRP engine shall remain subject to the requirements of subsection (e)(2)(F) as if the DRP were still in effect.

(3)    Emission Standards for New Stationary Diesel-Fueled CI Engines, Less Than or Equal to 50 Brake Horsepower ($\leq$ 50 bhp).

As of January 1, 2005, except as provided in subsection (c), no owner or operator shall sell, offer for sale, or lease for use in California any stationary diesel-fueled CI engine that has a rated brake horsepower less than or equal to 50, unless the engine meets the current Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423) for PM, NMHC+NOx, and CO for off-road engines of the same maximum rated power.  (These requirements are summarized in Table 6.)

| TABLE 6 : SUMMARY OF THE EMISSION STANDARDS FOR STATIONARY DIESEL-FUELED CI ENGINES $\leq$ 50 BHP (SEE SUBSECTION (e)(3)) |
|---|
| DIESEL PM STANDARDS,  NMHC+**NOx**, AND CO STANDARDS (g/bhp-hr) |
| Current Off-Road CI Engine Certification Standard for an off-road engine of the same model year and maximum rated power. |

(4)    Recordkeeping , Reporting, and Monitoring Requirements

(A)  Reporting Requirements for Owners or Operators of New and In-Use Stationary CI Engines, Including Non-Diesel-Fueled CI Engines, Having a Rated Horsepower Greater than 50 (> 50 bhp)

1.    Except as provided in subsection (c) and subsection (e)(4)(A)5. below, prior to the installation of any new stationary CI engine (> 50 bhp)  at a facility, each owner or operator shall provide the information identified in subsection (e)(4)(A)3. to the District APCO.

2.    Except as provided in subsection (c) and subsection (e)(4)(A)5. below, and no later than July 1, 2005, each owner or operator of an in-use stationary CI engine (> 50 bhp) shall provide the information specified in subsection (e)(4)(A)3. to the District APCO.

- 32 -

**049**

3. Each owner or operator shall submit to the District APCO the following information for each new and in-use stationary CI engine (>50 bhp) in accordance with the requirements of subsections (e)(4)(A)1. and (e)(4)(A)2. above:

    a. Owner/Operator Contact Information
       I.     Company name
       II.    Contact name, phone number, address, e-mail address
       III.   Address of engine(s)

    b. Engine Information
       I.     Make,
       II.    Model,
       III.   Engine Family,
       IV.   Serial number,
       V.     Year of manufacture (if unable to determine, approximate age),
       VI.   Rated Brake Horsepower Rating,
       VII.  Exhaust stack height from ground,
       VIII. Engine Emission Factors and supporting data for PM, NOx and NMHC separately or NMHC+NOx, and CO, (if available) from manufacturers data, source tests, or other sources (specify),
       IX.   Diameter of stack outlet,
       X.     Direction of outlet (horizontal or vertical),
       XI.   End of stack (open or capped),
       XII.  Control equipment (if applicable)
           i.     Turbocharger,
           ii.    Aftercooler,
           iii.   Injection Timing Retard,
           iv.   Catalyst,
           v.     Diesel Particulate Filter,
           vi.    Other;

    c. Fuel(s) Used
       I.     CARB Diesel,
       II.    Jet fuel,
       III.   Diesel,
       IV.   Alternative diesel fuel (specify),
       V.     Alternative fuel (specify),
       VI.   Combination (Dual fuel) (specify),
       VII.  Other (specify);

    d. Operation Information
       I.     Describe general use of engine,
       II.    Typical load (percent of maximum bhp rating),
       III.   Typical annual hours of operation,
       IV.   If seasonal, months of year operated and typical hours per month operated,



    V.    Fuel usage rate (if available);

  e.  Receptor Information
    I.    Nearest receptor description (receptor type),
    II.   Distance to nearest receptor (feet or meters),
    III.  Distance to nearest school grounds;

  f.  State whether the engine is included in an existing AB2588 emission inventory.

4.  Except as provided in subsection (c), and no later than 180 days prior to the earliest applicable compliance date specified in subsections (f) or (g), each owner or operator of an in-use stationary diesel-fueled CI engine (> 50 bhp) shall provide the following additional information to the District APCO:

an identification of the control strategy for each stationary diesel-fueled CI engine that when implemented will result in compliance with subsections (e)(2).  If applicable, the information should include the Executive Order number issued by the Executive Officer for a Diesel Emission Control Strategy that has been approved by the Executive Officer through the Verification Procedure.

5.  The District APCO may exempt the owner or operator from providing all or part of the information identified in subsection (e)(4)(A)3. or (e)(4)(A)4. if there is a current record of the information in the owner or operator's permit to operate, permit application, or District records.

6.  Upon the written request by the Executive Officer, the District APCO shall provide to the Executive Officer a written report of all information identified in subsections (e)(4)(A)3. and (e)(4)(A)4.

(B)  Reporting Requirements for Sellers of New Emergency Standby or Stationary Prime Diesel-Fueled CI Engines (> 50 bhp) Sold To Agricultural Operations

1.  Except as provided by subsection (c), by January 31, 2006 and January 31st of each year thereafter, any person who sells a stationary diesel-fueled CI engine having a rated brake horsepower greater than 50 for use in an agricultural operation shall provide the following information for the previous calendar year (January 1st through December 31st) to the Executive Officer of the Air Resources Board:

  a.  Contact Information
    I.    Seller's Company Name (if applicable);
    II.   Contact name, phone number, e-mail address;

      b.    Engine Sales Information (for each engine sold for use in California in the previous calendar year)
- I.     Make,
- II.    Model,
- III.   Model year (if known),
- IV.   Rated brake horsepower,
- V.    Number of engines sold,
- VI.   Certification executive order number (if applicable),
- VII.  Engine family number (if known),
- VIII. Emission control strategy (if applicable).

(C)  Reporting Requirements for Sellers of Stationary Diesel-Fueled CI Engines Having a Rated Brake Horsepower Less Than or Equal to 50 ($\leq$ 50 bhp)

    1.     Except as provided in subsection (c), by January 31, 2006 and January 31st of each year thereafter, all sellers of stationary diesel-fueled CI engines for use in California that have a rated brake horsepower less than or equal to 50 shall provide the following information for the previous calendar year (January 1st through December 31st) to the Executive Officer of the Air Resources Board:

        a.    Contact Information
- I.     Sellers Company Name (if applicable);
- II.    Contact name, phone number, e-mail address;

        b.    Engine Sales Information (for each engine sold for use in California in the previous calendar year)
- I.     Make,
- II.    Model,
- III.   Model year (if known),
- IV.   Rated brake horsepower,
- V.    Number of engines sold,
- VI.   Certification executive order number (if applicable),
- VII.  Engine family number (if known),
- VIII. Emission control strategy (if applicable).

(D)  Demonstration of Compliance with Emission Limits

    1.     Prior to the installation of a new stationary diesel-fueled CI engine at a facility, the owner or operator of the new stationary diesel-fueled CI engine(s) subject to the requirements of section (e)(2)(A)3. or (e)(2)(C)1. shall provide emission data to the District APCO in accordance with the requirements of subsection (h) for purposes of demonstrating compliance.

    2.     By no later than the earliest applicable compliance date specified in subsections (f) or (g), the owner or operator of an in-use stationary

diesel-fueled CI engine(s) subject to the requirements of subsection (e)(2)(B)3. or (e)(2)(D)1. shall provide emissions and/or operational data to the District APCO in accordance with the requirements of subsection (h) for purposes of demonstrating compliance.

(E)  Notification of Non-Compliance

Owners or operators who have determined that they are operating their stationary diesel-fueled engine(s) in violation of the requirements specified in subsections (e)(2) shall notify the district APCO immediately upon detection of the violation and shall be subject to district enforcement action.

(F)  Notification of Loss of Exemption

1.  Owners or operators of in-use stationary diesel-fueled CI engines, who are subject to an exemption specified in subsections (c) or (e)(2)(E)2. from all or part of the requirements of subsection (e)(2), shall notify the district APCO immediately after they become aware that the exemption no longer applies.  No later than 180 days after notifying the APCO, the owner or operator shall demonstrate compliance with the requirements of subsection (e)(2).  An owner or operator of an in-use stationary diesel-fueled CI engine(s) subject to the requirements of subsection (e)(2) shall provide emission data to the District APCO in accordance with the requirements of subsection (h) for purposes of demonstrating compliance.

2.  The District APCO shall notify owners or operators of in-use stationary diesel-fueled CI engines, who are subject to the exemption specified in subsection (c)(9) from the requirements of subsections(e)(1) and (e)(2), when the exemption no longer applies.  No later than 180 days after notification by the District APCO, the owner or operator shall demonstrate compliance with the requirements of subsections (e)(1) and (e)(2).  An owner or operator of an in-use stationary diesel-fueled CI engine(s) subject to the requirements of subsection (e)(2) shall provide emissions data to the District APCO in accordance with the requirements of subsection (h) for purposes of demonstrating compliance.

(G)   Monitoring Equipment

1.  A non-resettable hour meter with a minimum display capability of 9,999 hours shall be installed upon engine installation, or by no later than January 1, 2005, on all engines subject to all or part of the requirements of subsection (e)(2), unless the District determines on a case-by-case basis that a non-resettable hour meter with a different minimum display capability is appropriate in consideration of the historical use of the engine and the owner or operator's compliance history.

**053**

2.  All DPFs installed pursuant to the requirements in subsection (e)(2) must, upon engine installation or by no later than January 1, 2005, be installed with a backpressure monitor that notifies the owner or operator when the high backpressure limit of the engine is approached.

3.  The District APCO may require the owner or operator to install and maintain additional monitoring equipment for the particular emission control strategy(ies) used to meet the requirements of subsection (e)(2).

(H)  Reporting Provisions for Exempted Prime and Emergency Engines

An owner or operator of an engine subject to subsections (c)(6) or (c)(12) shall keep records of the number of hours the engines are operated on a monthly basis.  Such records shall be retained for a minimum of 36 months from the date of entry.  Record entries made within 24 months of the most recent entry shall be retained on-site, either at a central location or at the engine's location, and made immediately available to the District staff upon request.  Record entries made from 25 to 36 months from the most recent entry shall be made available to District staff within 5 working days from the district's request.

(I)  Reporting Requirements for Emergency Standby Engines

1.  Starting January 1, 2005, each owner or operator of an emergency standby diesel-fueled CI engine shall keep a monthly log of usage that shall list and document the nature of use for each of the following:

    a.  emergency use hours of operation;
    b.  maintenance and testing hours of operation;
    c.  hours of operation for emission testing to show compliance with subsections (e)(2)(A)3. and (e)(2)(B)3.;
    d.  initial start-up hours;
    e.  if applicable, hours of operation to comply with the requirements of NFPA 25;
    f.  hours of operation for all uses other than those specified in subsections (e)(4)(I)1.a through (e)(4)(I)1.d. above; and
    g.  for in-use emergency standby diesel-fueled engines, the fuel used.  The owner or operator shall document fuel use through the retention of fuel purchase records that account for all fuel used in the engine and all fuel purchased for use in the engine, and, at a minimum, contain the following information for each individual fuel purchase transaction:

        I.  identification of the fuel purchased as either CARB Diesel, or an alternative diesel fuel that meets the requirements of the Verification Procedure, or an alternative fuel, or CARB Diesel fuel used with additives that meet the requirements of the

- 37 -

**054**

> Verification Procedure, or any combination of the
> above;
> II.   amount of fuel purchased;
> III.  date when the fuel was purchased;
> IV.   signature of owner or operator or representative of
>       owner or operator who received the fuel; and
> V.    signature of fuel provider indicating fuel was
>       delivered.

2. Log entries shall be retained for a minimum of 36 months from the date of entry.  Log entries made within 24 months of the most recent entry shall be retained on-site, either at a central location or at the engine's location, and made immediately available to the District staff upon request.  Log entries made from 25 to 36 months from most recent entry shall be made available to District staff within 5 working days from request.

(J) Reporting Requirements for the San Diego Gas and Electric Company Regarding the RBRP

1. The San Diego Gas and Electric Company shall provide to the San Diego County Air Pollution Control District the following information, by January 31, 2005, to the extent the District does not already have the information:

   a. For each diesel-fueled engine enrolled in the RBRP:
      I.    Owner's Company Name (if applicable);
      II.   Contact name, phone number, e-mail address;
      III.  Load reduction capacity of engine, which is the rated brake horsepower expressed in megawatts (megawatts); and
      IV.   Diesel PM emission rate of the engine (g/bhp-hr);

   b. The San Diego Gas and Electric Company shall update the information as necessary to reflect the current inventory of RBRP engines and provide the updated information to the SDAPCD upon request.

2. The San Diego Gas and Electric Company shall provide the San Diego County Air Pollution Control District with an environmental dispatch protocol for the RBRP that meets all of the following requirements:

   a. The protocol shall require the San Diego Gas and Electric Company to dispatch engines in an order that protects public health, with consideration given to factors including, but not limited to, diesel PM emission rate, location, and other factors to be determined by the District; and

   b. The protocol shall require the San Diego Gas and Electric Company to identify and report to the District the specific engines

called for dispatch within 1 day of the dispatch; and

    c.    The protocol shall require the San Diego Gas and Electric Company to report the following information to the District, within 30 days of the dispatch:

        I.    Identification of engine dispatched;
        II.    Load capacity of engine dispatched;
        III.    Cumulative total of load capacity of engines dispatched (megawatts); and
        IV.    Cumulative total of diesel PM emission rate of engines dispatched (g/hr).

    d.    Within 30 calendar days of receiving the environmental dispatch protocol, or a time period mutually agreed by the parties, the District APCO shall approve or disapprove the protocol.

(K)  Additional Reporting Requirements for the Stationary Emergency Standby Diesel-Fueled CI Engines Used To Fulfill the Requirements of an Interruptible Service Contract (ISC)

    1.    The owner or operator of an ISC engine shall provide to the District the following information, as necessary to the extent the District does not already have the information:

        a.    For each diesel-fueled engine enrolled in the ISC:
            I.    Owner's Company Name (if applicable);
            II.    Contact name, phone number, e-mail address; and
            III.    Diesel PM emission rate of the engine (g/bhp-hr).
        b.    For engines enrolled in an ISC prior to January 1, 2005, the information identified in (e)(4)(K)1.a. shall be provided to the District by January 31, 2005; and
        c.    For engines enrolled in an ISC after January 1, 2005, the information identified in (e)(4)(K)1.a. shall be provided to the District no later than 30 days after the engine is enrolled in an ISC.

    The owner or operator shall update the information as necessary to reflect the current inventory of ISC engines and shall provide the updated information to the District upon request.

**(f)  Compliance Schedule for Owners or Operators of Three or Fewer Engines (> 50 bhp) Located within the District**

(1)  All owners and operators of three or fewer engines located within the District, who will meet the requirements of subsections (e)(2)(B) solely by maintaining or reducing the current annual hours of operation for maintenance and testing, shall be in compliance by no later than January 1, 2006.

(2)  All owners and operators of three or fewer engines located within the District,

**056**

which are not subject to subsection (f)(1) but are required to meet the requirements of subsections (e)(2)(B) or (e)(2)(D), shall meet these requirements in accordance with the following schedule:

(A) All pre-1989 through 1989 model year engines, inclusive, shall be in compliance by no later than January 1, 2006;

(B) All 1990 through 1995 model year engines, inclusive, shall be in compliance by no later than January 1, 2007; and

(C) All 1996 and later model year engines shall be in compliance by no later than January 1, 2008.

**(g) Compliance Schedule for Owners or Operators of Four or More Engines** (> 50bhp) Located within the District

(1) All owners and operators of four or more engines located within the District, who will meet the requirements of subsections (e)(2)(B) solely by maintaining or reducing the current annual hours of operation for maintenance and testing, shall be in compliance by no later than January 1, 2006.

(2) All owners and operators of four or more engines located within the District, who are subject to the requirements of subsections (e)(2)(B) or (e)(2)(D) and who are not required to meet the compliance date specified in (g)(1), shall comply with (e)(2)(B) or (e)(2)(D), whichever applies, according to the following schedule:

Pre-1989 Through 1989 Model Year Engines, Inclusive
| Percent of Engines | Compliance date |
|---|---|
| 50% | January 1, 2007 |
| 75% | January 1, 2008 |
| 100% | January 1, 2009 |

1990 through 1995 Model Year Engines, Inclusive
| Percent of Engines | Compliance date |
|---|---|
| 30% | January 1, 2007 |
| 60% | January 1, 2008 |
| 100% | January 1, 2009 |

1996 and Later Model Year Engines
| Percent of Engines | Compliance date |
|---|---|
| 50% | January 1, 2008 |
| 100% | January 1, 2009 |

**(h) Emissions Data**

(1) Upon approval by the District APCO, the following sources of data may be used

**057**

in whole or part to meet the emission data requirements of subsections (e)(2)(A) through (e)(2)(D):

    (A)  off-road engine certification test data for the stationary diesel-fueled CI engine,

    (B)  engine manufacturer test data,

    (C)  emissions test data from a similar engine, or

    (D)  emissions test data used in meeting the requirements of the Verification Procedure for the emission control strategy implemented.

(2)  Emissions testing of a stationary diesel-fueled CI engine, for purposes of showing compliance with the requirements of subsections (e)(2)(A) through (e)(2)(D), shall be done in accordance with the methods specified in subsection (i).

(3)  For purposes of emissions testing, the particulate matter (PM) emissions from a dual-fueled stationary CI engine, which uses as its fuel a mixture of diesel fuel and other fuel(s), shall be deemed to be 100% diesel PM.

(4)  Emissions testing for the purposes of determining the percent change from baseline shall include baseline and emission control strategy testing subject to the following conditions:

    (A)  Baseline testing may be conducted with the emission control strategy in place, provided the test sample is taken upstream of the emission control strategy and the presence of the emission control strategy is shown to the District APCO's satisfaction as having no influence on the emission test results;

    (B)  Control strategy testing shall be performed on the stationary diesel-fueled CI engine with full implementation of the emission control strategy;

    (C)  The percent change from baseline shall be calculated as the baseline emissions minus control strategy emissions, with the difference being divided by the baseline emissions and the result expressed as a percentage; and

    (D)  The same test method shall be used for determining both baseline emissions and control strategy emissions.

(5)  Emission testing for the purposes of demonstrating compliance with an emission level shall be performed on the stationary diesel-fueled CI engine with the emission control strategy fully implemented.

## (i) Test Methods

(1)  The following test methods shall be used to determine diesel PM, HC, NOx, CO and NMHC emission rates:



(A) Diesel PM emission testing shall be done in accordance with one of the following methods:

    1.  California Air Resources Board Method 5 (ARB Method 5), "Determination of Particulate Matter Emissions from Stationary Sources," as amended July 28, 1997, which is incorporated herein by reference.

        a.  For purposes of this subsection, diesel PM shall be measured only by the probe catch and filter catch and shall not include PM captured in the impinger catch or solvent extract.

        b.  The tests are to be carried out under steady state operation.  Test cycles and loads shall be in accordance with ISO-8178 Part 4 or alternative test cycle approved by the District APCO.

        c.  The District APCO may require additional engine or operational duty cycle data if an alternative test cycle is requested; or

    2.  International Organization for Standardization (ISO) 8178 Test procedures: ISO 8178-1:1996(E) ("ISO 8178 Part 1"); ISO 8178-2: 1996(E) ("ISO 8178 Part 2"); and ISO 8178-4: 1996(E) ("ISO 8178 Part 4"), which are incorporated herein by reference; or

    3.  Title 13, California Code of Regulations, section 2423, "Exhaust Emission Standards and Test Procedures – Off-Road Compression Ignition Engines," which is incorporated herein by reference.

(B) NOx, CO and HC emission testing shall be done in accordance with one of the following methods:

    1.  California Air Resources Board Method 100 (ARB Method 100), "Procedures for Continuous Gaseous Emission Stack Sampling," as amended July 28, 1997, which is incorporated herein by reference.

        a.  Tests using ARB Method 100 shall be carried out under steady state operation.  Test cycles and loads shall be in accordance with ISO-8178 Part 4 or alternative test cycle approved by the District APCO.

        b.  The District APCO may require additional engine or operational duty cycle data if an alternative test cycle is requested; or

    2.  International Organization for Standardization (ISO) 8178 Test procedures: ISO 8178-1:1996(E) ("ISO 8178 Part 1"); ISO 8178-2: 1996(E) ("ISO 8178 Part 2"); and ISO 8178-4: 1996(E) ("ISO 8178 Part 4"), which are incorporated herein by reference; or

**059**

       3.   Title 13, California Code of Regulations, section 2423, "Exhaust Emission Standards and Test Procedures – Off-Road Compression Ignition Engines," which is incorporated herein by reference.

(C)   NMHC emission testing shall be done in accordance with one of the following methods:

       1.   International Organization for Standardization (ISO) 8178 Test procedures: ISO 8178-1:1996(E) ("ISO 8178 Part 1"); ISO 8178-2: 1996(E) ("ISO 8178 Part 2"); and ISO 8178-4: 1996(E) ("ISO 8178 Part 4"), which are incorporated herein by reference; or

       2.   Title 13, California Code of Regulations, section 2423, "Exhaust Emission Standards and Test Procedures – Off-Road Compression Ignition Engines," which is incorporated herein by reference.

(2)   The District APCO may approve the use of alternatives to the test methods listed in subsection (i)(1), provided the alternatives are demonstrated to the APCO's satisfaction as accurate in determining the emission rate of diesel PM, HC, NOx, NMHC, or CO.

**(j)  Severability**

Each part of this section shall be deemed severable, and in the event that any part of this section is held to be invalid, the remainder of this section shall continue in full force and effect.

NOTE:  Authority cited: Sections 39600, 39601, 39650, 39658, 39659, 39665, 39666, 41511, and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39665, 39666, 40000, 41511, and 43013.



# Exhibit 2

## FINAL REGULATION ORDER

## AMENDMENTS TO THE AIRBORNE TOXIC CONTROL MEASURE FOR STATIONARY COMPRESSION IGNITION ENGINES

Effective October 18, 2007, title 17, California Code of Regulations section 93115 is amended to read as follows (sections 93115 through 93115.15):

### § 93115.  Airborne Toxic Control Measure for Stationary Compression Ignition (CI) Engines.

The Air Toxic Control Measure (ATCM) for Stationary Compression Ignition (CI) Engines is set forth in sections 93115 through 93115.15, title 17, California Code of Regulations.

NOTE:  Authority cited:  Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and 43013, Health and Safety Code.

### § 93115.1 ATCM for Stationary CI Engines – Purpose.

The purpose of this airborne toxic control measure (ATCM) is to reduce diesel particulate matter (PM) and criteria pollutant emissions from stationary diesel-fueled compression ignition (CI) engines.

NOTE:  Authority cited:  Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and 43013, Health and Safety Code.

### § 93115.2  ATCM for Stationary CI Engines – Applicability.

(a)  Except as provided in section 93115.3, this ATCM applies to any person who either sells a stationary CI engine, offers a stationary CI engine for sale, leases a stationary CI engine, or purchases a stationary CI engine for use in California, unless such engine is:
    (1)  a portable CI engine,
    (2)  a CI engine used to provide motive power,
    (3)  an auxiliary CI engine used on a marine vessel, or
    (4)  an agricultural wind machine as defined in section 93115.4.

(b)  Except as provided in sections 93115.3 and 93115.9, this ATCM applies to any person who owns or operates a stationary CI engine in California with a rated brake horsepower greater than 50 (>50 bhp).

NOTE:  Authority cited:  Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and 43013, Health and Safety Code.

**061**

## § 93115.3  ATCM for Stationary CI Engines – Exemptions.

(a)  The in-use stationary diesel agricultural emission standard and other requirements of section 93115.8(b) do not apply to agricultural emergency standby generator set engines equipped with nonresettable hour meters with a minimum display capability of 9,999 hours or remotely-located agricultural engines provided the owners or operators of such engines comply with the registration requirements of section 93115.8(c) and (d) and the applicable recordkeeping and reporting requirements of section 93115.10.

(b)  The requirements specified in sections 93115.6, 93115.7, and 93115.10(a) do not apply to new or in-use stationary diesel-fueled CI engines used in agricultural operations.

(c)  The requirements specified in section 93115.9 do not apply to single cylinder cetane test engines used exclusively to determine the cetane number of diesel fuels in accordance with American Society for Testing and Materials (ASTM) Standard D 613-03b, "Standard Test Method for Cetane Number of Diesel Fuel Oil," as modified on June 10, 2003, which is incorporated herein by reference.

(d)  The requirements specified in sections 93115.6(b)(3) and 93115.7(b)(1) do not apply to in-use stationary diesel-fueled CI engines used in emergency standby or prime applications that, prior to January 1, 2005, were required in writing by the district to meet and comply with either minimum technology requirements or performance standards implemented by the district from the "Risk Management Guidance for the Permitting of New Stationary Diesel-Fueled Engines," October 2000, which is incorporated herein by reference.

(e)   The requirements specified in section 93115.6(b)(3) do not apply to permitted in-use stationary emergency standby diesel-fueled CI engines that will be removed from service or replaced prior to January 1, 2009, in accordance with an approved Office of Statewide Health Planning Development (OSHPD) Compliance Plan that has been approved prior to January 1, 2009, except that this exemption does not apply to replacement engines for the engines that are removed from service under the OSHPD plan.

(f)  The requirements in sections 93115.5 and 93115.7 do not apply to any stationary diesel-fueled CI engine used solely for the training and testing of United States Department of Defense (U.S. DoD) students or personnel of any U.S. military branch in the operation, maintenance, repair and rebuilding of engines when such training engines are required to be configured and designed similarly to counterpart engines used by the U.S. DoD, U.S. Military services or North Atlantic Treaty Organization (NATO) forces in combat, combat support, combat service support, tactical or relief operations used on land or at sea.

(g)  The requirements specified in sections 93115.5 through 93115.8 do not apply to stationary diesel-fueled CI engines used solely on San Nicolas or San Clemente



Islands. The Ventura County Air Pollution Control District Air Pollution Control Officer (APCO) and the South Coast Air Quality Management District APCO shall review the land use plans for the island in their jurisdiction at least once every five (5) years and withdraw this exemption if the land use plans are changed to allow use by the general public of the islands.

(h)  The requirements specified in sections 93115.6 and  93115.7 do not apply to stationary diesel-fueled engines used solely on outer continental shelf (OCS) platforms located within 25 miles of California's seaward boundary.

(i)  *Exemption for Emergency Engines at Nuclear Facilities.*  The requirements in section 93115.6(b)(3) do not apply to any in-use stationary diesel-fueled CI engines for which all of the following criteria are met:
    (1)  the engine is an emergency standby engine;
    (2)  the engine is subject to the requirements of the U.S. Nuclear Regulatory Commission;
    (3)  the engine is used solely for the safe shutdown and maintenance of a nuclear facility when normal power service fails or is lost; and
    (4)  the engine undergoes maintenance and testing operations for no more than 200 hours cumulatively per calendar year.

(j)  *Request for Exemption for Low-Use Prime Engines Outside of School Boundaries.* The district APCO may approve a Request for Exemption from the provisions of section 93115.7(b)(1) for any in-use stationary diesel-fueled CI engine located beyond school boundaries, provided the approval is in writing, and the writing specifies all of the following conditions to be met by the owner or operator:
    (1)  the engine is a prime engine;
    (2)  the engine is located more than 500 feet from a school at all times;
    (3)  the engine operates no more than 20 hours cumulatively per year. The district APCO may use a different number of hours for applying this exemption if the diesel-fueled CI engine is used solely to start a combustion gas turbine engine, provided the number of hours used for this exemption is justified by the district, on a case-by-case basis, with consideration of factors including, at a minimum, the operational requirements of a facility using a combustion gas turbine engine and the impacts of the emissions from the engine at any receptor location.

(k)  The requirements in sections 93115.6(b)(3), 93115.7(b)(1), and 93115.8(b)(1) through (3) do not apply to in-use dual-fueled diesel pilot CI engines that use an alternative fuel or an alternative diesel fuel.

(l)  The requirements in sections 93115.5, 93115.6(a)(3), 93115.6(b)(3), 93115.7(a)(1), 93115.7(b)(1), 93115.8(a)(1), 93115.8(b)(1) through (3), and 93115.9 do not apply to dual-fueled diesel pilot CI engines that use diesel fuel and digester gas or landfill gas.



(m)  The requirements in sections 93115.6(b)(3), 93115.6(c)(2), 93115.7(b)(1), and 93115.8(b)(1) through (3) do not apply to in-use stationary diesel-fueled CI engines that have selective catalytic reduction systems.

(n)  The requirements of section 93115.6(b)(3) do not apply to in-use emergency fire pump assemblies that are driven directly by stationary diesel-fueled CI engines and only operated the number of hours necessary to comply with the testing requirements of National Fire Protection Association (NFPA) 25 "Standard for the Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems," 2002 edition, which is incorporated herein by reference.

(o)  The requirements of sections 93115.5, 93115.6(a)(3), 93115.6(b)(3), 93115.7(a), and 93115.7(b) do not apply to any stationary diesel-fueled CI engine used to power equipment that is owned by the National Aeronautics and Space Administration (NASA) and used solely at manned-space flight facilities including launch, tracking, and landing sites, provided the District APCO approves this exemption in writing. This exemption only applies to diesel engines that power equipment which is maintained in the same configuration as similar equipment at all manned space flight facilities.

(p)  *Request for Delay in Implementation for Remotely Located In-Use Prime Engines.* Prior to January 1, 2011, the district APCO may approve a Request for Delay in Implementation from the provisions of 93115.7(b)(1) until January 1, 2011, for any in-use stationary diesel-fueled CI engine, provided the approval is in writing, and the writing specifies all the following conditions to be met by the owner or operator:
    (1)  the engine is a prime engine, and
    (2)  the engine is located more than one mile from any receptor location, and
    (3)  the impacts of the emissions from the engine at any receptor location result in:
        (A)  a prioritization score of less than 1.0; and
        (B)  a maximum cancer risk of less than 1 in a million; and
        (C)  a maximum Hazard Index Value of less than 0.1.

(q)  *Request for Delay in Implementation of Fuel Requirements.*  Prior to January 1, 2006, the district may approve a Request for Delay in implementation from the provisions of 93115.5 until a date as determined by the district, for any new or in-use stationary diesel-fueled CI engine, provided the approval is in writing, and the writing specifies the following information:
    (1)  the engine is a new stationary CI engine or an in-use stationary diesel-fueled CI engine, and
    (2)  the engine's fuel consumption rate, and
    (3)  the identification of the fuel in the fuel tank at the time of approval, and
    (4)  the specification of the fuel in the fuel tank at the time of approval; and
    (5)  the amount of fuel in the fuel tank at the time of approval; and
    (6)  the anticipated number of hours per year the engine is planned to be operated; and
    (7)  the date when compliance with the fuel use requirements specified in section 93115.5 is required.



(r)  The operational restrictions in sections 93115.6(a)(1) and 93115.6(b)(2) for engines located at or near school grounds do not apply to engines located at or near school grounds that also serve as the students' place of residence, e.g. boarding schools.

(s)  The District may exempt any stock engine from the new stationary diesel-fueled engine emission standards in sections 93115.6(a), 93115.7(a), 93115.8(a), and 93115.9 provided the seller and the owner or operator demonstrate to the District's satisfaction that the following conditions are met:

(1)  *Seller:*  Any stationary diesel-fueled engine greater than 50 bhp shall meet the following standards and conditions:

(A)  The stationary diesel-fueled engine emission standards in sections 93115.6(b), 93115.7(b), or 93115.8(b), or

(B)  The Off-Road CI Engine Certification Standards (title 13, CCR, section 2423) immediately preceding the transition to new standards for an off-road CI engine of the same model year and maximum rated power, and

(C)  The engine was delivered to California no more than twelve months immediately preceding the transition to new standards for an off-road CI engine of the same model year and maximum rated power, and

(D)  The engine was sold no later than six months after the effective date of the new standards for an off-road CI engine of the same model year and maximum rated power,

(2)  *Owner/operator:*

(A)  The date of acquisition of the stock engine is no later than six months from the date an emission standard applicable to new engines becomes more stringent than the emission standard to which the stock engine is certified.

(B)  The date the District determines the application is complete for an Authority to Construct permit is no later than six months after the date of acquisition of the stock engine.

(t)  The requirements of section 93115.6(b)(3) do not apply to any stationary diesel-fueled emergency standby engine primarily used by the United States Department of Defense located at Command Destruct (CT) sites until December 31, 2009.  Each stationary diesel-fueled emergency standby engine at a CT site will be allowed a maximum of 100 total annual hours of operation for maintenance and testing.

(u)  Upon the prior written approval of the APCO, the requirements of this ATCM do not apply to stationary CI engines used exclusively:

(1)  as engine test cells and test stands for testing burners, CI engines, or  CI engine components, e.g., turbochargers;

(2)  for operation or performance testing of fuels, fuel additives, or emission control devices at research and development facilities; or

(3)  for maintenance, repair, or rebuild training at educational facilities.



(v)  If the Executive Officer or District finds, based on verifiable information from the engine manufacturer, distributor, or dealer, that current model year engines meeting the current emission standards are not available or not available in sufficient numbers or in a sufficient range of makes, models, and horsepower ratings, then the Executive Officer or the District may allow the sale, purchase, or installation of a new stock engine meeting the emission standards from the previous model year to meet the new stationary diesel-fueled engine emission standards pursuant to title 13 of the California Code of Regulations or 40 CFR part 89.

NOTE:  Authority cited:  Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and 43013, Health and Safety Code.

### § 93115.4 ATCM for Stationary CI Engines – Definitions.

(a)  For purposes of this ATCM, the following definitions apply:

(1)  "Agricultural Operations" means the growing and harvesting of crops or the raising of fowl or animals for the primary purpose of making a profit, providing a livelihood, or conducting agricultural research or instruction by an educational institution. Agricultural operations do not include activities involving the processing or distribution of crops or fowl.

(2)  "Agricultural Wind Machine" means a stationary CI engine-powered fan used exclusively in agricultural operations to provide protection to crops during cold weather by mixing warmer atmospheric air with the colder air surrounding a crop.

(3)  "Air Pollution Control Officer (APCO)" means the person appointed pursuant to section 40750 of the Health and Safety Code, or his or her designated representative.

(4)  "Alternative Fuel" means natural gas, propane, ethanol, or methanol.

(5)  "Alternative Diesel Fuel" means any fuel used in a CI engine that is not commonly or commercially known, sold, or represented by the supplier as diesel fuel No. 1-D or No. 2-D, pursuant to the specifications in ASTM D 975-81, "Standard Specification for Diesel Fuel Oils," as modified in May 1982, which is incorporated herein by reference, or an alternative fuel, and does not require engine or fuel system modifications for the engine to operate, although minor modifications (e.g., recalibration of the engine fuel control) may enhance performance.  Examples of alternative diesel fuels include, but are not limited to, biodiesel and biodiesel blends that do not meet the definition of CARB diesel fuel; Fischer-Tropsch fuels; emulsions of water in diesel fuel; and fuels with a fuel additive, unless:
    (A)  the additive is supplied to the engine fuel by an on-board dosing mechanism, or
    (B)  the additive is directly mixed into the base fuel inside the fuel tank of the engine, or



(C) the additive and base fuel are not mixed until engine fueling commences, and no more additive plus base fuel combination is mixed than required for a single fueling of a single engine.

(6) "Approach Light System with Sequenced Flasher Lights in Category 1 and Category 2 Configurations (ALSF-1 and ALSF-2)" means high intensity approach lighting systems with sequenced flashers used at airports to illuminate specified runways during category II or III weather conditions, where category II means a decision height of 100 feet and runway visual range of 1,200 feet, and category III means no decision height or decision height below 100 feet and runway visual range of 700 feet.

(7) "Baseline" or "Baseline Emissions" means the emissions level of a diesel-fueled engine using CARB diesel fuel as configured upon initial installation or by January 1, 2003, whichever is later.

(8) "California Air Resources Board (CARB) Diesel Fuel" means any diesel fuel that meets the specifications of vehicular diesel fuel, as defined in title 13, CCR, sections 2281 and 2282.

(9) "Cancer Risk" means the characterization of the probability of developing cancer from exposure to environmental chemical hazards, in accordance with the methodologies specified in "The Air Toxics Hot Spots Program Guidance Manual for Preparation of Health Risk Assessments," Office of Environmental Health Hazard Assessment, August 2003, which is incorporated herein by reference.

(10) "Carbon Monoxide (CO)" is a colorless, odorless gas resulting from the incomplete combustion of hydrocarbon fuels.

(11) "Certified Engine" means a CI engine that is certified to meet the Tier 1, Tier 2, Tier 3, or Tier 4 Off-Road CI Certification Standards as specified in title 13, California Code of Regulations, section 2423.

(12) "Combustion Gas Turbine Engine" means an internal combustion gas or liquid-fueled device consisting of compressor, combustor, and power turbine used to power an electrical generator.

(13) "Compression Ignition (CI) Engine" means an internal combustion engine with operating characteristics significantly similar to the theoretical diesel combustion cycle. The regulation of power by controlling fuel supply in lieu of a throttle is indicative of a compression ignition engine.

(14) "Control Area" means any electrical region in California that regulates its power generation in order to balance electrical loads and maintain planned interchange schedules with other control areas.

(15) "Cumulatively" means the aggregation of hours or days of engine use, and any portion of an hour or day of engine use, toward a specified time limit(s).

**067**

(16)  "Date of Acquisition or Submittal" means
    (A)  For each District-approved permit or district registration for stationary sources, the date the application for the district permit or the application for engine registration was submitted to the District.  Alternatively, upon District approval, the date of purchase as defined by the date shown on the front of the cashed check, the date of the financial transaction, or the date on the engine purchasing agreement, whichever is earliest.
    (B)  For an engine subject to neither a district permit program nor a district registration program for stationary sources, the date of purchase as defined by the date shown on the front of the cashed check, the date of the financial transaction, or the date on the engine purchasing agreement, whichever is earliest.

(17)  "Date of Initial Installation" means one of the following, whichever is earlier:
    (A)  the date on which a new stationary diesel-fueled engine is placed at a location in order to be operated for the first time since delivery from the manufacturer or distributor, or,
    (B)  for the purposes of a Tier 1- or Tier 2-certified stationary diesel agricultural engine complying with section 93115.8(b)(3) emission standards, one year from January 1 of the model year of such engine.

(18)  "Demand Response Program (DRP)" means a program for reducing electrical demand using an Interruptible Service Contract (ISC) or Rolling Blackout Reduction Program (RBRP).

(19)  "Diesel Fuel" means any fuel that is commonly or commercially known, sold, or represented by the supplier as diesel fuel, including any mixture of primarily liquid hydrocarbons – organic compounds consisting exclusively of the elements carbon and hydrogen – that is sold or represented by the supplier as suitable for use in an internal combustion, compression-ignition engine.

(20)  "Diesel-Fueled" means fueled by diesel fuel, CARB diesel fuel, or jet fuel, in whole or part.

(21)  "Diesel Particulate Filter (DPF)" means an emission control technology that reduces PM emissions by trapping the particles in a flow filter substrate and periodically removes the collected particles by either physical action or by oxidizing (burning off) the particles in a process called regeneration.

(22)  "Diesel Particulate Matter (PM)" means the particles found in the exhaust of diesel-fueled CI engines as determined in accordance with the test methods identified in section 93115.14.

(23)  "Digester Gas" is any gas derived from anaerobic decomposition of organic matter.



(24)  "Direct-Drive Emergency Standby Fire Pump Engines" means engines directly coupled to pumps exclusively used in water-based fire protection systems.

(25)  "District" has the same meaning as defined in the California Health and Safety Code, Section 39025.

(26)  "DRP Engine" means an engine that is enrolled in a DRP.

(27)  "Dual-fuel Diesel Pilot Engine" means a dual-fueled engine that uses diesel fuel as a pilot ignition source at an annual average ratio of less than 5 parts diesel fuel to 100 parts total fuel on an energy equivalent basis.

(28)  "Dual-fuel Engine" means any CI engine that is engineered and designed to operate on a combination of alternative fuels, such as compressed natural gas (CNG) or liquefied petroleum gas (LPG) and diesel fuel or an alternative diesel fuel. These engines have two separate fuel systems, which inject both fuels simultaneously into the engine combustion chamber.

(29)  "Emergency Standby Engine" means a stationary engine that meets the criteria specified in (A) and (B) and any combination of (C) or (D) or (E) below:
   (A)  is installed for the primary purpose of providing electrical power or mechanical work during an emergency use and is not the source of primary power at the facility; and
   (B)  is operated to provide electrical power or mechanical work during an emergency use; and
   (C)  is operated under limited circumstances for maintenance and testing, emissions testing, or initial start-up testing, as specified in sections 93115.6(a),(b), and (c); or
   (D)  is operated under limited circumstances in response to an impending outage, as specified in sections 93115.6(a),(b), and (c); or
   (E)  is operated under limited circumstances under a DRP as specified in section 93115.6(c).

(30)  "Emergency Use" means providing electrical power or mechanical work during any of the following events and subject to the following conditions:
   (A)  the failure or loss of all or part of normal electrical power service or normal natural gas supply to the facility:
      1.  which is caused by any reason other than the enforcement of a contractual obligation the owner or operator has with a third party or any other party; and
      2.  which is demonstrated by the owner or operator to the district APCO's satisfaction to have been beyond the reasonable control of the owner or operator;
   (B)  the failure of a facility's internal power distribution system:



    1.  which is caused by any reason other than the enforcement of a contractual obligation the owner or operator has with a third party or any other party; and

    2.  which is demonstrated by the owner or operator to the district APCO's satisfaction to have been beyond the reasonable control of the owner or operator;

(C) the pumping of water or sewage to prevent or mitigate a flood or sewage overflow;

(D) the pumping of water for fire suppression or protection;

(E) the powering of ALSF-1 and ALSF-2 airport runway lights under category II or III weather conditions;

(F) the pumping of water to maintain pressure in the water distribution system for the following reasons:

    1.  a pipe break that substantially reduces water pressure; or

    2.  high demand on the water supply system due to high use of water for fire suppression; or

    3.  the breakdown of electric-powered pumping equipment at sewage treatment facilities or water delivery facilities; or

(G) the day-of-launch system checks and launch tracking performed (in parallel with grid power) by the United States Department of Defense at Command Destruct sites (also known as "CT" sites) that occur within the 24-hour time period associated with the scheduled time of the launch.

(31)  "Emission Control Strategy" means any device, system, or strategy employed with a diesel-fueled CI engine that is intended to reduce emissions including, but not limited to, particulate filters, diesel oxidation catalysts, selective catalytic reduction systems, fuel additives used in combination with particulate filters, alternative diesel fuels, and any combination of the above.

(32)  "End User" means any person who purchases or leases a stationary diesel-fueled engine for operation in California.  Persons purchasing engines for the sole purpose of resale are not considered "end users."

(33)  "Enrolled" means either of the following, whichever applies:

(A) the ISC is in effect during the specified time period for an engine in an ISC; or

(B) the date the engine is entered into the RBRP.

(34)  "Executive Officer" means the executive officer of the Air Resources Board, or his or her designated representative.

(35)  "Facility" means one or more contiguous properties, in actual physical contact or separated solely by a public roadway or other public right-of-way, under common ownership on which engines operate.

(36)  "Fuel Additive" means any substance designed to be added to fuel or fuel systems or other engine-related engine systems such that it is present in-cylinder during



combustion and has any of the following effects: decreased emissions, improved fuel economy, increased performance of the engine; or assists diesel emission control strategies in decreasing emissions, or improving fuel economy or increasing performance of the engine.

(37)  "Generator Set" means a CI engine coupled to a generator that is used as a source of electricity.

(38)  "Hazard Index" means the sum of individual acute or chronic hazard quotients for each substance affecting a particular toxicological endpoint, as determined in accordance with the requirements of "The Air Toxics Hot Spots Program Guidance Manual for Preparation of Health Risk Assessments," Office of Environmental Health Hazard Assessment, August 2003, which is incorporated herein by reference.

(39)  "HC" means the sum of all hydrocarbon air pollutants.

(40)  "Health Facility" has the same meaning as defined in Section 1250 of the California Health and Safety Code.

(41)  "In-Use" means a CI engine that is not a "new" CI engine.

(42)  "Initial Start-up Testing" means operating the engine or supported equipment to ensure their proper performance either:
    (A)  for the first time after installation of a stationary diesel-fueled CI engine at a facility, or
    (B)  for the first time after installation of emission control equipment on an in-use stationary diesel-fueled CI engine.

(43)  "Interruptible Service Contract (ISC)" means a contractual arrangement in which a utility distribution company provides lower energy costs to a nonresidential electrical customer in exchange for the ability to reduce or interrupt the customer's electrical service during a Stage 2 or Stage 3 alert, or during a transmission emergency.

(44)  "Jet Fuel" means fuel meeting any of the following specifications:
    (A)  ASTM D 1655-02, "Standard Specification for Aviation Turbine Fuels," which is incorporated herein by reference.  Jet fuels meeting this specification include Jet A, Jet A-1, and Jet B;
    (B)  Military Detail (MIL-DTL) 5624T, "Turbine Fuels, Aviation, Grades Jet Propellant (JP) JP-4, JP-5, and JP-5/JP8 ST," dated September 18, 1998, which is incorporated herein by reference; and
    (C)  Military Test (MIL-T) 83133E, "Turbine Fuels, Aviation, Kerosene Types, North Atlantic Treaty Organization (NATO) F-34 (JP-8), NATO F-35, and JP-8+100," dated April 1, 1999, which is incorporated herein by reference.

(45)  "Landfill Gas" means any gas derived through any biological process from the decomposition of waste buried within a waste disposal site.



(46)  "Location" means any single site at a facility.

(47)  "Maintenance and Testing" means operating an emergency standby CI engine to:
    (A)  evaluate the ability of the engine or its supported equipment to perform during an emergency.  "Supported Equipment" includes, but is not limited to, generators, pumps, transformers, switchgear, and breakers; or
    (B)  facilitate the training of personnel on emergency activities; or
    (C)  provide electric power for the facility when the utility distribution company takes its power distribution equipment offline to service that equipment for any reason that does not qualify as an emergency use; or
    (D)  provide additional hours of operation to perform testing on an engine that has experienced a breakdown or failure during maintenance.  Upon air district approval, these additional hours of operation will not be counted in the maximum allowable annual hours of operation for the emergency standby CI engine that provided the electrical power.

(48)  "Maximum Rated Power" means the maximum brake kilowatt output of an engine as determined from any of the following, whichever is the greatest:
    (A)  the manufacturer's sales and service literature,
    (B)  the nameplate of the unit, or
    (C)  if applicable, as shown in the application for certification of the engine.

(49)  "Model Year" means the stationary CI engine manufacturer's annual production period, which includes January 1st of a calendar year, or if the manufacturer has no annual production period, the calendar year.

(50)  "New" or "New CI Engine" means the following:
    (A)  a stationary CI engine installed at a facility after January 1, 2005, including an engine relocated from an off-site location after January 1, 2005, except the following shall be deemed in-use engines:
        1.  a replacement stationary CI engine that is installed to temporarily replace an in-use engine while the in-use engine is undergoing maintenance and testing, provided the replacement engine emits no more than the in-use engine, and the replacement engine is not used more than 180 days cumulatively in any 12-month rolling period;
        2.  an engine for which a district-approved application for a district permit or engine registration for stationary sources was submitted to the District prior to January 1, 2005, even though the engine was installed after January 1, 2005;
        3.  an engine that is one of four or more engines owned by an owner or operator and is relocated prior to January 1, 2008, to an offsite location that is owned by the same owner or operator;
        4.  an engine, or replacement for an engine, used in agricultural operations that is relocated within the same facility or to another facility under the same owner or operator for use in agricultural operations, unless the engine is sited where an engine is not currently located and has not been previously located.

072

5. an engine installed at a facility prior to January 1, 2005, and relocated within the same facility after January 1, 2005.

6. a model year 2004 or 2005 engine purchased prior to January 1, 2005, for use in California.  The date of purchase is defined by the date shown on the front of the cashed check, the date of the financial transaction, or the date on the engine purchasing agreement, whichever is earliest.

7. a greater than 50 bhp Tier 1- or Tier 2-certified stationary diesel agricultural engine installed after January 1, 2005, shall be considered a new engine subject to the requirements of section 93115.8(a) until 12 years after the date of initial installation, at which time, it shall be considered an in-use engine subject to the requirements of section 93115.8(b)(3).

(B) a stationary CI engine that has been reconstructed after January 1, 2005, shall be deemed a new engine unless the sum of the costs of all individual reconstructions of that engine after January 1, 2005, is less than 50% of the lowest-available purchase price, determined at the time of the most recent reconstruction, of a complete, comparably-equipped new engine (within $\pm$ 10% of the reconstructed engine's brake horsepower rating).

For purposes of this definition, the cost of reconstruction and the cost of a comparable new engine shall not include the cost of equipment and devices required to meet the requirements of this ATCM.

(51)  "Nitrogen Oxides (NOx)" means compounds of nitric oxide (NO), nitrogen dioxide (N0$_2$), and other oxides of nitrogen, which are typically created during combustion processes and are major contributors to smog formation and acid deposition.

(52)  "Noncertified Engine" means a CI engine that is not certified to Off-Road CI Certification Standards as specified in title 13, California Code of Regulations, section 2423.

(53)  "Non-Methane Hydrocarbons (NMHC)" means the sum of all hydrocarbon air pollutants except methane.

(54)  "Outer Continental Shelf (OCS)" shall have the meaning provided by section 2 of the Outer Continental Shelf Lands Act (43 U.S.C. Section 1331 et seq.).

(55)  "Owner or Operator" means any person subject to the requirements of this ATCM, including but not limited to:

(A) an individual, trust, firm, joint stock company, business concern, partnership, limited liability company, association, or corporation including but not limited to, a government corporation; and

(B) any city, county, district, commission, the state or any department, agency, or political subdivision thereof, any interstate body, and the federal government or any department or agency thereof to the extent permitted by law.

**073**

(56)  "Particulate Matter (PM)" means the particles found in the exhaust of CI engines, which may agglomerate and adsorb other species to form structures of complex physical and chemical properties.

(57)  "Portable CI Engine" means a compression ignition (CI) engine designed and capable of being carried or moved from one location to another, except as provided in section 93115.4(a)(72).  Indicators of portability include, but are not limited to, wheels, skids, carrying handles, dolly, trailer, or platform.  The provisions of this definition notwithstanding, an engine with indicators of portability that remains at the same facility location for more than 12 consecutive rolling months or 365 rolling days, whichever occurs first, not including time spent in a storage facility, shall be deemed a stationary engine.

(58)  "Prime CI Engine" means a stationary CI engine that is not an emergency standby CI engine.

(59)  "Prioritization Score" means the numeric value used to rank facilities in order of their potential to pose significant risk to human receptors. Prioritization scores are calculated per the process described in the "CAPCOA Air Toxics 'Hot Spots' Program Facility Prioritization Guidelines," California Air Pollution Control Officer's Association (CAPCOA), July 1990, which is incorporated herein by reference.

(60)  "Rated Brake Horsepower (bhp)" means:
    (A)  for in-use engines, the maximum brake horsepower output of an engine as determined from any of the following, whichever reflects the engine's configuration as of January 1, 2005:
        1.  the manufacturer's sales and service literature;
        2.  the nameplate of the engine; or
        3.  if applicable, as shown in the application for certification of the engine;
    (B)  for new engines, the maximum brake horsepower output of an engine as determined from any of the following, whichever reflects the engine's configuration upon the engine's initial installation at the facility:
        1.  the manufacturer's sales and service literature;
        2.  the nameplate of the engine; or
        3.  if applicable, as shown in the application for certification of the engine.

(61)  "Receptor location" means any location outside the boundaries of a facility where a person may experience exposure to diesel exhaust due to the operation of a stationary diesel-fueled CI engine.  Receptor locations include, but are not limited to, residences, businesses, hospitals, daycare centers, and schools.

(62)  "Reconstruction" means the rebuilding of the engine or the replacement of engine parts, including pollution control devices, but excluding operating fluids; lubricants; and other consumables such as air filters, fuel filters, and glow plugs that are subject to regular replacement.

**074**

(63)  "Remotely-Located Agricultural Engine" means a stationary diesel-fueled CI engine used in agriculture that is:

(A)  located in a federal ambient air quality area that is designated as unclassifiable or attainment all PM and ozone national ambient air quality standards (title 40, Code of Federal Regulations, section 81.305); and

(B)  located more than one-half mile from any residential area, school, or hospital.

(64)  "Residential Area" means three or more permanent residences (i.e., homes) located anywhere outside the facility's property.

(65)  "Rolling Blackout Reduction Program (RBRP)" means a contractual arrangement, implemented by the San Diego Gas and Electric Company (SDG&E) in San Diego County, in which SDG&E pays a nonresidential electrical customer, in accordance with the most current RBRP Schedule, in exchange for the customer using its diesel-fueled engines to reduce its electrical demand upon request by SDG&E during either a Stage 3 alert or a transmission emergency.

(66)  "Rotating Outage" means a controlled, involuntary curtailment of electrical power service to consumers as ordered by the Utility Distribution Company.

(67)  "School" or "School Grounds" means any public or private school used for purposes of the education of more than 12 children in kindergarten or any of grades 1 to 12, inclusive, but does not include any private school in which education is primarily conducted in a private home(s). "School" or "School Grounds" includes any building or structure, playground, athletic field, or other areas of school property but does not include unimproved school property.

(68)  "Selective Catalytic Reduction (SCR) System" means an emission control system that reduces NOx emissions through the catalytic reduction of NOx in diesel exhaust by injecting nitrogen-containing compounds into the exhaust stream, such as ammonia or urea.

(69)  "Seller" means any person who sells, leases, or offers for sale any stationary diesel-fueled engine directly to end users.

(70)  "Stage 2 Alert" means an official forecast or declaration by the California Independent System Operator that the operating reserves of electrical power will fall or have fallen below 5 percent.

(71)  "Stage 3 Alert" means an official forecast or declaration by the California Independent System Operator that the operating reserves of electrical power will fall or have fallen below 1.5 percent.

(72)  "Stationary CI Engine" means a CI engine that is designed to stay in one location, or remains in one location.  A CI engine is stationary if any of the following are true:

(A)  the engine or its replacement is attached to a foundation, or if not so attached, resides at the same location for more than 12 consecutive months.  Any engine such as backup or standby engines, that replaces an engine at a location and is intended to perform the same or similar function as the engine(s) being replaced, shall be included in calculating the consecutive time period.  The cumulative time of all engine(s), including the time between the removal of the original engine(s) and installation of the replacement engine(s), will be counted toward the consecutive time period; or

(B)  the engine remains or will reside at a location for less than 12 consecutive months if the engine is located at a seasonal source and operates during the full annual operating period of the seasonal source, where a seasonal source is a stationary source that remains in a single location on a permanent basis (at least two years) and that operates at that single location at least three months each year; or

(C)  the engine is moved from one location to another in an attempt to circumvent the 12 month residence time requirement.  The period during which the engine is maintained at a storage facility shall be excluded from the residency time determination.

(73)  "Stationary Source" means any building, structure, facility, or installation that emits any pollutant directly or as fugitive emissions.  Building, structure, facility, or installation include all pollutant emitting activities which:

(A)  are under the same ownership or operation, or which are owned or operated by entities which are under common control; and

(B)  belong to the same industrial grouping either by virtue of falling within the same two-digit standard industrial code or by virtue of being part of a common industrial process, manufacturing process, or connected process involving a common raw material; and

(C)  are located on one or more contiguous or adjacent properties.

(74)  "Stock Engine" means a certified CI engine that has never been placed in service and is part of a supply of engines offered for sale, rent, or lease by a person or firm who offers for sale, rent, or lease engines and related equipment for profit.

(75)  "Transmission Constrained Area" means the specific location that is subject to localized operating reserve deficiencies due to the failure of the normal electrical power distribution system.

(76)  "Transmission Emergency" means an official forecast or declaration by the California Independent System Operator that the available electrical power transmission capacity to a transmission constrained area is insufficient and may result in an uncontrolled local grid collapse in the transmission constrained area.

(77)  "Utility Distribution Company" means one of several organizations that control energy transmission and distribution in California. Utility Distribution Companies

include, but are not limited to, the Pacific Gas and Electric Company, the San Diego Gas and Electric Company, Southern California Edison, Los Angeles Department of Water and Power, the Imperial Irrigation District, and the Sacramento Municipal Utility District.

(78) "Verification Procedure, Warranty and In-Use Compliance Requirements for In-Use Strategies to Control Emissions from Diesel Engines (Verification Procedure)" means the ARB regulatory procedure codified in title 13, CCR, sections 2700-2710, which is incorporated herein by reference, that engine manufacturers, sellers, owners, or operators may use to verify the reductions of diesel PM or NOx from in-use diesel engines using a particular emission control strategy.

(79) "Verified Diesel Emission Control Strategy" means an emission control strategy, designed primarily for the reduction of diesel PM emissions, which has been verified pursuant to the "Verification Procedure."

NOTE: Authority cited: Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code. Reference: Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and 43013, Health and Safety Code.

### § 93115.5 ATCM for Stationary CI Engines – Fuel and Fuel Additive Requirements for New and In-Use Stationary CI Engines That Have a Rated Brake Horsepower of Greater than 50 (>50 bhp)

(a) As of January 1, 2006, except as provided for in sections 93115.3 and 93115.5(c), no owner or operator of a new stationary CI engine or an in-use prime stationary diesel-fueled CI engine shall fuel the engine with any fuel unless the fuel is one of the following:
    (1) CARB Diesel Fuel; or
    (2) an alternative diesel fuel that is:
        (A) biodiesel;
        (B) a biodiesel blend that does not meet the definition of CARB Diesel Fuel;
        (C) a Fischer-Tropsch fuel; or
        (D) an emulsion of water in diesel fuel; or
    (3) any alternative diesel fuel that is not identified in section 93115.5(a)(2) above and meets the requirements of the Verification Procedure; or
    (4) an alternative fuel; or
    (5) CARB Diesel Fuel used with fuel additives that meets the requirements of the Verification Procedure; or
    (6) any combination of 93115.5(a)(1) through (5) above.

(b) As of January 1, 2006, except as provided for in section 93115.3, no owner or operator of an in-use emergency standby stationary diesel-fueled CI engine shall add to the engine or any fuel tank directly attached to the engine any fuel unless the fuel is one of the following:



(1) CARB Diesel Fuel; or
(2) an alternative diesel fuel that is:
    (A) biodiesel;
    (B) a biodiesel blend that does not meet the definition of CARB Diesel Fuel;
    (C) a Fischer-Tropsch fuel; or
    (D) an emulsion of water in diesel fuel; or
(3) any alternative diesel fuel that is not identified in section 93115.5(b)(2) above and meets the requirements of the Verification Procedure; or
(4) an alternative fuel; or
(5) CARB Diesel Fuel used with fuel additives that meets the requirements of the Verification Procedure; or
(6) any combination of 93115.5(b)(1) through (5) above.

(c) Upon the effective date of the amendments to add in-use stationary diesel-fueled agricultural engine requirements to the ATCM, no owner or operator of an in-use stationary diesel-fueled CI engine used in agricultural operations shall fuel the engine with any fuel unless the fuel is one of the following:
(1) CARB Diesel Fuel; or
(2) an alternative diesel fuel that is:
    (A) biodiesel;
    (B) a biodiesel blend that does not meet the definition of CARB Diesel Fuel;
    (C) a Fischer-Tropsch fuel; or
    (D) an emulsion of water in diesel fuel; or
(3) any alternative diesel fuel that is not identified in section 93115.5(c)(2) above and meets the requirements of the Verification Procedure; or
(4) an alternative fuel; or
(5) CARB Diesel Fuel used with fuel additives that meets the requirements of the Verification Procedure; or
(6) any combination of 93115.5(c)(1) through (5) above.

NOTE:  Authority cited:  Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and 43013, Health and Safety Code.

### § 93115.6 ATCM for Stationary CI Engines – Emergency Standby Diesel-Fueled CI Engine (>50 bhp) Operating Requirements and Emission Standards.

*(a) New Emergency Standby Diesel-Fueled CI Engine (>50 bhp) Operating Requirements and Emission Standards.*

(1) *At-School and Near-School Provisions.*  No owner or operator shall operate a new stationary emergency standby diesel-fueled CI engine for non-emergency use, including maintenance and testing, during the following periods:

**078**

     (A)  whenever there is a school sponsored activity, if the engine is located on school grounds, and

     (B)  between 7:30 a.m. and 3:30 p.m. on days when school is in session, if the engine is located within 500 feet of school grounds. Section 93115.6(a)(1) does not apply if the engine emits no more than 0.01 g/bhp-hr of diesel PM.

(2)  No owner or operator shall operate any new stationary emergency standby diesel-fueled CI engine (>50 bhp) in response to the notification of an impending rotating outage, unless all the following criteria are met:

     (A)  the engine's permit to operate allows operation of the engine in anticipation of a rotating outage, or the District has established a policy or program that authorizes operation of the engine in anticipation of a rotating outage; and

     (B)  the Utility Distribution Company has ordered rotating outages in the control area where the engine is located, or has indicated it expects to issue such an order at a specified time; and

     (C)  the engine is located in a specific location that is subject to the rotating outage; and

     (D)  the engine is operated no more than 30 minutes prior to the time when the Utility Distribution Company officially forecasts a rotating outage in the control area; and

     (F)  the engine operation is terminated immediately after the Utility Distribution Company advises that a rotating outage is no longer imminent or in effect.

(3)  *New Engines*:  As of January 1, 2005, except as provided in section 93115.3, no person shall sell, offer for sale, purchase, or lease for use in California any new stationary emergency standby diesel-fueled CI engine that has a rated brake horsepower greater than 50 unless it meets the following applicable emission standards, and no person shall operate any new stationary emergency standby diesel-fueled CI engine that has a rated brake horsepower greater than 50, unless it meets all of the following applicable operating requirements and emission standards specified in 93115.6(a)(3) (which are summarized in Table 1):

     (A)  *Diesel PM Standard and Hours of Operating Requirements.*

        1.  *General Requirements*: New stationary emergency standby diesel-fueled engines (>50 bhp) shall:

           a.  emit diesel PM at a rate less than or equal to 0.15 g/bhp-hr; or

           b.  meet the diesel PM standard, as specified in the Off-Road Compression Ignition Engine Standards for off-road engines with the same maximum rated power (title 13 CCR, section 2423), in effect on the date of acquisition or submittal, as defined in section 93115.4 whichever is more stringent; and

    c.  not operate more than 50 hours per year for maintenance and testing purposes, except as provided in 93115.6(a)(3)(A)2.  This subsection does not limit engine operation for emergency use and for emission testing to show compliance with 93115.6(a)(3).

  2.  The District may allow a new emergency standby diesel-fueled CI engine (> 50 hp) to operate up to 100 hours per year for maintenance and testing purposes on a site-specific basis, provided the diesel PM emission rate is less than or equal to 0.01 g/bhp-hr.

| Table 1: Summary of the Emission Standards and Operating Requirements for New Stationary Emergency Standby Diesel-Fueled CI Engines > 50 BHP (See section 93115.6(a)(3)) | | | | |
|---|---|---|---|---|
| | *Diesel PM* | | | *Other Pollutants* |
| *Diesel PM Standards (g/bhp-hr)* | *Maximum Allowable Annual Hours of Operation for Engines Meeting Diesel PM Standards* | | | *HC, NOx, NMHC+NOx, and CO Standards (g/bhp-hr)* |
| | *Emergency Use* | *Non-Emergency Use* | | |
| | | *Emission Testing to show compliance[2]* | *Maintenance & Testing (hours/year)* | |
| ≤0.15[1] | Not Limited by ATCM[3] | Not Limited by ATCM[3] | 50 | Off-Road CI Engine Certification Standards for an off-road engine of the model year and horsepower rating of the engine installed to meet the applicable PM standard, or Tier 1 standards.[4] |
| ≤0.01[1] | Not Limited by ATCM[3] | Not Limited by ATCM[3] | 51 to 100 (Upon approval by the District) | |

1.  Or off-road certification standard (title 13 CCR section 2423) for an off-road engine with the same maximum rated power, whichever is more stringent.
2.  Emission testing limited to testing to show compliance with section 93115.6(a)(3).
3.  May be subject to emission or operational restrictions as defined in current applicable district rules, regulations, or policies.
4.  The option to comply with the Tier 1 standards is available only if no off-road engine certification standards have been established for an off-road engine of the same model year and maximum rated power as the new stationary emergency standby diesel-fueled CI engine.

(B)  *HC, NOx, NMHC + NOx, and CO standards*:  New stationary emergency standby diesel-fueled CI engines (> 50 bhp) must meet the standards for off-road engines of the same model year and maximum rated power as specified in the Off-Road Compression Ignition Engine Standards (title 13, CCR, section 2423). If no standards have been established for an off-road engine of the same model year and maximum rated power as the new stationary emergency standby diesel-fueled CI engine, then the new stationary emergency standby diesel-fueled CI engine shall meet the Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same maximum rated power, irrespective of   the new stationary emergency standby diesel-fueled CI engine's model year.

(C)  The District:

  1.  may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate standards; and



2. may establish more stringent limits on hours of maintenance and testing on a site-specific basis; and

3. shall determine an appropriate limit on the number of hours of operation for demonstrating compliance with other District rules and initial start-up testing.

(4) *New Direct-Drive Emergency Standby Fire Pump Engines*: Except as provided in section 93115.3, no person shall sell, offer for sale, purchase, or lease for use in California any new direct-drive emergency standby diesel-fueled fire-pump engine that has a rated brake horsepower greater than 50 unless it meets either the emission standards of section 93115.6(a)(3) or the emission standards defined in section 93115.6(a)(4), and no person shall operate any new stationary emergency standby diesel-fueled CI engine that has a rated brake horsepower greater than 50, unless it meets all of the applicable operating requirements and emission standards specified in either 93115.6(a)(3) or 93115.6(a)(4).

(A) *Standards and Hours of Operating Requirements.*

1. *General Requirements*: New direct-drive emergency standby diesel-fueled fire-pump engines (>50 bhp) shall, upon District approval of installation:

   a. meet the Tier 2 emission standards specified in the Off-Road Compression Ignition Engine Standards for off-road engines with the same maximum rated power (title 13 CCR, section 2423) until 3 years after the date the Tier 3 standards are applicable for off-road engines with the same maximum rated power. At that time, new direct-drive emergency standby diesel-fueled fire-pump engines (>50 bhp) are required to meet the Tier 3 emission standards, until 3 years after the date the Tier 4 standards are applicable for off-road engines with the same maximum rated power. At that time, new direct-drive emergency standby diesel-fueled fire-pump engines (>50 bhp) are required to meet the Tier 4 emission standards; and

   b. not operate more than the number of hours necessary to comply with the testing requirements of the National Fire Protection Association (NFPA) 25 - "Standard for the Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems," 2002 edition, which is incorporated herein by reference. This subsection does not limit engine operation for emergency use and for emission testing to show compliance with 93115.6(a)(4).

(B) The District:

1. may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate standards; and

2. may establish more stringent limits on hours of maintenance and testing on a site-specific basis; and

3. shall determine an appropriate limit on the number of hours of operation for demonstrating compliance with other District rules and initial start-up testing.

21



*(b)  In-Use Emergency Standby Diesel-Fueled CI Engine (> 50 bhp) Operating Requirements and Emission Standards.*

    (1)  No owner or operator shall operate any in-use stationary emergency standby diesel-fueled CI engine in response to the notification of an impending rotating outage unless all the following criteria are met:

        (A)  the engine's permit to operate allows operation of the engine in anticipation of a rotating outage, or the District has established a policy or program that authorizes operation of the engine in anticipation of a rotating outage; and

        (B)  the Utility Distribution Company has ordered rotating outages in the control area where the engine is located, or has indicated it expects to issue such an order at a certain time; and

        (C)  the engine is located in a specific location that is subject to the rotating outage; and

        (D)  the engine is operated no more than 30 minutes prior to the time when the Utility Distribution Company officially forecasts a rotating outage in the control area; and

        (E)  the engine operation is terminated immediately after the Utility Distribution Company advises that a rotating outage is no longer imminent or in effect.

    (2)  *At-School and Near-School Provisions.*  No owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engine for non-emergency use, including maintenance and testing, during the following periods:

        (A)  whenever there is a school sponsored activity, if the engine is located on school grounds, and

        (B)  between 7:30 a.m. and 3:30 p.m. on days when school is in session, if the engine is located within 500 feet of school grounds. Section 93115.6(b)(2) does not apply if the engine emits no more than 0.01 g/bhp-hr of diesel PM.

    (3)  Except as provided in section 93115.3, no owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engine (> 50 hp) in California unless it meets, in accordance with the applicable compliance schedules specified in sections 93115.11 and 93115.12, the following requirements (which are summarized in Table 2):



| Table 2: Summary of the Emission Standards and Operating Requirements for In-Use Stationary Emergency Standby Diesel-Fueled CI Engines > 50 BHP (See section 93115.6(b)(3)) | | | | |
|---|---|---|---|---|
| | *Diesel PM* | | | *Other Pollutants* |
| *Diesel PM Standards (g/bhp-hr)* | *Maximum Allowable Annual Hours of Operation for Engines Meeting Diesel PM Standards* | | | *HC, NOx, NMHC+NOx, and CO Standards (g/bhp-hr)* |
| | *Emergency Use* | *Non-Emergency Use* | | |
| | | *Emission Testing to show compliance[1]* | *Maintenance & Testing (hours/year)* | |
| >0.40[2] | Not Limited by ATCM[2] | Not Limited by ATCM[2] | 20 | Not limited by ATCM[2] |
| >0.15 and ≤0.40 | Not Limited by ATCM[2] | Not Limited by ATCM[2] | 21 to 30 | For engines with emission control strategies not verified through the verification procedure:  Off-Road CI Engine Certification Standards for an off-road engine of the model year and maximum rated power of the engine installed to meet the applicable PM standard, or Tier 1 standards.[3]  OR  Both (i) and (ii) must be met:  (i)  No increase in HC or NOx above 10% from baseline levels     OR No increase in NMHC+NOx emissions above baseline levels  (ii)  No increase in CO above 10% from baseline levels |
| >0.01 and ≤0.15 | Not Limited by ATCM[2] | Not Limited by ATCM[2] | 31 to 50 (Upon approval by the District) | |
| ≤0.01 | Not Limited by ATCM[2] | Not Limited by ATCM[2] | 51 to 100 (Upon approval by the District) | |

1.   Emission testing limited to testing to show compliance with section 93115.6(b)(3).
2.   May be subject to emission or operational restrictions as defined in current applicable district rules, regulations, or policies.
3.   The option to comply with the Tier 1 standards is available only if no off-road engine certification standards have been established for an off-road engine of the same model year and maximum rated power as the new stationary emergency standby diesel-fueled CI engine.

(A) *Diesel PM Standard and Hours of Operation Limitations.*
   1.  *General Requirements:*
      a.  No owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engine (>50 bhp) that emits diesel PM at a rate greater than 0.40 g/bhp-hr more than 20 hours per year for maintenance and testing purposes.  The District may approve up to 20 additional hours per year for the maintenance and testing of such in-use emergency standby diesel-fueled CI engines operated at health facilities. This subsection does not limit engine operation for emergency use and for emission testing to show compliance with 93115.6(b)(3).
      b.  No owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engine (>50 bhp) that



emits diesel PM at a rate less than or equal to 0.40 g/bhp-hr more than 30 hours per year for maintenance and testing purposes, except as provided in 93115.6(b)(3)(A)2.  This subsection does not limit engine operation for emergency use and for emission testing to show compliance with 93115.6(b)(3).

2. The District may allow in-use stationary emergency standby diesel-fueled CI engines (> 50 bhp) to operate more than 30 hours per year for maintenance and testing purposes on a site-specific basis, provided the following limits are met:

   a. Up to 40 annual hours of operation are allowed for maintenance and testing purposes at a health facility if the diesel PM emission rate is greater than 0.15 g/bhp-hr but less than or equal to 0.40 g/bhp-hr.

   b. Up to 50 annual hours of operation are allowed for maintenance and testing purposes if the diesel PM emission rate is less than or equal to 0.15 g/bhp-hr.

   c. Up to 100 annual hours of operation are allowed for maintenance and testing purposes if the diesel PM emission rate is less than or equal to 0.01 g/bhp-hr.

(B) *Additional Standards:*

Owners or operators that choose to meet the diesel PM standards defined in section 93115.6(b)(3)(A) with emission control strategies that are not verified through the Verification Procedure shall either:

1. Meet the applicable HC, NOx, NMHC+NOx, and CO standards for off-road engines of the same model year and maximum rated power as specified in the Off-Road Compression Ignition Engine Standards (title 13, CCR, section 2423).  If no standards have been established for an off-road engine of the same model year and maximum rated power as the in-use stationary emergency standby diesel-fueled CI engine, then the in-use stationary emergency standby diesel-fueled CI engine shall meet the Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same maximum rated power, irrespective of the in-use stationary emergency standby diesel-fueled CI engine's model year; Or

2. Not increase CO emission rates by more than 10% above baseline; and

   Not increase HC or NOx emission rates by more than 10% above baseline; or

   Not increase the sum of NMHC and NOx emission rates above baseline.

(C) The District:

1. may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate standards; and

2. may establish more stringent limits on hours of maintenance and testing on a site-specific basis; and



3.   shall determine an appropriate limit on the number of hours of operation for demonstrating compliance with other District rules and initial start-up testing.

(c)   *Operating Requirements and Emission Standards for New and In-Use Emergency Standby Stationary Diesel-Fueled CI Engines that Have a Rated Brake Horsepower of Greater than 50 (>50 bhp) Used in Demand Response Programs (DRP Engines).*

(1)   *New Emergency Standby Diesel-Fueled CI DRP Engines (>50 bhp) Operating Requirements and Emission Standards.*

(A)   *At-School and Near-School Provisions.* No owner or operator shall operate a new stationary emergency standby diesel-fueled CI DRP engine for non-emergency use, including maintenance and testing, during the following periods:

1.   whenever there is a school sponsored activity, if the engine is located on school grounds; and

2.   between 7:30 a.m. and 3:30 p.m. on days when school is in session, if the engine is located within 500 feet of school grounds. Section 93115.6(c)(1)(A) does not apply if the engine emits no more than 0.01 g/bhp-hr of diesel PM.

(B)   No owner or operator shall operate any new stationary emergency standby diesel-fueled CI DRP engine (>50 bhp) in response to the notification of an impending rotating outage, unless the engine is operating pursuant to a DRP, or all of the following criteria are met:

1.   the engine's permit to operate allows operation of the engine in anticipation of a rotating outage, or the District has established a policy or program that authorizes operation of the engine in anticipation of a rotating outage; and

2.   the Utility Distribution Company has ordered rotating outages in the control area where the engine is located, or has indicated it expects to issue such an order at a specified time; and

3.   the engine is in a specific location that is subject to the rotating outage in the control area; and

4.   the engine is operated no more than 30 minutes prior to the time when the Utility Distribution Company officially forecasts a rotating outage in the control area; and

5.   the engine operation is terminated immediately after the Utility Distribution Company advises that a rotating outage is no longer imminent or in effect.

(C)   Except as provided in section 93115.3, no owner or operator shall operate any new stationary emergency standby diesel-fueled CI DRP engine (>50 bhp), unless it meets all of the following applicable operating requirements and emission standards:

1.   *Diesel PM Standard and Hours of Operating Requirements.*

a.   New DRP Engines enrolled in the RBRP on or after January 1, 2005, and prior to January 1, 2008, shall:

(i.)   meet the requirements specified in 93115.6(a)(3) and


**085**

      (ii.) not operate more than 75 hours per year for RBRP operation.

   b. New DRP Engines enrolled in the RBRP on or after January 1, 2008, shall:

      (i.) meet the more stringent diesel PM standard of either 0.01 g/bhp-hr of diesel PM; or

      (ii.) the current model year diesel PM standard as specified in the Off-Road Compression Ignition Engine Standards for off-road engines with the same maximum rated power (title 13, CCR, section 2423) in effect on the date of RBRP enrollment; and

      (iii.) comply with the limitations on the hours of operation for maintenance and testing as specified in 93115.6(a)(3)(A)2.; and

      (iv.) not operate more than 75 hours per year for RBRP operation.

   c. New DRP Engines enrolled in an ISC on or after January 1, 2005, shall:

      (i.) meet the more stringent diesel PM standard of either 0.01 g/bhp-hr diesel PM; or

      (ii.) the current model year diesel PM standard as specified in the Off-Road Compression Ignition Engine Standards for off-road engines with the same maximum rated power (title 13, CCR, section 2423) in effect on the date of ISC enrollment; and

      (iii.) comply with the limitations on the hours of operation for maintenance and testing as specified in 93115.6(a)(3)(A)2.; and

      (iv.) not operate more than 150 hours per year for ISC operation.

2. *HC, NOx, NMHC + NOx, and CO standards:* No owner or operator shall operate any new stationary emergency standby diesel-fueled CI DRP engine (>50 bhp), unless it meets the standards for off-road engines of the same model year and maximum rated power as specified in the Off-Road Compression Ignition Engine Standards (title 13, CCR, section 2423).  If no standards have been established for an off-road engine of the same model year and maximum rated power as the new stationary emergency standby diesel-fueled CI DRP engine, then the new stationary emergency standby diesel-fueled CI DRP engine shall meet the Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same maximum rated power, irrespective of the new stationary emergency standby diesel-fueled CI DRP engine's model year.



3. A District:
   a. may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate standards; and
   b. may establish more stringent maintenance and testing hour of operation standards on a site-specific basis; and
   c. shall determine an appropriate limit on the number of hours of operation for demonstrating compliance with other District rules and initial start-up testing.

(2) *In-Use Emergency Standby Diesel-Fueled Cl DRP Engine (> 50 bhp) Operating Requirements and Emission Standards.*

(A) *At-School and Near-School Provisions.* No owner or operator shall operate an in-use stationary emergency standby diesel-fueled Cl engine for non-emergency use, including maintenance and testing during the following periods:
   1. whenever there is a school sponsored activity, if the engine is located on school grounds; and
   2. between 7:30 a.m. and 3:30 p.m. on days when school is in session, if the engine is located within 500 feet of school grounds. Section 93115.6(c)(2)(A) does not apply if the engine emits no more than 0.01 g/bhp-hr of diesel PM.

(B) No owner or operator shall operate any in-use stationary emergency standby diesel-fueled Cl DRP engine (>50 bhp) in response to the notification of an impending rotating outage, unless the engine is operating pursuant to a DRP, or all of the following criteria are met:
   1. the engine's permit to operate allows operation of the engine in anticipation of a rotating outage, or the District has established a policy or program that authorizes operation of the engine in anticipation of a rotating outage; and
   2. the Utility Distribution Company has ordered rotating outages in the control area where the engine is located, or has indicated it expects to issue such an order at a certain time; and
   3. the engine is in a specific location that is subject to the rotating outage in the control area; and
   4. the engine is operated no more than 30 minutes prior to the time when the Utility Distribution Company officially forecasts a rotating outage in the control area; and
   5. the engine operation is terminated immediately after the Utility Distribution Company advises that a rotating outage is no longer imminent or in effect.

(C) Except as provided in section 93115.3, no owner or operator shall operate any in-use stationary emergency standby diesel-fueled Cl DRP engine (> 50 hp) unless it meets all of the following applicable operating requirements and emission standards:
   1. *Diesel PM Standard and Hours of Operation Requirements.*
      a. In-Use DRP Engines enrolled in the RBRP prior to January 1, 2005, shall:



> (i.) meet the diesel PM standards and hour of operation limitations specified in 93115.6(b)(3)(A) and (B); and
>
> (ii.) not operate more than 75 hours per year for RBRP operation.

b. In-Use DRP Engines enrolled in the RBRP on or after January 1, 2005, and prior to January 1, 2008, shall:
>   (i.) meet a diesel PM standard of 0.15 g/bhp-hr diesel PM; and
>   (ii.) meet the requirements specified in 93115.6(b)(3)(A) for maintenance and testing hours of operation; and
>   (iii.) not operate more than 75 hours per year for RBRP operation.

c. In-Use DRP Engines enrolled in the RBRP on or after January 1, 2008, shall:
>   (i.) meet a diesel PM standard of 0.01 g/bhp-hr diesel PM; and
>   (ii.) meet the requirements specified in 93115.6(b)(3)(A) for maintenance and testing hours of operation; and
>   (iii.) not operate more than 75 hours per year for RBRP operation.

d. In-Use DRP Engines enrolled in an ISC prior to January 1, 2005, shall as of January 1, 2006:
>   (i.) meet a diesel PM standard of 0.15 g/bhp-hr diesel PM; and
>   (ii.) meet the requirements specified in 93115.6(b)(3)(A) for maintenance and testing hours of operation; and
>   (iii.) not operate more than 150 hours per year for ISC operation.

e. In-Use DRP Engines enrolled in an ISC on or after January 1, 2005, and prior to January 1, 2008, shall:
>   (i.) meet a diesel PM standard of 0.15 g/bhp-hr diesel PM; and
>   (ii.) meet the requirements specified in 93115.6(b)(3)(A) for maintenance and testing hours of operation; and
>   (iii.) not operate more than 150 hours per year for ISC operation.

f. In-Use DRP Engines enrolled in an ISC on or after January 1, 2008, shall:
>   (i.) meet a diesel PM standard of 0.01 g/bhp-hr diesel PM; and
>   (ii.) meet the requirements specified in 93115.6(b)(3)(A) for maintenance and testing hours of operation; and
>   (iii.) not operate more than 150 hours per year for ISC operation.

2. *Additional Standards.*
Owners or operators that choose to meet the diesel PM standards and hour of operation limits defined in section 93115.6(c)(2)(C) with emission control strategies that are not verified through the Verification Procedure shall either:

a. Meet the applicable HC, NOx, NMHC+NOx, and CO standards for off-road engines of the same model year and maximum rated power as specified in the Off-Road Compression Ignition



Engine Standards (title 13, CCR, section 2423).  If no standards have been established for an off-road engine of the same model year and maximum rated power as the in-use stationary emergency standby diesel-fueled CI DRP engine, then the in-use stationary emergency standby diesel-fueled CI DRP engine shall meet the Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same  maximum rated power, irrespective of the in-use stationary emergency standby diesel-fueled CI DRP engine's model year; or

    b.  Not increase CO emission rates by more than 10% above baseline; and not increase HC or NOx emission rates by more than 10% above baseline, or not increase the sum of NMHC and NOx emission rates above baseline.

  3.  A District:

    a.  may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate standards; and

    b.  may establish more stringent limits on hours of maintenance and testing on a site-specific basis; and

    c.  shall determine an appropriate limit on the number of hours of operation for demonstrating compliance with other District rules and initial start-up testing.

(3)  *Other Requirements Specific to RBRP Engines and the San Diego. Gas and Electric Company (SDG&E).*

  (A)  The sum total electrical generation (also known as the "total load reduction capacity") from all diesel-fueled engines dispatched in the RBRP shall not exceed 80.0 megawatts (MW) at any time.

  (B)  RBRP Engines shall be dispatched by SDG&E into service in accordance with a district-approved dispatch protocol as specified in section 93115.10(h)(2).

(4)  *Requirements Applicable to DRP Engines after a DRP is Terminated*
After a DRP is terminated by either the Utility Distribution Company or the engine owner or operator, the DRP engine shall remain subject to the requirements of subsection 93115.6(c) as if the DRP were still in effect.

NOTE:  Authority cited:  Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and 43013, Health and Safety Code.

### § 93115.7 ATCM for Stationary CI Engines – Stationary Prime Diesel-Fueled CI Engine (>50 bhp) Emission Standards.

*(a)  New Stationary Prime Diesel-Fueled CI Engine (>50 bhp) Emission Standards.*
As of January 1, 2005, except as provided in section 93115.3, no person shall sell, purchase, or lease for use in California a new stationary prime diesel-fueled CI engine that has a rated brake horsepower greater than 50



unless it meets the following applicable emission standards, and no owner or operator shall operate any new stationary prime diesel-fueled CI engine that has a rated brake horsepower greater than 50 unless it meets all of the following emission standards and operational requirements (which are summarized in Table 3):

| Table 3: Summary of the Emission Standards for New Stationary Prime Diesel-Fueled CI Engines >50 BHP (See section 93115.7(a)(1)) | |
|---|---|
| *Diesel PM Standards (g/bhp-hr)* | *HC, NOx, NMHC+NOx, and CO Standards (g/bhp-hr)* |
| Meet the more stringent of:<br><br>≤0.01[1]<br><br>OR<br><br>Off-Road CI Engine Certification Standard for an off-road engine of the same maximum rated power | Off-Road CI Engine Certification Standard for an off-road engine of the model year and maximum rated power of the engine installed to meet the applicable PM standard, or Tier 1 standards.[1,2] |

1. May be subject to additional emission limitations as specified in current district rules, regulations, or policies governing distributed generation.
2. The option to comply with the Tier 1 standards is available only if no off-road engine certification standards have been established for an off-road engine of the same model year and maximum rated power as the new stationary prime diesel-fueled CI engine.

(1)  *Diesel PM Standard:*  All new stationary prime diesel-fueled CI engines (> 50 bhp) shall emit diesel PM at a rate that is less than or equal to 0.01 grams diesel PM per brake-horsepower-hour (g/bhp-hr) or shall meet the diesel PM standard, as specified in the Off-Road Compression Ignition Engine Standards for off-road engines with the same maximum rated power (title 13, CCR, section 2423), in effect on the date of acquisition or submittal, as defined in section 93115.4, whichever is more stringent.

(2)  *HC, NOx, NMHC+NOx, and CO Standards:*  All new stationary prime diesel-fueled CI engines (> 50 bhp) shall meet the standards for off-road engines of the same model year and maximum rated power as specified in the Off-Road Compression Ignition Engine Standards (title 13, CCR, section 2423). If no limits have been established for an off-road engine of the same model year and maximum rated power as the new stationary prime diesel-fueled CI engine, then the new stationary prime diesel-fueled CI engine shall meet the Tier 1 standards in title 13, CCR, section 2423, for an off-road engine of the same maximum rated power, irrespective of the new stationary prime diesel-fueled CI engine's model year;

(3)  New stationary prime diesel-fueled CI engines that are used to provide electricity near the place of use (also known as "distributed generation") may be subject to additional emission limitations as specified in current district rules, policies, or regulations governing distributed generation;



(4)  The District may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate limits on a site-specific basis.

*(b) In-Use Stationary Prime Diesel-Fueled CI Engine (>50 bhp) Emission Standards.* Except as provided in section 93115.3, no owner or operator shall operate an in-use stationary prime diesel-fueled CI engines (> 50 bhp) in California unless it meets the following requirements (which are summarized in Table 4):

| Table 4: Summary of the Emission Standards for In-Use Stationary Prime Diesel-Fueled CI Engines > 50 BHP (See section 93115.7(b)(1)) | | |
|---|---|---|
| *Diesel PM* | | *Other Pollutants* |
| *Diesel PM Standards (g/bhp-hr)* | | *HC, NOx, NMHC+NOx, and CO Standards (g/bhp-hr)* |
| *Applicability* | *Standard* | |
| All off-road certified in-use prime engines | 85% reduction from baseline levels (Option 1)<br><br>OR<br><br>0.01 g/bhp-hr (Option 2) | For engines with emission control strategies not verified through the verification procedure: Off-Road CI Engine Certification Standards for an off-road engine of the model year and maximum rated power of the engine installed to meet the applicable PM standard, or Tier 1 standards.[1] |
| Only in-use prime engines NOT certified in accordance with the Off-Road Compression Ignition Standards | 85% reduction from baseline levels (Option 1)<br><br>OR<br><br>0.01 g/bhp-hr (Option 2)<br><br>OR<br><br>[30% reduction from baseline levels<br><br>AND<br><br>0.01 g/bhp-hr by no later than July 1, 2011] (Option 3) | OR<br><br>Both (i) and (ii) must be met:<br><br>(i)  No increase in HC or NOx emissions above 10% from baseline levels<br><br>OR<br><br>No increase in NMHC+NOx emissions above baseline levels<br><br>(ii) No increase in CO above 10% from baseline levels |

1.    The option to comply with the Tier 1 standards is available only if no off-road engine certification standards have been established for an off-road engine of the same model year and maximum rated power as the new stationary emergency standby diesel-fueled CI engine.

(1)   *Diesel PM Standards:*  All in-use stationary prime diesel-fueled CI engines (> 50 bhp) certified in accordance with the Off-Road Compression Ignition Engine Standards (title 13, CCR, section 2423) shall comply with either option 1 or option 2 below.  All engines not certified in accordance with the Off-Road Compression Ignition Engine Standards (title 13, CCR, section 2423) shall comply with option 1, option 2, or option 3 below:



    (A)  Option 1: Reduce the diesel PM emission rate by at least 85 percent, by weight, from the baseline level, in accordance with the appropriate compliance schedule specified in sections 93115.11 and 93115.12;

    (B)  Option 2: Emit diesel PM at a rate less than or equal to 0.01 g/bhp-hr in accordance with the appropriate compliance schedule as specified in sections 93115.11 and 93115.12;

    (C)  Option 3: Reduce the diesel PM emission rate by at least 30% from the baseline level, by no later than January 1, 2006, and emit diesel PM at a rate of 0.01 g/bhp-hr or less by no later than July 1, 2011.

(2)  *Additional Standards:*

Owners or operators that choose to meet the diesel PM limits defined in section 93115.7(b) with emission control strategies that are not verified through the Verification Procedure shall either:

    (A)  Meet the applicable HC, NOx, NMHC+NOx, and CO standards for off-road engines of the same model year and maximum rated power as specified in the Off-Road Compression Ignition Engine Standards (title 13, CCR, section 2423). If no standards have been established for an off-road engine of the same model year and maximum rated power as the in-use stationary prime diesel-fueled CI engine, then the in-use stationary prime diesel-fueled CI engine shall meet the Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same maximum rated power, irrespective of the new stationary emergency standby diesel-fueled CI engine's model year; or

    (B)  Not increase CO emission rates by more than 10% above baseline; and

Not increase HC or NOx emission rates by more than 10% above baseline, or

Not increase the sum of NMHC and NOx emission rates above baseline.

(3)  The District may establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO emission rate standards.

NOTE: Authority cited: Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code. Reference: Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and 43013, Health and Safety Code.

### § 93115.8 ATCM for Stationary CI Engines – Emission Standards for Stationary Diesel-Fueled CI Engines (>50 bhp) Used in Agricultural Operations.

*(a) Emission Standards for New Stationary Diesel-Fueled CI Engines (>50 bhp) Used in Agricultural Operations.*

(1)  As of January 1, 2005, except as provided in sections 93115.3, 93115.8(a)(1)(A)5., and 93115.8(a)(2), no person shall sell, purchase, or lease



for use in California any new stationary diesel-fueled engine to be used in agricultural operations that has a rated brake horsepower greater than 50, or operate any new stationary diesel-fueled engine to be used in agricultural operations that has a rated brake horsepower greater than 50, unless the engine meets all of the following emission performance standards (which are summarized in Table 5.):

| Table 5: Summary of the Emission Standards for New Stationary Diesel-Fueled CI Engines > 50 BHP Used in Agricultural Operations (See section 93115.8(a)) | | |
|---|---|---|
| *Horsepower Range (hp)* | *Diesel PM* | *Other Pollutants* |
| | *Diesel PM Standards (g/bhp-hr)* | *HC, NOx, NMHC+NOx, and CO Standards (g/bhp-hr)* |
| All Applications Greater Than 50 But Less Than 100, Other Than Generator Sets | Less Than or Equal to 0.30[1]  OR  Off-Road CI Engine Certification Standard for an off-road engine of the same maximum rated power, whichever is more stringent | Off-Road CI Engine Certification Standard for an off-road engine of the model year and maximum rated power of the engine installed to meet the applicable PM standard, or Tier 1 standards.[1] |
| All Applications Greater Than or Equal to 100 But Less Than 175, Other Than Generator Sets | Less Than or Equal to 0.22[1]  OR  Off-Road CI Engine Certification Standard for an off-road engine of the same maximum rated power, whichever is more stringent | |
| All Applications Greater Than or Equal to 175, Other Than Generator Sets | Less than or Equal to 0.15[1]  OR  Off-Road Engine Certification Standard for an off-road engine of the same maximum rated power, whichever is more stringent | |
| Generator Set Engines Greater Than 50 | Less Than or Equal to 0. 15[1]  OR  Off-Road CI Engine Certification Standard for an off-road engine of the same maximum rated power, whichever is more stringent. | |

1.  Prior to January 1, 2008, these limits shall not apply to engines sold from one agricultural operation to another and funded under State or federal incentive funding programs, as specified in 93115.8(a)(2).

(A) *Diesel PM Standard:*
1. New agricultural stationary diesel-fueled CI engines, used in all agricultural operations except generator set applications with a maximum rated horsepower greater than 50 but less than 100 shall emit no more than 0.30 g/bhp-hr diesel particulate matter (PM) limit or shall meet the standards, as specified in the Off-Road Compression



Ignition Engine Standards for off-road engines of the same maximum rated power (title 13, CCR, section 2423), in effect on the date of acquisition or submittal, as defined in section 93115.4, whichever is more stringent; and

2. New agricultural stationary diesel-fueled CI engines, used in all agricultural operations except generator set applications with a maximum rated horsepower greater than or equal to 100 but less than 175 shall emit no more than 0.22 g/bhp-hr diesel particulate matter (PM) limit or shall meet the standards, as specified in the Off-Road Compression Ignition Engine Standards for off-road engines of the same maximum rated power (title 13, CCR, section 2423), in effect on the date of acquisition or submittal, as defined in section 93115.4 whichever is more stringent; and

3. New agricultural stationary diesel-fueled CI engines, used in all agricultural operations except generator set applications with a maximum rated horsepower greater than or equal to 175 shall emit no more than 0.15 g/bhp-hr diesel PM or shall meet the standards, as specified in the Off-Road Compression Ignition Engine Standards for off-road engines of the same maximum rated power (title 13, CCR, section 2423), in effect on the date of acquisition or submittal, as defined in section 93115.4, whichever is more stringent; and

4. New agricultural stationary diesel-fueled CI engines, used in generator set applications with a maximum rated horsepower greater than 50, shall emit no more than 0.15 g/bhp-hr diesel PM, or shall meet the standards, as specified in the Off-Road Compression Ignition Engine Standards for off-road engines of the same maximum rated power (title 13, CCR, section 2423), in effect on the date of acquisition or submittal, as defined in section 93115.4, whichever is more stringent;

5. On a site-specific basis, a District may extend compliance with sections 93115.8(a)(1)(A)1. through 4. up to four years provided:

   a. The District determines that an engine meeting sections 93115.8(A)1. through 4. would exceed the District's threshold for significant risk pursuant to H&SC section 44391 (AB 2588 "Hot Spots" Program), and

   b. No later than four years after the applicable initial compliance date for sections 93115.8(a)(1)(A)1. through 4., one of the following is installed:

      (i.) an electric motor;

      (ii.) an engine greater than 50 bhp but less than 75 bhp that does not exceed 0.02 g/bhp-hr PM; or

      (iii.) an engine greater than 75 bhp that does not exceed 0.01 g/bhp-hr diesel PM.

(B) *NMHC, NOx, and CO Standards:*  New agricultural stationary diesel-fueled CI engines shall meet the HC, NOx, (or NMHC+NOx, if applicable) and CO



standards for off-road engines of the same model year and maximum rated power, as specified in the Off-Road Compression Ignition Engine Standards (title 13, CCR, section 2423).  If no limits have been established for an off-road engine of the same model year and maximum rated power as the new agricultural stationary diesel-fueled CI engine, then the new agricultural stationary diesel-fueled CI engine shall meet the Tier 1 standards in title 13, CCR, section 2423, for an off-road engine of the same maximum rated power, irrespective of the new agricultural diesel-fueled CI engine's model year.

(2) Prior to January 1, 2008, the requirements of section 93115.8(a)(1) shall not apply to any stationary diesel-fueled CI engine that:

    (A)  is used in agricultural operations; and

    (B)  was funded under a State or federal incentive funding program; and

    (C)  was sold for use in another agricultural operation, provided the stationary diesel-fueled CI engine complies with Tier II Off-Road Compression Ignition Standards for off-road engines of the same maximum rated power (title 13, CCR, section 2423).

For purposes of this subsection, State or federal incentive funding programs include, but are not limited to, California's Carl Moyer Program, as set forth in title 17, Part 5, Chapter 9 of the California Health and Safety Code, and the U.S. Department of Agriculture's Environmental Quality Incentives Program (EQIP), as set forth in title 7, Chapter XIV, Part 1466 of the Code of Federal Regulations.

*(b)  Emission Standards for In-Use Stationary Diesel-Fueled CI Engines (>50 bhp) Used in Agricultural Operations.*

(1)  Except as provided in sections 93115.3 and 93115.8(b)(5) through (7), no owner or operator shall operate an in-use stationary diesel-fueled CI engine greater than 50 bhp in an agricultural operation in California unless it meets the requirements in sections 93115.8(b)(2) through (4) (which are summarized in Tables 6 and 7):

**095**

| Table 6: Emission Standards Noncertified Greater than 50 BHP In-Use Stationary Diesel-Fueled Engines Used in Agricultural Operations See sections 93115.8(b)(2) and (4) | | | | |
| --- | --- | --- | --- | --- |
| Horsepower Range (hp) | Application | Compliance<br><br>On or After December 31 | Diesel PM<br><br>Not to Exceed (g/bhp-hr) | HC, NOx, NMHC+NOx, and CO<br>Not to Exceed (g/bhp-hr) |
| Greater Than 50 But Less Than 75 | Generator Sets | 2015 | 0.02 | Off-Road CI Engine Certification Standards for an off-road engine of the model year and maximum rated power of the engine installed to meet the applicable PM standard.[1] |
| | All Other Applications | 2011 | 0.30 | |
| Greater Than or Equal to 75 But Less Than 100 | Generator Sets | 2015 | 0.01 | |
| | All Other Applications | 2011 | 0.30 | |
| Greater Than or Equal to 100 But Less Than 175 | Generator Sets | 2015 | 0.01 | |
| | All Other Applications | 2010 | 0.22 | |
| Greater Than or Equal to 175 But Less Than or Equal to 750 | All Applications | 2010 | 0.15 | |
| Greater Than 750 | All Applications | 2014 | 0.075 | |

1. If no limits have been established for an off-road engine of the same model year and maximum rated power, then the in-use stationary diesel-fueled engine used in an agricultural operation shall not exceed Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same maximum rated power irrespective of model year.

36

**096**

| Table 7: Emission Standards Tier 1- and Tier 2-Certified Greater than 50 BHP In-Use Stationary Diesel-Fueled Engines Used in Agricultural Operations See sections 93115.8(b)(3) and (4) | | | |
|---|---|---|---|
| Horsepower Range (hp) | Compliance<br><br>On or After December 31 | Diesel PM<br><br>Not to Exceed (g/bhp-hr) | HC, NOx, NMHC+NOx, and CO Not to Exceed (g/bhp-hr) |
| Greater Than 50 But Less Than 75 | 2015 or 12 years after the date of initial installation, whichever is later | 0.02 | Off-Road CI Engine Certification Standards for an off-road engine of the model year and maximum rated power of the engine installed to meet the applicable PM standard.[1] |
| Greater Than or Equal to 75 But Less Than 175 | 2015 or 12 years after the date of initial installation, whichever is later | 0.01 | |
| Greater Than or Equal to 175 But Less Than or Equal to 750 | 2014 or 12 years after the date of initial installation, whichever is later | 0.01 | |
| Greater Than 750 | 2014 or 12 years after the date of initial installation, whichever is later | 0.075 | |

1. If no limits have been established for an off-road engine of the same model year and maximum rated power, then the in-use stationary diesel-fueled engine used in an agricultural operation shall not exceed Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same maximum rated power irrespective of model year.

(2) *Diesel PM Standards for Noncertified In-use Stationary Diesel-fueled CI Engines Used in Agricultural Operations (except as provided in section 93115.3):*

    (A) On or after December 31, 2015, no owner or operator shall operate any greater than 50 but less than 75 bhp noncertified stationary diesel-fueled generator set engine used in an agricultural operation unless such generator set engine's diesel PM emissions do not exceed 0.02 g/bhp-hr.

    (B) On or after December 31, 2015, no owner or operator shall operate any greater than or equal to 75 but less than 175 bhp noncertified stationary diesel-fueled generator set engine used in an agricultural operation unless such generator set engine's diesel PM emissions do not exceed 0.01 g/bhp-hr.

    (C) On or after December 31, 2011, no owner or operator shall operate any greater than 50 but less than 75 bhp noncertified stationary diesel-fueled engine (other than a generator set engine) used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.30 g/bhp-hr.

    (D) On or after December 31, 2011, no owner or operator shall operate any greater than or equal to 75 but less than 100 bhp noncertified stationary diesel-fueled engine (other than a generator set engine) used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.30 g/bhp-hr.


097

    (E) On or after December 31, 2010, no owner or operator shall operate any greater than or equal to 100 but less than 175 bhp noncertified stationary diesel-fueled engine (other than a generator set engine) used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.22 g/bhp-hr.

    (F) On or after December 31, 2010, no owner or operator shall operate any greater than or equal to 175 through 750 bhp noncertified stationary diesel-fueled engine used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.15 g/bhp-hr.

    (G) On or after December 31, 2014, no owner or operator shall operate any greater than 750 bhp noncertified stationary diesel-fueled engine used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.075 g/bhp-hr.

(3) *Diesel PM Standards for Tier 1- and Tier 2-Certified In-use Stationary Diesel-fueled Engines Used in Agricultural Operations (except as provided in section 93115.3):*

    (A) On or after December 31, 2015, or 12 years after the date of initial installation, whichever is later, no owner or operator shall operate any greater than 50 but less than 75 bhp Tier 1- or Tier 2-certified stationary diesel-fueled engine used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.02 g/bhp-hr.

    (B) On or after December 31, 2015, or 12 years after the date of initial installation, whichever is later, no owner or operator shall operate any greater than or equal to 75 but less than 175 bhp Tier 1- or Tier 2-certified stationary diesel-fueled engine used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.01 g/bhp-hr.

    (C) On or after December 31, 2014, or 12 years after the date of initial installation, whichever is later, no owner or operator shall operate any greater than or equal to 175 through 750 bhp Tier 1- or Tier 2-certified stationary diesel-fueled engine used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.01 g/bhp-hr.

    (D) On or after December 31, 2014 or 12 years after the date of initial installation, whichever is later, no owner or operator shall operate any greater than 750 bhp Tier 1- or Tier 2-certified stationary diesel-fueled engine used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.075 g/bhp-hr.

(4) *HC, NOx, NMHC+NOx, and CO Standards:* An agricultural engine shall not exceed the HC, NOx (or NMHC+NOx, if applicable) and CO standards for off-road engines of the same model year and maximum rated power, as specified in the Off-Road CI Engine Standards (title 13, CCR, section 2423). If no limits have been established for an off-road engine of the same model year and maximum rated power, then the in-use stationary diesel-fueled engine used in an agricultural operation shall not exceed Tier 1 standards in title 13, CCR, section 2423 for an off-road engine of the same maximum rated power irrespective of model year.



(5) The Executive Officer may extend the compliance dates in
sections 93115.8(b)(1) through (4) up to one year, provided that verifiable
information shows new engine packages for stationary diesel engine
applications are not available in sufficient numbers or in a sufficient range of
makes, models, and sizes to replace in-use stationary diesel agricultural
engines.

(6) On a site-specific basis, a District may extend compliance dates in
sections 93115.8(b)(1), (2), and (4) up to four years provided:

  (A) A District determines that an engine meeting
section 93115.8(b)(2) would exceed a District's threshold for significant
risk pursuant to H&SC section 44391 (AB 2588 "Hot Spots" Program), and

  (B) No later than four years after the applicable initial compliance date
for section 93115.8(b)(2), one of the following is installed:

    1. an electric motor;

    2. an engine greater than 50 bhp but less than 75 bhp that does
not exceed 0.02 g/bhp-hr PM; or

    3. an engine greater than 75 bhp that does not exceed
0.01 g/bhp-hr diesel PM.

(7) A District may:

  (A) Allow an owner or operator up to two additional years to
comply with sections 93115.8(b)(1) through (4), provided at least 60 days
prior to the applicable compliance date or dates, the owner or operator
submits to the District Air Pollution Control Officer documentation
demonstrating that an affected engine or engines shall be replaced with an
electric motor or electric motors within two years.  Documentation for each
engine replaced shall include identification of the engine, the purchasing
agreement for the electric motor, and a copy of an agreement with a utility
distribution company to provide electricity if electricity is not already
available for electric motor operation.

  (B) Establish more stringent diesel PM, NMHC+NOx, HC, NOx, and CO
emission limits, emission limit compliance dates, or other requirements.

(c) *Registration Requirements for Greater than 50 bhp Stationary Diesel-Fueled CI
Agricultural Engines.*

(1) *Registration Submittal.*  Except as provided in section 93115.2(a), the owner or
operator of a greater than 50 bhp stationary diesel-fueled CI agricultural engine
or engines shall submit the registration information specified in section (c)(2)
below to the District according to the following schedule:

  (A) For each in-use stationary diesel-fueled CI agricultural engine, no later than
March 1, 2008;

  (B) For each new stationary diesel-fueled CI agricultural engine installed on or
after March 1, 2008, no later than 90 days after the date of initial
installation; and

  (C) For each new stationary diesel-fueled CI agricultural engine installed on or
after January 1, 2005, but before March 1, 2008, within 90 days after initial
installation or the effective date of amendments adding section 93115.8(c)



to the ATCM, whichever is later.

(2) *Registration Information.*

    (A) At minimum, the owner or operator shall submit the following information for each greater than 50 bhp stationary diesel-fueled CI agricultural engine:

        1. Date of registration application submittal;

        2. Name, title (as applicable), and signature of person submitting the registration application;

        3. Name, address, mailing address (if differs from address), and telephone number of the engine owner and of the operator, if the owner is not also the operator;

        4. Date of installation or anticipated installation;

        5. Year of manufacture or approximate age, if unable to determine year of manufacture;

        6. Make;

        7. Model;

        8. Serial number;

        9. Maximum rated brake horsepower;

        10. Certification status with respect to Off-Road CI Engine Certification Standards (title 13, CCR, section 2423) (if available)

        11. Estimated annual average operating hours;

        12. Fuels Used;

        13. Estimated annual average gallons of each fuel used, if alternative diesel fuels are used;

        14. Location including, but not limited to, one of the following: latitude and longitude, universal trans meridian (UTM) coordinates, global positioning satellite data (GPS), address, town and nearest cross streets, parcel or plot number/designation, or other description that clearly identifies the location of the engine; and

        15. For an engine located within one-quarter mile of (1,320 feet) of a residential area**,** school, or hospital:

            a. Distance (in meters or feet) from engine to residential area, school, or hospital;

            b. Direction from engine to residential area, school, or hospital;

            c. Location of engine and residential area**,** school, or hospital including one or more of the following for each: latitude and longitude, universal trans meridian (UTM) coordinates, global positioning satellite data (GPS), address, town and nearest cross streets.

    (B) Any additional information required to evaluate the section 93115.3(a) exemption of an agricultural emergency standby generator set engine or a remotely-located agricultural engine from the requirements of section 93115.8(b).

(3) The owner or operator of a stationary diesel-fueled CI agricultural engine registered under section 93115.8(c)(1) shall notify the District in writing no later than 14 days after any change of owner or operator, change in location,

installation or commencement of an emissions control strategy, or replacement with an electric motor or noncompression ignition engine.

(4) A District may provide stationary diesel-fueled CI agricultural engine owners and operators with alternatives to section 93115.8(c)(1) through (3) requirements, provided the Executive Officer finds such alternatives to be equivalent to sections 93115.8(c)(1) through (3).

(5) Upon written request by the Executive Officer, an APCO shall provide to the Executive Officer a written report of information gathered under sections 93115.8(c)(1) through (4).

(d) *Fee Requirements for Greater than 50 bhp Stationary Diesel-Fueled CI Agricultural Engine Owners or Operators.*
The owner or operator of a greater than 50 bhp stationary diesel-fueled CI agricultural engine or engines shall pay any fees assessed by the District for the purpose of recovering the District's cost of implementing and enforcing section 93115.8 requirements, including section 93115.8(c) requirements.

NOTE:  Authority cited:  Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and 43013, Health and Safety Code.

## § 93115.9 ATCM for Stationary CI Engines – Emission Standards for New Stationary Diesel-Fueled Engines, Less Than or Equal to 50 Brake Horsepower (<50 bhp).

As of January 1, 2005, except as provided in section 93115.3, no person shall sell, offer for sale, or lease for use in California any stationary diesel-fueled CI engine that has a rated brake horsepower less than or equal to 50, unless the engine meets the current Off-Road Compression Ignition Engine Standards (title 13, CCR, section 2423) for PM, NMHC+NOx, and CO for diesel off-road engines of the same maximum rated power. (These requirements are summarized in Table 8.)

| Table 8:  Summary of the Emission Standards for Stationary Diesel-Fueled CI Engines < 50 BHP (See section 93115.9) |
|---|
| Diesel PM Standards, NMHC+NOx, and CO Standards (g/bhp-hr) |
| Current Off-Road CI Engine Certification Standard for an off-road engine of the same maximum rated power |

NOTE:  Authority cited:  Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and 43013, Health and Safety Code.

**101**

**§ 93115.10 ATCM for Stationary CI Engines – Recordkeeping, Reporting, and Monitoring Requirements.**

(a)  *Reporting Requirements for Owners or Operators of New and In-Use Stationary CI Engines, Including Non-Diesel-Fueled CI Engines, Having a Rated Horsepower Greater than 50 (> 50 bhp).*

    (1)  Except as provided in section 93115.3 and section 93115.10(a)(5) below, prior to the installation of any new stationary CI engine (> 50 bhp) at a facility, each owner or operator shall provide the information identified in section 93115.10(a)(3) to the District APCO.

    (2)  Except as provided in section 93115.3 and section 93115.10(a)(5) below, no later than July 1, 2005, each owner or operator of an in-use stationary CI engine (>50 bhp) shall provide the information specified in section 93115.10(a)(3) to the District APCO.

    (3)  Each owner or operator shall submit to the District APCO the following information for each new and in-use stationary CI engine (>50 bhp) in accordance with the requirements of sections 93115.10(a)(1) and (2) above:

        (A)  Owner/Operator Contact Information

            1.  Company name

            2.  Contact name, phone number, address, e-mail address

            3.  Address of engine(s)

        (B)  Engine Information

            1.  Make,

            2.  Model,

            3.  Engine Family,

            4.  Serial number,

            5.  Year of manufacture (if unable to determine, approximate age),

            6.  Rated Brake Horsepower Rating,

            7.  Exhaust stack height from ground,

            8.  Engine Emission Factors and supporting data for PM, NOx and NMHC separately or NMHC+NOx, and CO**,** (if available) from manufacturers data, source tests, or other sources (specify),

            9.  Diameter of stack outlet,

            10. Direction of outlet (horizontal or vertical),

            11. End of stack (open or capped),

            12. Control equipment (if applicable)

                a.  Turbocharger,

                b.  Aftercooler,

                c.  Injection Timing Retard,

                d.  Catalyst,

                e.  Diesel Particulate Filter,

                f.  Other;

        (C)  Fuel(s) Used

            1.  CARB Diesel,

            2.  Jet fuel,

            3.  Diesel,

**102**

    4.   Alternative diesel fuel (specify),
    5.   Alternative fuel (specify),
    6.   Combination (Dual fuel) (specify),
    7.   Other (specify);
(D)  Operation Information, including:
    1.   Describe general use of engine,
    2.   Typical load (percent of maximum bhp rating),
    3.   Typical annual hours of operation,
    4.   If seasonal, months of year operated and typical hours per month operated,
    5.   Fuel usage rate (if available);
(E)  Receptor Information, including:
    1.   Nearest receptor description (receptor type),
    2.   Distance to nearest receptor (feet or meters),
    3.   Distance to nearest school grounds;
(F)  A statement whether the engine is included in an existing AB 2588 emission inventory.

(4)  Except as provided in section 93115.3, no later than180 days prior to the earliest applicable compliance date specified in sections 93115.11 or 93115.12, each owner or operator of an in-use stationary diesel-fueled CI engine greater than 50 brake horsepower (> 50 bhp) shall provide the following additional information to the District APCO:  an identification of the control strategy for each stationary diesel-fueled CI engine that when implemented will result in compliance with sections 93115.6 and 93115.7.  If applicable, the information should include the Executive Order number issued by the Executive Officer for a Diesel Emission Control Strategy that has been approved by the Executive Officer through the Verification Procedure.

(5)  An APCO may exempt the owner or operator from providing all or part of the information identified in sections 93115.10(a)(3) or (4) if there is a current record of the information in the owner or operator's permit to operate, permit application, District registration program, or other District records.

(6)  Upon written request by the Executive Officer, an APCO shall provide to the Executive Officer a written report of all information identified in sections 93115.10(a)(3) and (4).

(b)  *Reporting Requirements for Sellers of Stationary Diesel-Fueled CI Engines Having a Rated Brake Horsepower Less Than or Equal to 50 (< 50 bhp).*

(1)  Except as provided in section 93115.3, no later than January 31, 2006 and by January 31st of each year thereafter, all sellers of stationary diesel fueled CI engines sold for use in California that have a rated brake horsepower less than or equal to 50 shall provide the following information for the previous calendar year to the Executive Officer of the Air Resources Board:
(A)  Contact Information
    1.   Sellers Company Name (if applicable);
    2.   Contact name, phone number, e-mail address;

**103**

   (B) Engine Sales Information (for each engine sold for use in California
       in the previous calendar year)
      1. Make,
      2. Model,
      3. Model year (if known),
      4. Rated brake horsepower,
      5. Number of engines sold,
      6. Certification executive order number (if applicable),
      7. Engine family number (if known),
      8. Emission control strategy (if applicable).

(c) *Demonstration of Compliance with Emission Limits.*
  (1) Prior to the installation of a new stationary diesel-fueled CI engine at a
     facility, the owner or operator of the new stationary diesel-fueled CI
     engine(s) subject to the requirements of section 93115.6(a)(3), 93115.6(a)(4),
     93115.6(c)(1)(C), and 93115.7(a)(1) shall provide emission data to the District
     APCO in accordance with the requirements of section 93115.13 for purposes of
     demonstrating compliance.
  (2) By no later than the earliest applicable compliance date specified in
     sections 93115.11 or 93115.12, the owner or operator of an
     in-use stationary diesel-fueled CI engine(s) subject to the requirements
     of section 93115.6(b)(3), 93115.6(c)(2)(C), or 93115.7(b)(1) shall provide
     emissions and/or operational data to the District APCO in accordance with the
     requirements of section 93115.13 for purposes of demonstrating
     compliance.

(d) *Notification of Loss of Exemption.*
  (1) Owners or operators of in-use stationary diesel-fueled CI engines, who are
     operating under an exemption specified in sections 93115.3 or 93115.8(a)(2)
     from all or part of the requirements of subsections 93115.6, 93115.7, or
     93115.8 shall notify the District APCO within five days after they become aware
     that the exemption no longer applies and shall demonstrate compliance with
     the applicable requirements of:
    (A) section 93115.6 or 93115.7, no later than 180 days after the date the
       exemption no longer applies; or
    (B) section 93115.8, no later than 18 months after the date the exemption
       no longer applies or no later than 18 months after the
       emission standard compliance date set forth in section 93115.8,
       whichever is later.
  (2) A District APCO shall notify owners or operators of in-use stationary
     diesel-fueled CI engines, operating under an exemption specified in
     section 93115.3(g) from the requirements of section 93115.5 and
     sections 93115.6, 93115.7, or 93115.8, when the exemption no longer applies
     and the owner or operator shall demonstrate compliance with the applicable
     requirements of:

**104**

   (A) section 93115.5, 93115.6, or 93115.7, no later than 180 days after notification by the District APCO; or

   (B) section 93115.8, no later than 18 months after notification by the District APCO or no later than 18 months after the emission standard compliance date set forth in section 93115.8, whichever is later.

  (3) An owner or operator of an in-use stationary diesel-fueled CI engine(s) subject to the requirements of sections 93115.6, 93115.7, or 93115.8 shall provide emissions data to the District APCO in accordance with the requirements of section 93115.13 for purposes of demonstrating compliance pursuant to section 93115.10(d)(1) or (2).

 (e) *Monitoring Equipment.*

  (1) A non-resettable hour meter with a minimum display capability of 9,999 hours shall be installed upon engine installation, or by no later than January 1, 2005, on all engines subject to all or part of the requirements of sections 93115.6, 93115.7, or 93115.8(a) unless the District determines on a case-by-case basis that a non-resettable hour meter with a different minimum display capability is appropriate in consideration of the historical use of the engine and the owner or operator's compliance history.

  (2) All DPFs installed pursuant to the requirements in sections must, upon engine installation or by no later than January 1, 2005, be installed with a backpressure monitor that notifies the owner or operator when the high backpressure limit of the engine is approached.

  (3) The District APCO may require the owner or operator to install and maintain additional monitoring equipment for the particular emission control strategy(ies) used to meet the requirements of sections 93115.6, 93115.7, or 93115.8(a).

(f) *Reporting Provisions for Exempted Agricultural Emergency, Prime, and Nonagricultural Emergency Engines.*

An owner or operator of an agricultural emergency standby generator set engine subject to section 93115.3(a) or an engine subject to sections 93115.3(d) or 93115.3(j) shall keep records of the number of hours the engines are operated on a monthly basis. Such records shall be retained for a minimum of 36 months from the date of entry. Record entries made within 24 months of the most recent entry shall be retained on-site, either at a central location or at the engine's location, and made immediately available to the District staff upon request. Record entries made from 25 to 36 months from the most recent entry shall be made available to District staff within 5 working days from the district's request.

(g) *Reporting Requirements for Emergency Standby Engines.*

  (1) Starting January 1, 2005, each owner or operator of an emergency standby diesel-fueled CI engine shall keep records and prepare a monthly summary that shall list and document the nature of use for each of the following:

   (A) emergency use hours of operation;

   (B) maintenance and testing hours of operation;

(C) hours of operation for emission testing to show compliance with sections 93115.6(a)(3) and 93115.6(b)(3);

(D) initial start-up testing hours;

(E) if applicable, hours of operation to comply with the requirements of NFPA 25;

(F) hours of operation for all uses other than those specified in sections 93115.10(g)(1)(A) through (D) above; and

(G) the fuel used.

    1. For engines operated exclusively on CARB Diesel Fuel, the owner or operator shall document the use of CARB Diesel Fuel through the retention of fuel purchase records indicating that the only fuel purchased for supply to an emergency standby engine was CARB Diesel Fuel; or

    2. For engines operated on any fuel other than CARB Diesel Fuel, fuel records demonstrating that the only fuel purchased and added to an emergency standby engine or engines, or to any fuel tank directly attached to an emergency standby engine or engines, meets the requirements of section 93115.5(b).

(2) Records shall be retained for a minimum of 36 months. Records for the prior 24 months shall be retained on-site, either at a central location or at the engine's location, or at an offsite central location within California, and shall be made immediately available to the District staff upon request. Records for the prior 25 to 36 months shall be made available to District staff within 5 working days from request.

(h) *Reporting Requirements for the San Diego Gas and Electric Company Regarding the RBRP.*

(1) The San Diego Gas and Electric Company shall provide to the San Diego County Air Pollution Control District the following information, by January 31, 2005, to the extent the District does not already have the information:

(A) For each diesel-fueled engine enrolled in the RBRP:

    1. Owner's Company Name (if applicable);

    2. Contact name, phone number, e-mail address;

    3. Load reduction capacity of engine, which is the rated brake horsepower expressed in megawatts (megawatts); and

    4. Diesel PM emission rate of the engine (g/bhp-hr);

(B) The San Diego Gas and Electric Company shall update the information as necessary to reflect the current inventory of RBRP engines and provide the updated information to the SDAPCD upon request.

(2) The San Diego Gas and Electric Company shall provide the San Diego County Air Pollution Control District with an environmental dispatch protocol for the RBRP that meets all of the following requirements:

(A) The protocol shall require the San Diego Gas and Electric Company to dispatch engines in an order that protects public

**106**

health, with consideration given to factors including, but not limited to, diesel PM emission rate, location, and other factors to be determined by the District; and

(B) The protocol shall require the San Diego Gas and Electric Company to identify and report to the District the specific engines called for dispatch within 1 day of the dispatch; and

(C) The protocol shall require the San Diego Gas and Electric Company to report the following information to the District, within 30 days of the dispatch:

1. Identification of engine dispatched;
2. Load capacity of engine dispatched;
3. Cumulative total of load capacity of engines dispatched (megawatts); and
4. Cumulative total of diesel PM emission rate of engines dispatched (g/hr).

(D) Within 30 calendar days of receiving the environmental dispatch protocol, or a time period mutually agreed by the parties, the District APCO shall approve or disapprove the protocol.

(*i*)   *Additional Reporting Requirements for the Stationary Emergency Standby Diesel-Fueled CI Engines Used To Fulfill the Requirements of an Interruptible Service Contract (ISC).*

(1) The owner or operator of an ISC engine shall provide to the District the following information, as necessary to the extent the District does not already have the information:

(A) For each diesel-fueled engine enrolled in the ISC:

1. Owner's Company Name (if applicable);
2. Contact name, phone number, e-mail address; and
3. Diesel PM emission rate of the engine (g/bhp-hr).

(B) For engines enrolled in an ISC prior to January 1, 2005, the information identified in 93115.10(i)(1)(A) shall be provided to the District by January 31, 2005; and

(C) For engines enrolled in an ISC after January 1, 2005, the information identified in 93115.10(i)(1)(A) shall be provided to the District no later than 30 days after the engine is enrolled in an ISC.

The owner or operator shall update the information as necessary to reflect the current inventory of ISC engines and shall provide the updated information to the District upon request.

NOTE:  Authority cited:  Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and  43013, Health and Safety Code.

**107**

**§ 93115.11 ATCM for Stationary CI Engines – Compliance Schedule for Owners or Operators of Three or Fewer Engines (>50 bhp) Located within a District.**

(a)  All owners and operators of three or fewer engines located within a District, who will meet the requirements of section 93115.6(b) solely by maintaining or reducing the current annual hours of operation for maintenance and testing, shall be in compliance with the annual hours of operation limits beginning January 1, 2006.

(b)  All owners and operators of three or fewer engines located within a District, which are not in compliance with section 93115.11(a) but are required to meet the requirements of sections 93115.6(b) or 93115.7(b), shall comply with section 93115.6(b) or 93115.7(b), whichever applies, according to the following schedule:
  (1)  All pre-1989 through 1989 model year engines, inclusive, shall be in compliance by no later than January 1, 2006;
  (2)  All 1990 through 1995 model year engines, inclusive, shall be in compliance by no later than January 1, 2007; and
  (3)  All 1996 and later model year engines shall be in compliance by no later than January 1, 2008.

NOTE:  Authority cited:  Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and  43013, Health and Safety Code.

**§ 93115.12 ATCM for Stationary CI Engines – Compliance Schedule for Owners or Operators of Four or More Engines (>50 bhp) Located within a District.**

(a)  All owners and operators of four or more engines located within a District, who will meet the requirements of section 93115.6(b) solely by maintaining or reducing the current annual hours of operation for maintenance and testing, shall be in compliance with the annual hours of operation limits beginning January 1, 2006.

(b)  All owners and operators of four or more engines located within a District, who are not in compliance with section 93115.12(a) but are required to meet the requirements of sections 93115.6(b) or 93115.7(b), shall comply with sections 93115.6(b) or 93115.7(b), whichever applies, according to the following schedule:

*Pre-1989 Through 1989 Model Year Engines, Inclusive*

| *Percent of Engines* | *Compliance date* |
|---|---|
| 50% | January 1, 2007 |
| 75% | January 1, 2008 |
| 100% | January 1, 2009 |

**108**

*1990 through 1995 Model Year Engines, Inclusive*

| *Percent of Engines* | *Compliance date* |
|---|---|
| 30% | January 1, 2007 |
| 60% | January 1, 2008 |
| 100% | January 1, 2009 |

*1996 and Later Model Year Engines*

| *Percent of Engines* | *Compliance date* |
|---|---|
| 50% | January 1, 2008 |
| 100% | January 1, 2009 |

NOTE:  Authority cited:  Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and  43013, Health and Safety Code.

## § 93115.13 ATCM for Stationary CI Engines – Compliance Demonstration.

(a)  Upon approval by the District APCO, the following sources of data may be used in whole or part to demonstrate compliance with the emissions standards or requirements of sections 93115.6 through 93115.9:
  (1)  off-road engine certification test data for the stationary diesel-fueled CI engine,
  (2)  engine manufacturer test data,
  (3)  emissions test data from a similar engine,
  (4)  emissions test data used in meeting the requirements of the Verification Procedure for the emission control strategy implemented, or
  (5)  An alternative compliance demonstration as described in section 93115.13(f).

(b)  Emissions testing of a stationary diesel-fueled CI engine, for purposes of showing compliance with the requirements of sections 93115.6 through 93115.9, shall be done in accordance with the methods specified in section 93115.14.

(c)  For purposes of emissions testing, the particulate matter (PM) emissions from a dual-fueled stationary CI engine, which uses as its fuel a mixture of diesel fuel and other fuel(s), shall be deemed to be 100% diesel PM.

(d)  Emissions testing for the purposes of determining the percent change from baseline shall include baseline and emission control strategy testing subject to the following conditions:
  (1)  Baseline testing may be conducted with the emission control strategy in place, provided the test sample is taken upstream of the emission control strategy and the presence of the emission control strategy is shown to the

49

District APCO's satisfaction as having no influence on the emission test results;

(2) Control strategy testing shall be performed on the stationary diesel-fueled CI engine with full implementation of the emission control strategy;

(3) The percent change from baseline shall be calculated as the baseline emissions minus control strategy emissions, with the difference being divided by the baseline emissions and the result expressed as a percentage; and

(4) The same test method shall be used for determining both baseline emissions and control strategy emissions.

(e) Emission testing for the purposes of demonstrating compliance with an emission level shall be performed on the stationary diesel-fueled CI engine with the emission control strategy fully implemented.

(f) *Alternative Compliance Demonstration:* The owner or operator of a new or in-use stationary diesel-fueled CI engine greater than 50 bhp may demonstrate compliance with the 0.01 g/bhp-hr PM emission standard of sections 93115.6 through 93115.9 by using one of the following:

(1) A Level 3 Verified Diesel Emission Control Strategy in combination with a certified CI engine that meets the 0.15 g/bhp-hr PM emission standard, or

(2) An 85 percent PM emission reduction control strategy in combination with a certified CI engine that meets 0.15 g/bhp-hr PM emission standard, or

(3) A certified CI engine that meets the 0.15 g/bhp-hr PM emission standard in combination with one of the emission control strategies identified in section 93115.13(f)(1) or (f)(2) and meets the requirements of section 93115.3(s) or section 93115.3(v), or

(4) Off-road CI equipment manufactured in compliance with the Transitional Implementation Flexibility Provisions for Equipment Manufacturers specified in title 13, CCR, section 2423(d); title 40 CFR, section 89.102(d); or title 40, CFR, section 1039.625 in combination with one of the emission control strategies identified in sections 93115.13(f)(1) or (f)(2) provided the CI engine meets the 0.15 g/bhp-hr PM emission standard, or

(5) A certified CI engine in an engine family identified by the manufacturer to participate in the averaging, banking, or trading program for that model year in compliance with the applicable subparts of title 40, CFR, section 89; title 40, CFR, section 1039; or title 13, CCR, section 2423(b)(2), provided the CI engine meets the 0.15 g/bhp-hr PM emission standard and is used in combination with one of the emission control strategies identified in sections 93115.13(f)(1) or (f)(2), or

(6) A Tier 4 certified CI engine or a new piece of equipment identified in section (f)(4) that emits no more than 0.015 g/bhp-hr PM.

NOTE: Authority cited: Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code. Reference: Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and 43013, Health and Safety Code.

**110**

**§ 93115.14 ATCM for Stationary CI Engines – Test Methods.**

(a)  The following test methods shall be used to determine diesel PM, HC, NOx, CO and NMHC emission rates:

  (1)  Diesel PM emission testing shall be done in accordance with one of the following methods:

    (A)  California Air Resources Board Method 5 (ARB Method 5), "Determination of Particulate Matter Emissions from Stationary Sources," as amended July 28, 1997, which is incorporated herein by reference.

      1.  For purposes of this subsection, diesel PM shall be measured only by the probe catch and filter catch and shall not include PM captured in the impinger catch or solvent extract.

      2.  The tests are to be carried out under steady state operation. Test cycles and loads shall be in accordance with ISO-8178 Part 4 or alternative test cycle approved by the District APCO.

      3.  The District APCO may require additional engine or operational duty cycle data if an alternative test cycle is requested; or

    (B)  International Organization for Standardization (ISO) 8178 Test procedures: ISO 8178-1:1996(E) ("ISO 8178 Part 1") ISO 8178-2: 1996(E) ("ISO 8178 Part 2"); and ISO 8178-4:1996(E) ("ISO 8178 Part 4"), which are incorporated herein by reference; or

    (C)  Title 13, California Code of Regulations, section 2423, "Exhaust Emission Standards and Test Procedures - Off-Road Compression Ignition Engines," which is incorporated herein by reference.

  (2)  NOx, CO and HC emission testing shall be done in accordance with one of the following methods:

    (A)  California Air Resources Board Method 100 (ARB Method 100), "Procedures for Continuous Gaseous Emission Stack Sampling," as amended July 28, 1997, which is incorporated herein by reference.

      1.  Tests using ARB Method 100 shall be carried out under steady state operation.  Test cycles and loads shall be in accordance with ISO-8178 Part 4 or alternative test cycle approved by the District APCO.

      2.  The District APCO may require additional engine or operational duty cycle data if an  alternative test cycle is requested; or

    (B)  International Organization for Standardization (ISO) 8178 Test procedures: ISO 8178-1:1996(E) ("ISO 8178 Part 1") ISO 8178-2: 1996(E) ("ISO 8178 Part 2"); and ISO 8178-4:1996(E) ("ISO 8178 Part 4"), which are incorporated herein by reference; or

    (C)  Title 13, California Code of Regulations, section 2423, "Exhaust Emission Standards and Test Procedures - Off-Road Compression Ignition Engines," which is incorporated herein by reference.

  (3)  NMHC emission testing shall be done in accordance with one of the following methods:

    (A)  International Organization for Standardization (ISO) 8178 Test procedures:  ISO 8178-1:1996(E) ("ISO 8178 Part 1")

ISO 8178-2:1996(E) ("ISO 8178 Part 2"); and ISO 8178-4:1996(E) ("ISO 8178 Part 4"), which are incorporated herein by reference; or

(B) Title 13, California Code of Regulations, section 2423, "Exhaust Emission Standards and Test Procedures - Off-Road Compression Ignition Engines," which is incorporated herein by reference.

(b)   The District APCO may approve the use of alternatives to the test methods listed in section 93115.14(a), provided the alternatives are demonstrated to the APCO's satisfaction as accurate in determining the emission rate of diesel PM, HC, NOx, NMHC, or CO.

NOTE:  Authority cited:  Sections 39600, 39601, 39658, 39659, 39666, 41511 and 43013, Health and Safety Code.  Reference:  Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511 and 43013, Health and Safety Code.

## § 93115.15  ATCM for Stationary CI Engines – Severability.

Each part of this ATCM shall be deemed severable, and in the event that any part of this ATCM is held to be invalid, the remainder of this ATCM shall continue in full force and effect.

NOTE: Authority cited: Sections 39600, 39601, 39658, 39659, 39666, 41511, and 43013, Health and Safety Code. Reference: Sections 39002, 39650, 39658, 39659, 39666, 40000, 41511, and 43013, Health and Safety Code.

112

# Exhibit 3

# Fact Sheet

**California Environmental Protection Agency**

## Air Resources Board

January 2007

# Control Measure for In-Use Stationary Diesel Agricultural Engines

**What is an in-use stationary diesel agricultural engine?**

An in-use stationary diesel agricultural engine (also referred to as in-use ag. engine) is a diesel-fueled engine located at a fixed site for the purposes of growing crops or raising fowl or other animals. An estimated 9,000 to 11,000 of these engines are currently operated in California, primarily in the Central Valley. Most are used to power irrigation pumps. They may also be used to power agricultural wind machines and to generate power for other agricultural purposes during electrical power failures or in remote locations.

**What are the emissions and health impacts associated with in-use ag. engines?**

California's in-use ag. engines emit diesel particulate matter (PM) and oxides of nitrogen (NOx) that cause adverse health effects for Californians. Stationary irrigation pump engines, alone, emit an estimated 480 tons of diesel PM and 10,000 tons of NOx annually. Most of these emissions occur during the summer growing season.

The California Air Resources Board (ARB) identified diesel PM as a toxic air contaminant (TAC) in 1998. Exposure to diesel PM may result in both cancer and noncancer health effects. Noncancer health effects may include eye and lung irritation, allergic reactions in the lungs, asthma exacerbation, blood toxicity, immune system dysfunction, and developmental disorders. NOx, a contributor to ozone or smog, has also been shown to have adverse health effects in humans including respiratory irritation, suppression of the immune system, and asthma exacerbation.

**Are there existing control measures for in-use ag. engines?**

Yes, the San Joaquin Valley (Rule 4702) and South Coast (Rule 1110.2) air districts limit NOx, volatile organic compound (VOC), and carbon monoxide (CO) emissions from in-use ag. and other engines. In the future, other local air districts may adopt control requirements for in-use ag. engines.

**What is the status of ARB's control measure for in-use ag. engines?**

At a public hearing on November 16, 2006, the Board approved amendments adding PM emission limits and other requirements for in-use ag. engines to the Airborne Toxic Control Measure for Stationary Compression Ignition Engines (ATCM). The Board's approval included several modifications in response to comments on the original proposal published in the Staff Report (September 29, 2006) ( http://www.arb.ca.gov/regact/agen06/agen06.htm ). The modifications will be published in a 15-day public comment period notice. If no further modifications are made to the ATCM following the 15-day comment period, a Final Statement of Reasons (FSOR) will be prepared and sent to the Office of Administrative Law (OAL) for review. If the OAL has no objections, the amended ATCM will be filed with the Secretary of State and become effective. The expected effective date of in-use ag. engine requirements is Spring 2007. Currently, the ATCM regulates *new* ag. engines (http://www.arb.ca.gov/regact/statde/statde.htm). Owners or operators of greater than 50 horsepower in-use ag. engines subject to San Joaquin Valley or South Coast air district NOx rules are also expected to comply with ARB's PM control measure, when effective.



## What does the ARB control measure require?

The control measure establishes emission limits for greater than 50 hp in-use ag. engines and registration requirements for greater than 50 hp new and in-use ag. engines. The in-use ag. engine emission limits require uncontrolled (primarily pre-1996) engines not to exceed Tier 3 or Tier 4 new Off-Road Compression Ignition Engine Certification Standards for PM by the 2011-2012 timeframe. Tier 1 and Tier 2 engines can not exceed Tier 4 certification standards for PM by the 2015-2016 timeframe, or 12 years after initial installation, whichever is later. Due to residual cancer risk, some Tier 3-compliant engines located within one-quarter mile of residential areas, schools, or hospitals may be subject to additional local air district AB 2588 "Hot Spots" Program requirements. No residual risk issues are anticipated for Tier 4-compliant engines because of their very low emission rates. Affected ag. engine owners or operators are required to submit registration information on each engine to local air districts by March 1, 2008, and to pay fees for engine registration and other local air district implementation and enforcement activities. Agricultural wind machines are exempt from the ATCM. Ag. emergency standby generator sets and remotely-located ag. engines are exempt from emission limits, but must be registered.

## Who will be affected by the control measure?

California farmers, ranchers, and universities or other institutions with programs operating stationary diesel agricultural engines will be affected by the control measure. In addition, the control measure could have indirect impacts on electric power providers, fuel suppliers, and engine manufacturers, dealers, and rental agencies.

## What are potential compliance options for the control measure?

Potential compliance options for the control measure's emission limits include: engine replacement with an electric motor, spark-ignited engine, or compliant diesel engine; engine retrofit with add-on control devices; or the use of natural gas, propane, biodiesel, or other alternative fuels. However, engine replacement with an electric motor or new, cleaner diesel engine is expected to be the primary means of compliance for technical, financial, and emission reduction reasons.

*\*\*\*Contact your local air district to discuss the most appropriate and cost-effective compliance option for your in-use ag. engine or engines.\*\*\**

## Is funding available to meet the requirements in the control measure?

Some compliance options may be eligible for incentive funds or special rates. Contact the program provider and your local air district for information about eligibility and application submittal as soon as possible. The following links provide information on specific programs:

Pacific Gas & Electric at http://www.pge.com/agice. Telephone: (800) 468-4743.
Southern California Edison at http://www.sce.com/rebatesandsavings/largebusiness/agricultural/tou-pa-ice.htm. Telephone: (800) 896-1245.
Environmental Quality Incentives Program at http://www.ca.nrcs.usda.gov/programs/eqip. Telephone: (530) 792-5653.
Carl Moyer Program or Agricultural Assistance Program at http://www.arb.ca.gov/msprog/moyer/guidelines/current.htm and http://www.arb.ca.gov/msprog/moyer/contacts.htm. Telephone your local air district.

## For more information about this control measure:

A copy of the original proposal (see Tables 6 and 7 for a summary of the emission limits for in-use stationary diesel agricultural engines) is available at http://www.arb.ca.gov/regact/agen06/agen06.htm. Additional information is available at http://www.arb.ca.gov/diesel/ag/inuseag.htm. To be notified of meetings, workshops, publications, and hearings regarding the proposed control measure, please join the electronic list serve at http://www.arb.ca.gov/listserv/inuseag.htm. You may also contact Richard Boyd at (916) 322-8285, rboyd@arb.ca.gov, or, Barbara Cook at (916) 323-0440, bcook@arb.ca.gov.

# Exhibit 4

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION II**
**PERMITS**

RULE 220.    AGRICULTURAL DIESEL ENGINE REGISTRATION

*(Adopted May 16, 2007.)*

## CONTENTS

PART 1     GENERAL ........................................................................................................ 2
   1.1     Purpose............................................................................................................ 2
   1.2     Applicability ................................................................................................... 2
   1.3     Exemptions ..................................................................................................... 2
   1.4     Effective Dates................................................................................................ 2
   1.5     References........................................................................................................ 2

PART 2     DEFINITIONS.................................................................................................. 2
   2.1     Air Pollution Control Officer (APCO) ........................................................... 2
   2.2     Agricultural Operations .................................................................................. 3
   2.3     District ............................................................................................................ 3
   2.4     Executive Officer ........................................................................................... 3
   2.5     In-Use Diesel Engine ..................................................................................... 3
   2.6     New Diesel Engine ......................................................................................... 3
   2.7     Owner or Operator .......................................................................................... 3

PART 3     REQUIREMENTS............................................................................................ 4
   3.1     Registration..................................................................................................... 4
   3.2     Registration Information.................................................................................. 4
   3.3     Notification Requirements .............................................................................. 5

PART 4     ADMINISTRATIVE REQUIREMENTS ......................................................... 5
   4.1     Information Transmittal .................................................................................. 5

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION II**
**PERMITS**

PART 1    GENERAL

1.1    Purpose

The purpose of this Rule is to provide for the issuance and enforcement of Registrations for Diesel Engines utilized in Agricultural Operations.

1.2    Applicability

Except as provided in Section 1.3, the provisions of this Rule shall apply to any diesel engine of 50 brake horsepower (bhp) or larger utilized at an agricultural operation.

1.3    Exemptions

1.3.1    diesel engines engine used to provide motive power, or

1.3.1    diesel engine driven wind machines.

1.4    Effective Dates

This Rule is effective on May 16, 2007.

1.5    References

The requirements of this Rule arise from the provisions of Health and Safety Code Sections 39656, 39659, and 39666.  Referenced or related District Rules include:  310 (Agricultural Diesel Engine Registration Fees); and 1010 (Air Toxic Control Measure for Stationary Compression Ignition Engines).

PART 2    DEFINITIONS

2.1    Air Pollution Control Officer (APCO)

**2**
**5/16/07**                                    **Rule 220 (Agricultural Diesel Engine Registration)**

**116**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION II**
**PERMITS**

The Air Pollution Control Officer for the Monterey Bay Unified Air Pollution Control District.

2.2      Agricultural Operations

The growing and harvesting of crops or the raising of fowl or animals for the primary purpose of making a profit, providing a livelihood, or conducting agricultural research or instruction by an educational institution. Agricultural operations do not include activities involving the processing or distribution of crops or fowl.

2.3      District

The Monterey Bay Unified Air Pollution Control District (MBUAPCD).

2.4      Executive Officer

The executive officer of the Air Resources Board, or his or her designated representative.

2.5      In-Use Diesel Engine

A diesel engine that is not a New Diesel Engine.

2.6      New Diesel Engine

A diesel engine that is purchased on or after March 1, 2008.

2.7      Owner or Operator

Any person subject to the requirements of this Rule, including but not limited to:

2.7.1      an individual, trust, firm, joint stock company, business concern, partnership, limited liability company, association, or corporation including but not limited to, a government corporation; and

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION II**
**PERMITS**

2.7.2    Any city, county, district, commission, the state or any department, agency, or political subdivision thereof, any interstate body, and the federal government or any department or agency thereof to the extent permitted by law.

## PART 3    REQUIREMENTS

3.1    Registration
Before any 50 bhp or larger diesel engine or engines may be operated, the owner or operator shall register such engine(s) by submitting the registration information specified in Subsection 3.2 below to the District according to the following effective dates:

3.1.1    For each in-use diesel engine, no later than March 1, 2008; and

3.1.2    For each new diesel engine, no later than 90 days after the date of purchase.

3.2    Registration Information
At minimum, the owner or operator shall submit the following applicable information for each 50 bhp or larger diesel-fueled agricultural engine:

3.2.1    Date of registration application submittal;
3.2.2    Name, title (as applicable), and signature of person submitting the registration application;
3.2.3    Name, address, mailing address (if differs from address), and telephone number of the engine owner and of the operator, if the owner is not also the operator;
3.2.4    Date of installation or anticipated installation;
3.2.5    Year of manufacture or approximate age, if unable to determine year of manufacture;
3.2.6    Make;
3.2.7    Model;
3.2.8    Serial number;
3.2.9    Maximum rated brake horsepower;
3.2.10    Certification status with respect to Off-Road CI Engine Certification Standards (title 13, CCR, section 2413) (if available)
3.2.11    Estimated annual average operating hours;
3.2.12    Fuels Used;

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION II**
**PERMITS**

3.2.13   Estimated annual average gallons of each fuel used, if alternative diesel fuels are used;

3.2.14   Location including, but not limited to, one of the following:  latitude and longitude, universal trans meridian (UTM) coordinates, global positioning satellite data (GPS), address, town and nearest cross streets, parcel or plot number/designation, or other description that clearly identifies the location of the engine; and

3.2.15   For an engine located within one-quarter mile of (1,320 feet) of a residential area**,** school, or hospital:

    3.2.15.1   Distance (in meters or feet) from engine to residential area, school, or hospital;

    3.2.15.2   Direction from engine to residential area, school, or hospital;

    3.2.15.3   Location of engine and residential area**,** school, or hospital including one or more of the following for each:  latitude and longitude, universal trans meridian (UTM) coordinates, global positioning satellite data (GPS), address, town and nearest cross streets.

3.2.16   Any additional information required by the District to evaluate the:

    3.2.16.1   Rule 1010 Section 1.3.1 exemption of an agricultural emergency standby generator set engine; or

    3.2.16.2   Rule 1010 Section 3.4.2 exemption from the requirement for a  remotely-located agricultural engine.

3.3   Notification Requirements
The owner or operator of a registered diesel engine shall notify the District in writing no later than 14 days after any change of owner or operator, change in location, installation or commencement of an emissions control strategy, or replacement with an electric motor or noncompression ignition engine.

**PART 4   ADMINISTRATIVE REQUIREMENTS**

4.1   Information Transmittal
Upon written request by the Executive Officer, the APCO shall provide to the Executive Officer an electronic database file of the information gathered under Sections 3.1 through 3.3.

* * * * *

# Exhibit 5

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION III**
**FEES**

RULE 310.    AGRICULTURAL DIESEL ENGINE REGISTRATION FEES

*(Adopted May 16, 2007.)*

## CONTENTS

PART 1    GENERAL ............................................................................................................ 2
    1.1    Purpose................................................................................................................. 2
    1.2    Applicability ......................................................................................................... 2
    1.3    Exemptions ........................................................................................................... 2
    1.4    Effective Dates...................................................................................................... 2
    1.5    References ............................................................................................................. 2

PART 2    DEFINITIONS ...................................................................................................... 2
    2.1    Air Pollution Control Officer (APCO) ................................................................ 2
    2.2    District .................................................................................................................. 3
    2.3    In-Use Diesel Engine ........................................................................................... 3
    2.4    New Diesel Engine ............................................................................................... 3
    2.5    Owner or Operator ............................................................................................... 3

PART 3    REQUIREMENTS.................................................................................................. 3
    3.1    Application Fees ................................................................................................... 3
    3.2    Annual Registration Fees ..................................................................................... 4

PART 4    ADMINISTRATIVE REQUIREMENTS ............................................................. 4
    4.1    Information Requests ............................................................................................ 4
    4.2    Registration Fee Penalties.................................................................................... 5
    4.3    Extension of Payment Period by the APCO ........................................................ 5
    4.4    Waiver of Penalty by the APCO.......................................................................... 6

## MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
## REGULATION III
## FEES

PART 1    GENERAL

1.1    Purpose

The purpose of this Rule is to provide funding for the issuance and enforcement of Registrations for Agricultural Diesel Engines.

1.2    Applicability

The provisions of this Rule shall apply to any facility that is required to apply for and maintain a Diesel Engine Registration pursuant to Rule 220 (Agricultural Diesel Engine Registration).

1.3    Exemptions

Reserved.

1.4    Effective Dates

This Rule is effective on May 16, 2007.

1.5    References

The requirements of this Rule arise from the provisions of Health and Safety Code Sections 39656, 39659, and 39666.  Referenced or related District Rules include:  220 (Agricultural Diesel Engine Registration); and 1010 (Air Toxic Control Measure for Stationary Compression Ignition Engines).

PART 2    DEFINITIONS

2.1    Air Pollution Control Officer (APCO)

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION III**
**FEES**

The Air Pollution Control Officer for the Monterey Bay Unified Air Pollution Control District.

2.2     District

The Monterey Bay Unified Air Pollution Control District (MBUAPCD).

2.3     In-Use Diesel Engine

A diesel engine that is not a New Diesel Engine.

2.4     New Diesel Engine

A diesel engine that is purchased on or after March 1, 2008.

2.5     Owner or Operator

Any person subject to the requirements of this Rule, including but not limited to:

2.5.1     an individual, trust, firm, joint stock company, business concern, partnership, limited liability company, association, or corporation including but not limited to, a government corporation; and

2.5.2     Any city, county, district, commission, the state or any department, agency, or political subdivision thereof, any interstate body, and the federal government or any department or agency thereof to the extent permitted by law.

PART 3     REQUIREMENTS

3.1     Application Fees

3.1.1     Every applicant for an in-use diesel engine registration shall pay the following fees:

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION III**
**FEES**

3.1.1.1   $150 for the first engine and $75 for each additional engine registered to the same owner or operator provided the applications are submitted to the District no later than February 29, 2008.

3.1.1.2   $300 for the first engine and $150 for each additional engine registered to the same owner or operator if the applications are submitted to the District after February 29, 2008.

3.1.2   Every applicant for a new diesel engine registration shall pay the following fees:

3.1.2.1   $150 for the first engine and $75 for each additional engine registered to the same owner or operator provided the application(s) are submitted to the District within 90 days of purchase.

3.1.2.2   $300 for the first engine and $150 for each additional engine registered to the same owner or operator if the applications are not submitted to the District within 90 days of purchase.

3.2   Annual Registration Fees

The owner or operator of each individual operational diesel engine which is registered shall pay an annual registration fee of $55.  The owner or operator of each individual non-operational diesel engine which is registered shall pay an annual registration fee of $27.50.

These fees will be billed annually in the month of July and shall be due and payable 30 days after a statement is issued by the District.  In the event all or part of the fee prescribed in the statement is not paid in accordance with these provisions within this 30-day period, the penalties prescribed by Section 4.2 of this Rule shall apply.

PART 4   ADMINISTRATIVE REQUIREMENTS

4.1   Information Requests

All owners or operators subject to this Rule shall complete any Information Requests provided by the District within the time period specified in the Request.  Failure to

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION III**
**FEES**

timely complete and submit the Request may result in suspension of the Registration.

4.2     Registration Fee Penalties

If any fee payment required pursuant to Part 3 of this Rule is not submitted within 30 days of the issuance date of the District's billing statement, it shall be considered delinquent, and penalties for the delinquency shall be imposed as set forth below.

4.2.1     For purposes of this Part any fee payment shall be considered to be timely if it is postmarked on or before the 30th day following the statement issuance date.  If the 30th day falls on a Saturday, Sunday, or holiday, the fee payment may be postmarked on the next business day with the same effect as if it had been postmarked on the 30th day.

4.2.2     If no fee payment is submitted within the time prescribed by Section 4.2.1, a delinquency penalty of 50 percent of the amount of the billed fee, to a maximum of $5,000, shall be added to the amount of the fee due.

4.2.3     If a fee payment is timely paid, but the tendered amount is less than the amount due, the payment shall not be accepted, and the time for proper payment continues to run.

4.2.4     If a fee payment is delinquent and the fee plus the delinquency penalty is not received within 60 days of the issuance date of the District's billing statement, the delinquency penalty shall be increased to 75 percent of the original amount due, to a maximum of $7,500.

4.2.5     If, in the case of a failure to pay the annual fees required pursuant to Part 3, the delinquent annual fees plus penalties assessed pursuant to Section 4.2.4 are not submitted within 90 days of the issuance date of the District's billing statement, the Registration shall automatically expire for failure to renew.  In such case, the District shall immediately notify the Owner or Operator that the Registration has expired and that further operation of the equipment without a valid registration is prohibited. Such expiration shall not preclude the Owner or Operator from submitting an application for a replacement Registration, although the delinquent fee and penalty shall become an obligation owing to the District, which may be recovered along with any Registration fee from such new application.

4.3     Extension of Payment Period by the APCO

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION III**
**FEES**


The 30-day payment period for fee payment required pursuant to Part 3 of this Rule may be extended for extraordinary circumstances at the discretion of the Air Pollution Control Officer (APCO).  The adequacy of cause to extend the period shall be decided on a case-by-case basis by the APCO.


4.4      Waiver of Penalty by the APCO

The penalty for fee delinquency may be waived for extraordinary circumstances at the discretion of the APCO, provided that there have been no prior delinquencies.  The adequacy of cause to waive the penalty shall be decided on a case-by-case basis by the APCO.

* * * * *

# Exhibit 6

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

---

RULE 1010.   AIR TOXIC CONTROL MEASURE FOR STATIONARY COMPRESSION
IGNITION ENGINES

---

*(Adopted 5/16/07)*

CONTENTS

PART 1      GENERAL .................................................................................................. 4
1.1       Purpose .................................................................................................. 4
1.2       Applicability ......................................................................................... 4
1.3       Exemptions ........................................................................................... 5
1.4       Effective Dates ..................................................................................... 9
1.5       References ............................................................................................. 9
PART 2      DEFINITIONS ...................................................................................... 10
2.1       Agricultural Operations ..................................................................... 10
2.2       Agricultural Wind Machine ............................................................... 10
2.3       Air Pollution Control Officer (APCO) .............................................. 10
2.4       Alternative Fuel .................................................................................. 10
2.5       Alternative Diesel Fuel ...................................................................... 10
2.6       Approach Light System with Sequenced Flasher Lights in Category 1 and Category
2 Configurations (ALSF-1 and ALSF-2) ........................................... 11
2.7       Baseline or Baseline Emissions ......................................................... 11
2.8       California Air Resources Board (CARB) Diesel Fuel ....................... 11
2.9       Cancer Risk ......................................................................................... 11
2.10      Certified Engine .................................................................................. 12
2.11      Combustion Gas Turbine Engine ........................................................ 12
2.12      Compression Ignition (CI) Engine ..................................................... 12
2.13      Control Area ........................................................................................ 12
2.14      Cummulatively ..................................................................................... 12
2.15      Date of Acquisition or Submittal ....................................................... 12
2.16      Date of Initial Installation .................................................................. 13
2.17      Demand Response Program (DRP) ..................................................... 13
2.18      Diesel Fuel .......................................................................................... 13
2.19      Diesel-Fueled ...................................................................................... 14

**1**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

| | | |
|---|---|---|
| 2.20 | Diesel Particulate Filter (DPF) | 14 |
| 2.21 | Diesel Particulate Matter (PM) | 14 |
| 2.22 | Digester Gas | 14 |
| 2.23 | Direct-Drive Emergency Standby Fire Pump Engines | 14 |
| 2.24 | District | 14 |
| 2.25 | DRP Engine | 14 |
| 2.26 | Dual-fuel Diesel Pilot Engine | 15 |
| 2.27 | Dual-fuel Engine | 15 |
| 2.28 | Emergency Standby Engine | 15 |
| 2.29 | Emergency Use | 15 |
| 2.30 | Emission Control Strategy | 16 |
| 2.31 | End User | 17 |
| 2.32 | Enrolled | 17 |
| 2.33 | Executive Officer | 17 |
| 2.34 | Facility | 17 |
| 2.35 | Fuel Additive | 17 |
| 2.6 | Generator Set | 17 |
| 2.37 | Hazard Index | 18 |
| 2.38 | Health Facility | 18 |
| 2.39 | In-Use | 18 |
| 2.40 | Initial Start-up Testing | 18 |
| 2.41 | Interruptible Service Contract (ISC) | 18 |
| 2.42 | Jet Fuel | 19 |
| 2.43 | Landfill Gas | 19 |
| 2.44 | Location | 19 |
| 2.45 | Maintenance and Testing | 19 |
| 2.46 | Maximum Rated Power | 20 |
| 2.47 | Model Year | 20 |
| 2.48 | New or New CI Engine | 20 |
| 2.49 | Noncertified Engine | 21 |
| 2.50 | Outer Continental Shelf (OCS) | 22 |
| 2.51 | Owner or Operator | 22 |
| 2.52 | Particulate Matter (PM) | 22 |
| 2.53 | Portable CI Engine | 22 |
| 2.54 | Prime CI Engine | 22 |
| 2.55 | Prioritization Score | 23 |
| 2.56 | Rated Brake Horsepower (bhp) | 23 |
| 2.57 | Receptor Location | 23 |
| 2.58 | Reconstruction | 23 |

**2**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
REGULATION X
TOXIC AIR CONTAMINANTS**

2.59    Remotely-Located Agricultural Engine ................................................ 24
2.60    Residential Area .................................................................................. 24
2.61    Rotating Outage .................................................................................. 24
2.62    School or School Grounds .................................................................. 24
2.63    Seller .................................................................................................... 24
2.64    Stage 2 Alert ........................................................................................ 25
2.65    Stage 3 Alert ........................................................................................ 25
2.66    State or Federal Incentive Funding Programs .................................... 25
2.67    Stationary CI Engine .......................................................................... 25
2.68    Stationary Source ................................................................................ 26
2.69    Stock Engine ........................................................................................ 26
2.70    Transmission Constrained Area .......................................................... 26
2.71    Transmission Emergency .................................................................... 27
2.72    Utility Distribution Company ............................................................ 27
2.73    Verification Procedure ........................................................................ 27
2.74    Verified Diesel Emission Control Strategy ........................................ 27
PART 3    REQUIREMENTS AND STANDARDS ............................................ 28
3.1    Fuel and Fuel Additive Requirements ................................................ 28
3.2    Emergency Standby Diesel-Fueled CI Engine (>50 bhp) .................. 28
3.3    Stationary Prime Diesel-Fueled CI Engines (>50 bhp) ...................... 37
3.4    Stationary Diesel-Fueled CI Engines (>50 bhp) Used in Agricultural Operations ... 40
3.5    Emission Standards for New Stationary Diesel-Fueled CI Engines, Less Than or Equal to 50-Brake Horsepower (<50 bhp) ........................ 47
PART 4    ADMINISTRATIVE REQUIREMENTS .......................................... 47
4.1    Record-keeping, Reporting, and Monitoring Requirements .............. 48
4.1.1    Reporting Requirements for Owners or Operators of New and In-Use Stationary CI Engines, Including Non-Diesel-Fueled CI Engines, Having a Rated Horsepower Greater than 50 (> 50 bhp) ................ 48
4.1.2    Reporting Requirements for Sellers of Stationary Diesel-Fueled CI Engines Having a Rated Brake Horsepower Less Than or Equal to 50 ................ 50
4.1.3    Demonstration of Compliance with Emission Limits .................... 50
4.1.4    Notification of Loss of Exemption ................................................ 51
4.1.5    Monitoring Equipment .................................................................. 51
4.1.6    Reporting Provisions for Exempted Agricultural Emergency, Prime, and Nonagricultural Emergency Engines ........................ 52
4.1.7    Reporting Requirements for Emergency Standby Engines ............ 52
4.1.8    Additional Reporting Requirements for the Stationary Emergency Standby Diesel-Fueled CI Engines Used To Fulfill the Requirements of an Interruptible Service Contract (ISC) ........................ 53

**3**

**128**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

4.1.9      Compliance Schedule for Owners or Operators of Three or Fewer Engines (>50 bhp) Located Within the District ................................................................. 54
4.1.10     Compliance Schedule for Owners or Operators of Four or More Engines (>50 bhp) Located Within the District ....................................................................... 54
4.1.11     Emissions Data ................................................................................................ 55
PART 5    TEST METHODS ........................................................................................................ 56
5.1       Test Methods .................................................................................................... 56
5.2       Alternative Test Methods .................................................................................. 57

PART 1 GENERAL

1.1      Purpose

      The purpose of this rule is to reduce diesel particulate matter (PM) from stationary diesel-fueled compression ignition (CI) engines and consistent with California Health and Safety Code Section 39666(d) is a replacement rule for 17 California Code of Regulations Section 93115, Airborne Toxic Control Measure For Stationary Compression Ignition Engines.

1.2      Applicability

    1.2.1      Except as provided in Section 1.3, this Rule applies to any person who sells a stationary CI engine, offers a stationary CI engine for sale, leases a stationary CI engine, or purchases a stationary CI engine for use in the District, unless such engine is:

      1.2.1.1      a portable CI engine,

      1.2.1.2      a CI engine used to provide motive power,

      1.2.1.3      an auxiliary CI engine used on a marine vessel, or

**4**

**Rule 1010 (Air Toxic Control Measure For**
                                                        **Stationary Compression Ignition Engines)**

**129**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

1.2.1.4   an agricultural wind machine.

1.2.2   Except as provided in Section 1.3, this Rule applies to any person who owns or operates a stationary CI engine in the District with a rated brake horsepower greater than 50 (>50 bhp).

1.3   Exemptions

1.3.1   Agricultural Emergency Standby Generator Sets and Remotely Located Agricultural Engines
The in-use stationary diesel agricultural emission standard and other requirements of section 3.4.2 do not apply to agricultural emergency standby generator set engines or remotely-located agricultural engines provided:

1.3.1.1   the engines are equipped with non-resettable hour meters with a minimum display capability of 9,999 hours; and

1.3.1.2   the owners or operators of such engines comply with the registration requirements of Rule 220, the fee requirements of Rule 310, and the applicable reporting requirements of Sections 4.1.4 and 4.1.6 of this rule.

1.3.2   Agricultural CI Engines
The requirements specified in sections 3.2, 3.3, and 4.1.1 do not apply to new or in-use stationary diesel-fueled CI engines used in agricultural operations.

1.3.3   Cetane Test Engines
The requirements specified in section 3.5 do not apply to single cylinder cetane test engines used exclusively to determine the cetane number of diesel fuels in accordance with American Society for Testing and Materials (ASTM) Standard D 613-03b, "Standard Test Method for Cetane Number of Diesel Fuel Oil," as modified on June 10, 2003, which is incorporated herein by reference.

1.3.4   Health Care Facility Engines
The requirements specified in section 3.2.2 do not apply to permitted in-use stationary emergency standby diesel-fueled CI engines that will be removed from service or replaced prior to January 1, 2009, in accordance with an approved Office of Statewide Health Planning Development (OSHPD) Compliance Plan that has been approved prior to January 1, 2009, except that this exemption does not apply to

**5**

**130**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

replacement engines for the engines that are removed from service under the OSHPD plan.

1.3.5    United States Department of Defense Training Engines
The requirements in sections 3.1 and 3.3 do not apply to any stationary diesel-fueled CI engine used solely for the training and testing of United States Department of Defense (U.S. DoD) students or personnel of any U.S. military branch in the operation, maintenance, repair and rebuilding of engines when such training engines are required to be configured and designed similarly to counterpart engines used by the U.S. DoD, U.S. Military services or North Atlantic Treaty Organization (NATO) forces in combat, combat support, combat service support, tactical or relief operations used on land or at sea.

1.3.6    Low-Use Prime Engines
Request for Exemption for Low-Use Prime Engines Outside of School Boundaries. The APCO may approve a Request for Exemption from the provisions of section 3.3.2.1 for any in-use stationary diesel-fueled CI engine located beyond school boundaries, provided the approval is in writing, and the writing specifies all of the following conditions to be met by the owner or operator:

   1.3.6.1   the engine is a prime engine;

   1.3.6.2   the engine is located more than 500 feet from a school at all times;

   1.3.6.3   the engine operates no more than 20 hours cumulatively per year

1.3.7    Dual Fueled Pilot Engines Using Alternative Fuel
The requirements in sections 3.2.2.3, 3.3.2.1, and 3.4.2.1 through 3.4.2.3 do not apply to in-use dual-fueled diesel pilot CI engines that use an alternative fuel or an alternative diesel fuel.

1.3.8    Dual Fueled Pilot Engines Using Digester or Landfill Gas
The requirements in sections 3.1, 3.2.1.3, 3.2.2, 3.3.1.1, 3.3.2.1, 3.4.1.1, 3.4.2.1 through 3.4.2.3, and 3.5 do not apply to dual-fueled diesel pilot CI engines that use diesel fuel and digester gas or landfill gas.

1.3.9    Engines With Selective Catalytic Reduction

MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
REGULATION X
TOXIC AIR CONTAMINANTS

The requirements in sections 3.2.2, 3.3.2.1, and 3.4.2.1 through 3.4.2.3 do not apply to in-use stationary diesel-fueled CI engines that have selective catalytic reduction systems.

1.3.10   Fire Pump Engines
The requirements of subsection 3.2.2.3 do not apply to emergency fire pump assemblies that are driven directly by stationary diesel-fueled CI engines and only operated the number of hours necessary to comply with the testing requirements of National Fire Protection Association (NFPA) 25 "Standard for the Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems," 2002 edition or the most current edition approved by the APCO, which is incorporated herein by reference.

The requirements of subsection 3.2.1.3.1.1.2 for Tier 4 standards do not apply to emergency fire pump assemblies that are driven directly by stationary diesel-fueled CI engines until 3 years after the date the Tier 4 standards are applicable for off-road engines with the same maximum rated horsepower.

1.3.11   Remotely Located In-Use Prime Engines
Request for Delay in Implementation for Remotely Located In-Use Prime Engines. Prior to January 1, 2011, the APCO may approve a Request for Delay in Implementation from the provisions of 3.3.2.1 until January 1, 2011, for any in-use stationary diesel-fueled CI engine, provided the approval is in writing, and the writing specifies all the following conditions to be met by the owner or operator:

1.3.11.1  the engine is a prime engine, and

1.3.11.2  the engine is located more than one mile from any receptor location, and

1.3.11.3  the impacts of the emissions from the engine at any receptor location result in:

1.3.11.3.1   a prioritization score of less than 1.0; and

1.3.11.3.2   a maximum cancer risk of less than 1 in a million; and

1.3.11.3.3   a maximum Hazard Index Value of less than 0.1.

1.3.12   Engine Sell Through

**7**

**132**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

The District may exempt any stock engine from the new stationary diesel-fueled engine emission standards in sections 3.2.1, 3.3.1, 3.4.1, and 3.5 provided the seller and the owner or operator demonstrate to the District's satisfaction that the following conditions are met:

1.3.12.1  Seller:  Any stationary diesel-fueled engine greater than 50 bhp shall meet the following standards and conditions:

    1.3.12.1.1.  The stationary diesel-fueled engine emission standards in sections 3.2.2, 3.3.2, or 3.4.2, or

    1.3.12.1.2  The Off-Road CI Engine Certification Standards (title 13, CCR, section 2423) immediately preceding the transition to new standards for an off-road CI engine of the same model year and maximum rated power, and

    1.3.12.1.3  The engine was delivered to California no more than twelve months immediately preceding the transition to new standards for an off-road CI engine of the same model year and maximum rated power, and

    1.3.12.1.4  The engine was sold no later than six months after the effective date of the new standards for an off-road CI engine of the same model year and maximum rated power.

1.3.12.2  Owner/operator:

    1.3.12.2.1  The date of acquisition of the stock engine is no later than six months from the date an emission standard applicable to new engines becomes more stringent than the emission standard to which the stock engine is certified.

    1.3.12.2.2  The date the District determines the application is complete for an Authority to Construct permit is no later than six months after the date of acquisition of the stock engine.

1.3.13  Department of Defense Command Destruct Engines
The requirements of section 3.2.2 do not apply to any stationary diesel-fueled emergency standby engine primarily used by the United States Department of Defense located at Command Destruct (CT) sites until December 31, 2009.  Each stationary diesel-fueled emergency standby engine at a CT site will be allowed a maximum of 100 total annual hours of operation for maintenance and testing.

**8**

**Rule 1010 (Air Toxic Control Measure For**
**Stationary Compression Ignition Engines)**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**


1.3.14   Test Engines
Upon the prior written approval of the APCO, the requirements of this ATCM do not apply to stationary CI engines used exclusively:

1.3.14.1      as engine test cells and test stands used for testing burners or CI engines;

1.3.14.2      for operation or performance testing of fuels, fuel additives, or emission control devices at research and development facilities; or

1.3.14.3      for maintenance, repair, or rebuild training at educational facilities.


1.3.15   Insufficient Availability Of Compliant Engines
If the Executive Officer of District finds, based upon verifiable information from the engine manufacturer, distributor, or dealer, that current year model year engines meeting the current emission standards are not available or not available in sufficient numbers or in a sufficient range of makes, models, and horsepower ratings, then the Executive officer or the District may allow the sale, purchase, or installation of a new stock engine meeting the emission standards from the previous model year to meet the new stationary diesel-fueled engine emission standards.


1.4   Effective Dates

The requirements of this Rule are effective on May 16, 2007.


1.5   References

1.5.1   The requirements of this rule arise from the provisions of:

Health and Safety Code Sections 39656, 39659 and 39666

1.5.2   Other related rules include:


**9**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

Rules 200 (Permits Required), 201 (Sources Not Requiring Permits), 220 (Agricultural Diesel Engine Registration), 310 (Agricultural Diesel Engine Registration Fees), and 1008 (Air Toxic Control Measures).

## PART 2 DEFINITIONS

2.1     Agricultural Operations

The growing and harvesting of crops or the raising of fowl or animals for the primary purpose of making a profit, providing a livelihood, or conducting agricultural research or instruction by an educational institution. Agricultural operations do not include activities involving the processing or distribution of crops or fowl.

2.2     Agricultural Wind Machine

A stationary CI engine-powered fan used exclusively in agricultural operations to provide protection to crops during cold weather by mixing warmer atmospheric air with the colder air surrounding a crop.

2.3     Air Pollution Control Officer (APCO)

The person appointed pursuant to section 40750 of the Health and Safety Code, or his or her designated representative.

2.4     Alternative Fuel

Natural gas, propane, ethanol, or methanol.

2.5     Alternative Diesel Fuel

Any fuel used in a CI engine that is not commonly or commercially known, sold, or represented by the supplier as diesel fuel No. 1-D or No. 2-D, pursuant to the specifications in ASTM D 975-81, "Standard Specification for Diesel Fuel Oils," as modified in May 1982, which is incorporated herein by reference, or an alternative fuel, and does not require engine or fuel system modifications for the engine to operate,

**10**

**Rule 1010 (Air Toxic Control Measure For
Stationary Compression Ignition Engines)**

**135**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

although minor modifications (e.g., recalibration of the engine fuel control) may enhance performance.  Examples of alternative diesel fuels include, but are not limited to, biodiesel and biodiesel blends that do not meet the definition of CARB diesel fuel; Fischer-Tropsch fuels; emulsions of water in diesel fuel; and fuels with a fuel additive, unless:

2.5.1   the additive is supplied to the engine fuel by an on-board dosing mechanism, or

2.5.2   the additive is directly mixed into the base fuel inside the fuel tank of the engine

2.5.3   the additive and base fuel are not mixed until engine fueling commences, and no more additive plus base fuel combination is mixed than required for a single fueling of a single engine.

2.6   Approach Light System with Sequenced Flasher Lights in Category 1 and Category 2 Configurations (ALSF-1 and ALSF-2)

High intensity approach lighting systems with sequenced flashers used at airports to illuminate specified runways during category II or III weather conditions, where category II means a decision height of 100 feet and runway visual range of 1,200 feet, and category III means no decision height or decision height below 100 feet and runway visual range of 700 feet.

2.7   Baseline or Baseline Emissions

The emissions level of a diesel-fueled engine using CARB diesel fuel as configured upon initial installation or by January 1, 2003, whichever is later.

2.8   California Air Resources Board (CARB) Diesel Fuel

Any diesel fuel that meets the specifications of vehicular diesel fuel, as defined in Title 13, CCR, sections 2281 and 2282.

2.9   Cancer Risk

The characterization of the probability of developing cancer from exposure to environmental chemical hazards, in accordance with the methodologies specified in "The

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

Air Toxics Hot Spots Program Guidance Manual for Preparation of Health Risk Assessments," Office of Environmental Health Hazard Assessment, August 2003, which is incorporated herein by reference.

2.10    Certified Engine

A CI engine that is certified to meet the Tier 1, Tier 2, Tier 3, or Tier 4 Off-Road CI Certification Standards as specified in title 13, California Code of Regulations, section 2423.

2.11    Combustion Gas Turbine Engine

An internal combustion gas or liquid-fueled device consisting of compressor, combustor, and power turbine used to power an electrical generator.

2.12    Compression Ignition (CI) Engine

An internal combustion engine with operating characteristics significantly similar to the theoretical diesel combustion cycle.  The regulation of power by controlling fuel supply in lieu of a throttle is indicative of a compression ignition engine.

2.13    Control Area

Any electrical region in California that regulates its power generation in order to balance electrical loads and maintain planned interchange schedules with other control areas.

2.14    Cummulatively

The aggregation of hours or days of engine use, and any portion of an hour or day of engine use, toward a specified time limit(s).

2.15    Date of Acquisition or Submittal

MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
REGULATION X
TOXIC AIR CONTAMINANTS

2.15.1    For each District-approved permit or district registration for stationary sources, the date the application for the district permit or the application for engine registration was submitted to the District.  Alternatively, upon District approval, the date of purchase as defined by the date shown on the front of the cashed check, the date of the financial transaction, or the date on the engine purchasing agreement, whichever is earliest.

2.15.2    For an engine subject to neither a district permit program nor a district registration program for stationary sources, the date of purchase as defined by the date shown on the front of the cashed check, the date of the financial transaction, or the date on the engine purchasing agreement, whichever is earliest.

2.16    Date of Initial Installation

One of the following, whichever is earlier:

2.16.1    the date on which a new stationary diesel-fueled engine is placed at a location in order to be operated for the first time since delivery from the manufacturer or distributor, or,

2.16.2    for the purposes of a Tier 1- or Tier 2-certified stationary diesel agricultural engine complying with section 3.4.2.3 emission standards, one year from January 1 of the model year of such engine.

2.17    Demand Response Program (DRP)

A program for reducing electrical demand using an Interruptible Service Contract (ISC).

2.18    Diesel Fuel

Any fuel that is commonly or commercially known, sold, or represented by the supplier as diesel fuel, including any mixture of primarily liquid hydrocarbons - organic compounds consisting exclusively of the elements carbon and hydrogen - that is sold or represented by the supplier as suitable for use in an internal combustion, compression–ignition engine.

**13**

**138**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

2.19    Diesel-Fueled

Fueled by diesel fuel, CARB diesel fuel, or jet fuel, in whole or part.

2.20    Diesel Particulate Filter (DPF)

An emission control technology that reduces PM emissions by trapping the particles in a flow filter substrate and periodically removes the collected particles by either physical action or by oxidizing (burning off) the particles in a process called regeneration.

2.21    Diesel Particulate Matter (PM)

The particles found in the exhaust of diesel-fueled CI engines as determined in accordance with the test methods identified in Part 5.

2.22    Digester Gas

Any gas derived from anaerobic decomposition of organic matter.

2.23    Direct-Drive Emergency Standby Fire Pump Engines

Engines directly coupled to pumps exclusively used in water-based fire protection systems.

2.24    District

Refers to the Monterey Bay Unified Air Pollution Control District (MBUAPCD) and its authorized representatives.

2.25    DRP Engine

An engine that is enrolled in a DRP.

**14**

MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
REGULATION X
TOXIC AIR CONTAMINANTS

2.26    Dual-fuel Diesel Pilot Engine

A dual-fueled engine that uses diesel fuel as a pilot ignition source at an annual average ratio of less than 5 parts diesel fuel to 100 parts total fuel on an energy equivalent basis.

2.27    Dual-fuel Engine

Any CI engine that is engineered and designed to operate on a combination of alternative fuels, such as compressed natural gas (CNG) or liquefied petroleum gas (LPG) and diesel fuel or an alternative diesel fuel. These engines have two separate fuel systems, which inject both fuels simultaneously into the engine combustion chamber.

2.28    Emergency Standby Engine

A stationary engine that meets the criteria specified in 2.28.1 and 2.28.2 and any combination of 2.28.3 or 2.28.4 or 2.28.5 below:

2.28.1    is installed for the primary purpose of providing electrical power or mechanical work during an emergency use and is not the source of primary power at the facility; and

2.28.2    is operated to provide electrical power or mechanical work during an emergency use; and

2.28.3    is operated under limited circumstances for maintenance and testing, emissions testing, or initial start-up testing, as specified in Sections 3.2.1, 3.2.2 and 3.2.3; or

2.28.4    is operated under limited circumstances in response to an impending outage, as specified in Sections 3.2.1, 3.2.2 and 3.2.3; or

2.28.5    is operated under limited circumstances under a DRP as specified in Section 3.2.3.

2.29    Emergency Use

Providing electrical power or mechanical work during any of the following events and subject to the following conditions:

2.29.1    the failure or loss of all or part of normal electrical power service or normal natural gas supply to the facility:

**15**

**140**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

2.29.1.1   which is caused by any reason other than the enforcement of a contractual
obligation the owner or operator has with a third party or any other party; and

2.29.1.2   which is demonstrated by the owner or operator to the district APCO's
satisfaction to have been beyond the reasonable control of the owner or
operator;

2.29.2   the failure of a facility's internal power distribution system:

2.29.2.1   which is caused by any reason other than the enforcement of a contractual
obligation the owner or operator has with a third party or any other party; and

2.29.2.2   which is demonstrated by the owner or operator to the district APCO's
satisfaction to have been beyond the reasonable control of the owner or
operator;

2.29.3   the pumping of water or sewage to prevent or mitigate a flood or sewage
overflow;

2.29.4   the pumping of water for fire suppression or protection;

2.29.5   the powering of ALSF-1 and ALSF-2 airport runway lights under category II or III
weather conditions;

2.29.6   the pumping of water to maintain pressure in the water distribution system for the
following reasons:

2.29.6.1   a pipe break that substantially reduces water pressure; or

2.29.6.2   high demand on the water supply system due to high use of water for fire
suppression; or

2.29.6.3   the breakdown of electric-powered pumping equipment at sewage treatment
facilities or water delivery facilities; or

2.29.7   the day-of-launch system checks and launch tracking performed (in parallel with
grid power) by the United States Department of Defense at Command Destruct
sites (also known as "CT" sites) that occur within the 24-hour time period
associated with the scheduled time of the launch.

2.30   Emission Control Strategy

Any device, system, or strategy employed with a diesel-fueled CI engine that is intended
to reduce emissions including, but not limited to, particulate filters, diesel oxidation

**16**

**Rule 1010 (Air Toxic Control Measure For**
**Stationary Compression Ignition Engines)**

**141**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

catalysts, selective catalytic reduction systems, fuel additives used in combination with
particulate filters, alternative diesel fuels, and any combination of the above.

2.31   End User

Any person who purchases or leases a stationary diesel-fueled engine for operation in
California.  Persons purchasing engines for the sole purpose of resale are not considered
"end users."

2.32   Enrolled

The date the engine is entered into the ISC through the date that the ISC is concluded.

2.33   Executive Officer

The executive officer of the Air Resources Board, or his or her designated representative.

2.34   Facility

One or more contiguous properties, in actual physical contact or separated solely by a
public roadway or other public right-of-way, under common ownership on which engines
operate.

2.35   Fuel Additive

Any substance designed to be added to fuel or fuel systems or other engine-related engine
systems such that it is present in-cylinder during combustion and has any of the following
effects: decreased emissions, improved fuel economy, increased performance of the
engine; or assists diesel emission control strategies in decreasing emissions, or improving
fuel economy or increasing performance of the engine.

2.6   Generator Set

**17**

**142**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

A CI engine coupled to a generator that is used as a source of electricity.

2.37   Hazard Index

The sum of individual acute or chronic hazard quotients for each substance affecting a particular toxicological endpoint, as determined in accordance with the requirements of "The Air Toxics Hot Spots Program Guidance Manual for Preparation of Health Risk Assessments," Office of Environmental Health Hazard Assessment, August 2003, which is incorporated herein by reference.

2.38   Health Facility

The same meaning as defined in Section 1250 of the California Health and Safety Code.

2.39   In-Use

A CI engine that is not a "new" CI engine.

2.40   Initial Start-up Testing

Operating the engine or supported equipment to ensure their proper performance either:

2.42.1   for the first time after installation of a stationary diesel-fueled CI engine at a facility, or
2.42.2   for the first time after installation of emission control equipment on an in-use stationary diesel-fueled CI engine.

2.41   Interruptible Service Contract (ISC)

A contractual arrangement in which a utility distribution company provides lower energy costs to a nonresidential electrical customer in exchange for the ability to reduce or interrupt the customer's electrical service during a Stage 2 or Stage 3 alert, or during a transmission emergency.

MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
REGULATION X
TOXIC AIR CONTAMINANTS

2.42    Jet Fuel

Fuel meeting any of the following specifications:

2.42.1    ASTM D 1655-02, "Standard Specification for Aviation Turbine Fuels," which is
incorporated herein by reference.  Jet fuels meeting this specification include Jet
A, Jet A-1, and Jet B;

2.42.2    Military Detail (MIL-DTL) 5624T, "Turbine Fuels, Aviation, Grades Jet
Propellant (JP) JP-4, JP-5, and JP-5/JP8 ST," dated September 18, 1998, which is
incorporated herein by reference; and

2.42.3    Military Test (MIL-T) 83133E, "Turbine Fuels, Aviation, Kerosene Types, North
Atlantic Treaty Organization (NATO) F-34 (JP-8), NATO F-35, and JP-8+100,"
dated April 1, 1999, which is incorporated herein by reference.

2.43    Landfill Gas

Any gas derived through any biological process from the decomposition of waste buried
within a waste disposal site.

2.44    Location

Any single site at a facility.

2.45    Maintenance and Testing

Operating an emergency standby CI engine to:

2.45.1    evaluate the ability of the engine or its supported equipment to perform during an
emergency.  "Supported Equipment" includes, but is not limited to, generators,
pumps, transformers, switchgear, and breakers; or

2.45.2    facilitate the training of personnel on emergency activities; or

2.45.3    provide electric power for the facility when the utility distribution company takes
its power distribution equipment offline to service that equipment for any reason
that does not qualify as an emergency use; or

2.45.4    provide additional hours of operation to perform testing on an engine that has

**19**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

experienced a breakdown or failure during maintenance.  Upon District approval, these additional hours of operation will not be counted in the maximum allowable annual hours of operation for the emergency standby CI engine.

2.46   Maximum Rated Power

The maximum brake kilowatt output of an engine as determined from any of the following, whichever is the greatest:

| | |
|---|---|
| 2.48.1 | the manufacturer's sales and service literature, |
| 2.48.2 | the nameplate of the unit, or |
| 2.48.3 | if applicable, as shown in the application for certification of the engine. |

2.47   Model Year

The stationary CI engine manufacturer's annual production period, which includes January 1st of a calendar year, or if the manufacturer has no annual production period, the calendar year.

2.48   New or New CI Engine

2.48.1   A stationary CI engine installed at a facility after January 1, 2005, including an engine relocated from an off-site location after January 1, 2005, except the following shall be deemed in-use engines:

2.48.1.1   a replacement stationary CI engine that is installed to temporarily replace an in-use engine while the in-use engine is undergoing maintenance and testing, provided the replacement engine emits no more than the in-use engine, and the replacement engine is not used more than 180 days cumulatively in any 12-month rolling period;

2.48.1.2   an engine for which a district-approved application for a district permit or engine registration for stationary sources was submitted to the District prior to January 1, 2005, even though the engine was installed after January 1, 2005;

2.48.1.3   an engine that is one of four or more engines owned by an owner or operator and is relocated prior to January 1, 2008, to an offsite location that is owned by the same owner or operator;

**20**

**Rule 1010 (Air Toxic Control Measure For**
**Stationary Compression Ignition Engines)**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

2.48.1.4      an engine, or replacement for an engine, used in agricultural operations that is relocated within the same facility or to another facility under the same owner or operator for use in agricultural operations, unless the engine is sited where an engine is not currently located and has not been previously located.

2.48.1.5      an engine installed at a facility prior to January 1, 2005, and relocated within the same facility after January 1, 2005.

2.48.1.6      a model year 2004 or 2005 engine purchased prior to January 1, 2005, for use in the District.  The date of purchase is defined by the date shown on the front of the cashed check, the date of the financial transaction, or the date on the engine purchasing agreement, whichever is earliest.

2.48.1.7      a greater than 50 bhp Tier 1- or Tier 2-certified stationary diesel-fueled CI engine used in agricultural operations installed after January 1, 2005 and prior to May 16, 2007, shall be subject to the new agricultural engine Diesel Particulate Matter standards contained in Title 17, California Code of Regulations Section 93115 at the time of installation and shall be considered an in-use stationary diesel engine subject to the requirements of Subsection 3.4.2.3 twelve years after the date of installation.

2.48.1.8      a greater than 175 bhp non-certified stationary diesel-fueled CI engine installed after January 1, 2005 and prior to May 16, 2007 shall be considered an in-use stationary diesel engine.

2.48.2      a stationary CI engine that has been reconstructed after January 1, 2005, shall be deemed a new engine unless the sum of the costs of all individual reconstructions of that engine after January 1, 2005, is less than 50% of the lowest-available purchase price, determined at the time of the most recent reconstruction, of a complete, comparably-equipped new engine (within $\pm$ 10% of the reconstructed engine's brake horsepower rating).

For purposes of this definition, the cost of reconstruction and the cost of a comparable new engine shall not include the cost of equipment and devices required to meet the requirements of this ATCM.

2.49   Noncertified Engine

A CI engine that is not certified to meet an Off-Road CI Certification Standards as specified in title 13, California Code of Regulations, section 2423.

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
REGULATION X
TOXIC AIR CONTAMINANTS**

2.50   Outer Continental Shelf (OCS)

The meaning provided by section 2 of the Outer Continental Shelf Lands Act (43 U.S.C. Section 1331 et seq.).

2.51   Owner or Operator

Any person subject to the requirements of this Rule, including but not limited to:

   2.51.1   an individual, trust, firm, joint stock company, business concern, partnership, limited liability company, association, or corporation including but not limited to, a government corporation; and

   2.51.2   any city, county, district, commission, the state or any department, agency, or political subdivision thereof, any interstate body, and the federal government or any department or agency thereof to the extent permitted by law.

2.52   Particulate Matter (PM)

The particles found in the exhaust of CI engines, which may agglomerate and adsorb other species to form structures of complex physical and chemical properties.

2.53   Portable CI Engine

A compression ignition (CI) engine designed and capable of being carried or moved from one location to another, except as provided in Section 2.67.  Indicators of portability include, but are not limited to, wheels, skids, carrying handles, dolly, trailer, or platform. The provisions of this definition notwithstanding, an engine with indicators of portability that remains at the same facility location for more than 12 consecutive rolling months or 365 rolling days, whichever occurs first, not including time spent in a storage facility, shall be deemed a stationary engine.

2.54   Prime CI Engine

**22**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

A stationary CI engine that is not an emergency standby CI engine.


2.55    Prioritization Score

The numeric value used to rank facilities in order of their potential to pose significant risk to human receptors. Prioritization scores are calculated per the process described in the "CAPCOA Air Toxics 'Hot Spots' Program Facility Prioritization Guidelines," California Air Pollution Control Officer's Association (CAPCOA), July 1990, which is incorporated herein by reference.


2.56    Rated Brake Horsepower (bhp)

2.56.1    For in-use engines, the maximum brake horsepower output of an engine as determined from any of the following, whichever reflects the engine's configuration as of January 1, 2005:
2.56.1.1    the manufacturer's sales and service literature;
2.56.1.2    the nameplate of the engine; or
2.56.1.3    if applicable, as shown in the application for certification of the engine;

2.56.2    for new engines, the maximum brake horsepower output of an engine as determined from any of the following, whichever reflects the engine's configuration upon the engine's initial installation at the facility:
2.56.2.1    the manufacturer's sales and service literature;
2.56.2.2    the nameplate of the engine; or
2.56.2.3    if applicable, as shown in the application for certification of the engine.


2.57    Receptor Location

Any location outside the boundaries of a facility where a person may experience exposure to diesel exhaust due to the operation of a stationary diesel-fueled CI engine. Receptor locations include, but are not limited to, residences, businesses, hospitals, daycare centers, and schools.


2.58    Reconstruction

**148**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

The rebuilding of the engine or the replacement of engine parts, including pollution control devices, but excluding operating fluids; lubricants; and other consumables such as air filters, fuel filters, and glow plugs that are subject to regular replacement.

2.59    Remotely-Located Agricultural Engine

A stationary diesel-fueled CI engine used in agriculture that is:

2.59.1   located in a federal ambient air quality area that is designated as unclassifiable or attainment for all PM and ozone national ambient air quality standards (Title 40, Code of Federal Regulations, section 81.305 *et. seq.*); and

2.59.2   located more than one-half mile from any residential area, school, or hospital.

2.60    Residential Area

Three or more permanent residences (i.e., homes) located anywhere outside the facility's property.

2.61    Rotating Outage

A controlled, involuntary curtailment of electrical power service to consumers as ordered by the Utility Distribution Company.

2.62    School or School Grounds

Any public or private school used for purposes of the education of more than 12 children in kindergarten or any of grades 1 to 12, inclusive, but does not include any private school in which education is primarily conducted in a private home(s). "School" or "School Grounds" includes any building or structure, playground, athletic field, or other areas of school property but does not include unimproved school property.

2.63    Seller

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

Any person who sells, leases, or offers for sale any stationary diesel-fueled engine directly to end users.

2.64    Stage 2 Alert

An official forecast or declaration by the California Independent System Operator that the operating reserves of electrical power will fall or have fallen below 5 percent.

2.65    Stage 3 Alert

An official forecast or declaration by the California Independent System Operator that the operating reserves of electrical power will fall or have fallen below 1.5 percent.

2.66    State or Federal Incentive Funding Programs

Include, but are not limited to, California's Carl Moyer Program, as set forth in title 17, Part 5, Chapter 9 of the California Health and Safety Code, and the U.S. Department of Agriculture's Environmental Quality Incentives Program (EQIP), as set forth in title 7, Chapter XIV, Part 1466 of the Code of Federal Regulations.

2.67    Stationary CI Engine

A CI engine that is designed to stay in one location, or remains in one location. A CI engine is stationary if any of the following are true:

2.67.1    the engine or its replacement is attached to a foundation, or if not so attached, resides at the same location for more than 12 consecutive months.  Any engine such as backup or standby engines, that replaces an engine at a location and is intended to perform the same or similar function as the engine(s) being replaced, shall be included in calculating the consecutive time period.  The cumulative time of all engine(s), including the time between the removal of the original engine(s) and installation of the replacement engine(s), will be counted toward the consecutive time period; or

2.67.2    the engine remains or will reside at a location for less than 12 consecutive months

25

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

if the engine is located at a seasonal source and operates during the full annual operating period of the seasonal source, where a seasonal source is a stationary source that remains in a single location on a permanent basis (at least two years) and that operates at that single location at least three months each year; or

2.67.3   the engine is moved from one location to another in an attempt to circumvent the 12 month residence time requirement.  The period during which the engine is maintained at a storage facility shall be excluded from the residency time determination.

2.68   Stationary Source

Any building, structure, facility, or installation that emits any pollutant directly or as fugitive emissions.  Building, structure, facility, or installation include all pollutant emitting activities which:

2.68.1   are under the same ownership or operation, or which are owned or operated by entities which are under common control; and

2.68.2   belong to the same industrial grouping either by virtue of falling within the same two-digit standard industrial code or by virtue of being part of a common industrial process, manufacturing process, or connected process involving a common raw material; and

2.68.3   are located on one or more contiguous or adjacent properties.

2.69   Stock Engine

A certified CI engine that has never been placed in service and is part of a supply of engines offered for sale, rent, or lease by a person or firm who offers for sale, rent, or lease engines and related equipment for profit.

2.70   Transmission Constrained Area

The specific location that is subject to localized operating reserve deficiencies due to the failure of the normal electrical power distribution system.

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

2.71    Transmission Emergency

An official forecast or declaration by the California Independent System Operator that the available electrical power transmission capacity to a transmission constrained area is insufficient and may result in an uncontrolled local grid collapse in the transmission constrained area.

2.72    Utility Distribution Company

One of several organizations that control energy transmission and distribution in California. Utility Distribution Companies include, but are not limited to, the Pacific Gas and Electric Company, the San Diego Gas and Electric Company, Southern California Edison, Los Angeles Department of Water and Power, the Imperial Irrigation District, and the Sacramento Municipal Utility District.

2.73    Verification Procedure

"Verification Procedure, Warranty and In-Use Compliance Requirements for In-Use Strategies to Control Emissions from Diesel Engines (Verification Procedure)" means the ARB regulatory procedure codified in title 13, CCR, sections 2700-2710, which is incorporated herein by reference, that engine manufacturers, sellers, owners, or operators may use to verify the reductions of diesel PM or NOx from in-use diesel engines using a particular emission control strategy.

2.74    Verified Diesel Emission Control Strategy

An emission control strategy, designed primarily for the reduction of diesel PM emissions, which has been verified pursuant to the "Verification Procedure for In-Use Strategies to Control Emissions from Diesel Engines" in Title 13, California Code of Regulations, commencing with Section 2700.

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

PART 3 REQUIREMENTS AND STANDARDS

3.1     Fuel and Fuel Additive Requirements

No owner or operator of any stationary diesel-fueled CI engine shall add to the engine or any fuel tank directly attached to the engine any fuel unless the fuel is one of the following:

   3.1.1     CARB Diesel Fuel; or

   3.1.2     an alternative diesel fuel that is:
      3.1.2.1   biodiesel;
      3.1.2.2   a biodiesel blend that does not meet the definition of CARB Diesel Fuel;
      3.1.2.3   a Fischer-Tropsch fuel; or
      3.1.2.4   an emulsion of water in diesel fuel,; or

   3.1.3     any alternative diesel fuel that is not identified in Subsection 3.1.2 above and meets the requirements of the Verification Procedure; or

   3.1.4     an alternative fuel; or

   3.1.5     CARB Diesel Fuel used with fuel additives that meets the requirements of the Verification Procedure; or

   3.1.6     any combination of 3.1.1 through 3.1.5 above.

3.2     Emergency Standby Diesel-Fueled CI Engine (>50 bhp)

   3.2.1     New Emergency Standby Diesel Fueled CI Engines

      3.2.1.1   At-School and Near-School Provisions.
        No owner or operator shall operate a new stationary emergency standby diesel-fueled CI engine for non-emergency use with emissions of greater than 0.01g/bhp-hr of diesel PM, including maintenance and testing, during the following periods:

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

3.2.1.1.1   whenever there is a school sponsored activity, if the engine is located on school grounds, and

3.2.1.1.2   between 7:30 a.m. and 3:30 p.m. on days when school is in session, if the engine is located within 500 feet of school grounds.

3.2.1.2   Rotating Outage Provisions
No owner or operator shall operate any new stationary emergency standby diesel-fueled CI engine in response to the notification of an impending rotating outage, unless all of the following criteria are met:

3.2.1.2.1   the engine's permit to operate allows operation of the engine in anticipation of a rotating outage, or the District has established a policy or program that authorizes operation of the engine in anticipation of a rotating outage; and

3.2.1.2.2   the Utility Distribution Company has ordered rotating outages in the control area where the engine is located, or has indicated it expects to issue such an order at a specified time; and

3.2.1.2.3   the engine is located in a specific location that is subject to the rotating outage; and

3.2.1.2.4   the engine is operated no more than 30 minutes prior to the time when the Utility Distribution Company officially forecasts a rotating outage in the control area; and

3.2.1.2.5   the engine operation is terminated immediately after the Utility Distribution Company advises that a rotating outage is no longer imminent or in effect.

3.2.1.3   New Engines.
No person shall sell, offer for sale, purchase, or lease for use in the District any new stationary emergency standby diesel-fueled CI engine or direct-drive emergency standby fire pump engine that has a rated brake horsepower greater than 50 unless it meets the following applicable emission standards, and no person shall operate any new stationary emergency standby diesel-fueled CI engine or direct-drive emergency standby fire pump engine that has a rated brake horsepower greater than 50, unless it meets all of the following applicable operating requirements and emission standards specified in Subsection 3.2.1.3.1 (which are summarized in Table 1):

**29**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

3.2.1.3.1     Diesel PM Standard and Hours of Operating Requirements

3.2.1.3.1.1  General Requirements: New stationary emergency standby diesel-fueled engines shall:

3.2.1.3.1.1.1   emit diesel PM at a rate less than or equal to 0.15 g/bhp-hr; or

3.2.1.3.1.1.2   meet the diesel PM standard, as specified in the Off-Road Compression Ignition Engine Standards for off-road engines with the same maximum rated power (title 13 CCR, Section 2423), in effect on the date of acquisition or submittal, as defined in Section 2.16 whichever is more stringent; and

3.2.1.3.1.1.3   not operate more than 50 hours per year for maintenance and testing purposes, or not operate more than the number of hours necessary to comply with the testing requirements of the National Fire Protection Association (NFPA) 25 - "Standard for the Inspection, Testing, Maintenance of Water-Based Fire Protection Systems," 2002 Edition, which is incorporated herein by reference. This subsection does not limit engine operation for emergency use and for emission testing to show compliance with Subsection 3.2.1.3.

| TABLE 1: SUMMARY OF PM EMISSION STANDARDS AND OPERATING REQUIREMENTS FOR NEW STATIONARY EMERGENCY STANDBY DIESEL-FUELED CI ENGINES > 50 BHP | | | |
|---|---|---|---|
| **DIESEL PM STANDARDS (g/bhp-hr)** | **DIESEL PM** | | |
| | **MAXIMUM ALLOWABLE ANNUAL HOURS OF OPERATION FOR ENGINES MEETING DIESEL PM STANDARDS** | | |
| | **Emergency Use** | **Non-Emergency Use** | |
| | | **Emission Testing to show Compliance**[1] | **Maintenance & Testing (hours/year)** |
| ≤0.15 | Not Limited by Rule | Not Limited by Rule | 50 |

1.       Emission testing limited to testing to show compliance with Subsection 3.2.1.3

3.2.2     In-Use Emergency Standby Diesel Fueled CI Engines (> 50 bhp)

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

3.2.2.1    Rotation Outage
No owner or operator shall operate any in-use stationary emergency standby diesel-fueled CI engine in response to the notification of an impending rotating outage unless all the following criteria are met:

    3.2.2.1.1    the engine's permit to operate allows operation of the engine in anticipation of a rotating outage, or the District has established a policy or program that authorizes operation of the engine in anticipation of a rotating outage; and

    3.2.2.1.2    the Utility Distribution Company has ordered rotating outages in the control area where the engine is located, or has indicated it expects to issue such an order at a certain time; and

    3.2.2.1.3    the engine is located in a specific location that is subject to the rotating outage; and

    3.2.2.1.4    the engine is operated no more than 30 minutes prior to the time when the Utility Distribution Company officially forecasts a rotating outage in the control area; and

    3.2.2.1.5    the engine operation is terminated immediately after the Utility Distribution Company advises that a rotating outage is no longer imminent or in effect.

3.2.2.2    At-School and Near-School Provisions.
No owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engine for non-emergency use, including maintenance and testing if the engine emits greater than 0.01 g/bhp-hr of diesel PM, during the following periods:

    3.2.2.2.1    whenever there is a school sponsored activity, if the engine is located on school grounds, and

    3.2.2.2.2    between 7:30 a.m. and 3:30 p.m. on days when school is in session, if the engine is located within 500 feet of school grounds.

3.2.2.3    Requirements
No owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engine in the District unless it meets, in accordance with the applicable

**31**

**156**

MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
REGULATION X
TOXIC AIR CONTAMINANTS

compliance schedules specified in Sections 4.1.9 and 4.1.10, the following
requirements (which are summarized in Table 2):

| TABLE 2: SUMMARY OF THE EMISSION STANDARDS AND OPERATING REQUIREMENTS FOR IN-USE STATIONARY EMERGENCY STANDBY DIESEL-FUELED CI ENGINES > 50 BHP | | | |
|---|---|---|---|
| **DIESEL PM** | | | |
| DIESEL PM STANDARDS (g/bhp-hr) | MAXIMUM ALLOWABLE ANNUAL HOURS OF OPERATION FOR ENGINES MEETING DIESEL PM STANDARDS | | |
| | Emergency Use | Non-Emergency Use | |
| | | Emission Testing to show Compliance[1] | Maintenance & Testing (hours/year) |
| >0.40 | Not Limited by Rule | Not Limited by Rule | 20 |
| >0.15 and ≤0.40 | Not Limited by Rule | Not Limited by Rule | 21 to 30 |
| >0.01 and ≤0.15 | Not Limited by Rule | Not Limited by Rule | 31 to 50 (Upon approval by the District) |
| ≤0.01[2] | Not Limited by Rule[2] | Not Limited by Rule | 51 to 100 (Upon approval by the District) |

1.  Emission testing limited to testing to show compliance with subsection 3.2.2.3.
2.  Or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

3.2.2.3.1    Diesel PM Standard and Hours of Operation Limitations

3.2.2.3.1.1  General Requirements:

3.2.2.3.1.1.1   No owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engine that emits diesel PM at a rate greater than 0.40 g/bhp-hr more than 20 hours per year for maintenance and testing purposes.  This subsection does not limit engine operation for emergency use and for emission testing to show compliance with Subsection 3.2.2.3.

3.2.2.3.1.1.2   No owner or operator shall operate an in-use stationary emergency standby diesel-fueled CI engine that emits diesel PM at a rate greater than 0.15 g/bhp-hr but less than or equal to 0.40 g/bhp-hr more than 30 hours per year for maintenance and testing purposes.

MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
REGULATION X
TOXIC AIR CONTAMINANTS

This subsection does not limit engine operation for emergency use and for emission testing to show compliance with Subsection 3.2.2.3.

3.2.2.3.1.1.3    Up to 50 annual hours of operation are allowed for maintenance and testing purposes if the diesel PM emission rate is greater than 0.01 g/bhp-hr but less than or equal to 0.15 g/bhp-hr.  This subsection does not limit engine operation for emergency use and for emission testing to show compliance with subsection 3.2.2.3.

3.2.2.3.1.1.4    Up to 100 annual hours of operation are allowed for maintenance and testing purposes if the diesel PM emission rate is less than or equal to 0.01 g/bhp-hr, or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.  This subsection does not limit engine operation for emergency use and for emission testing to show compliance with subsection 3.2.2.3.

3.2.2.3.1.2    Additional Maintenance and Testing Hours For Health Facilities
Notwithstanding Subsections 3.2.2.3.1.1.1 and 3.2.2.3.1.1.2, the District may allow in-use stationary emergency standby diesel-fueled CI engines located at health facilities to operate in accordance with the following maintenance and testing hour limits on a site-specific basis:

3.2.2.3.1.2.1    Up to 40 annual hours of operation are allowed for maintenance and testing purposes at a health facility if the diesel PM emission rate is greater than 0.15 g/bhp-hr, but less than 0.40 g/bhp-hr.  This subsection does not limit engine operation for emergency use and for emission testing to show compliance with subsection 3.2.2.3.

3.2.3    Demand Response Programs (DRP) Engines

3.2.3.1    New Emergency Standby Diesel-Fueled CI DRP Engines (>50 bhp)

3.2.3.1.1    At-School and Near-School Provisions.
No owner or operator shall operate a new stationary emergency standby diesel-fueled CI DRP engine for non-emergency use, including maintenance and testing if the engine emits greater than 0.01 g/bhp-hr of diesel PM,

33

**158**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

during the following periods:

3.2.3.1.1.1  whenever there is a school sponsored activity, if the engine is located on school grounds, and

3.2.3.1.1.2  between 7:30 a.m. and 3:30 p.m. on days when school is in session, if the engine is located within 500 feet of school grounds.

3.2.3.1.2  Operation During Rotating Outage.
No owner or operator shall operate any new stationary emergency standby diesel-fueled CI DRP engine in response to the notification of an impending rotating outage, unless the engine is operating pursuant to a DRP, or all of the following criteria are met:

3.2.3.1.2.1  the engine's permit to operate allows operation of the engine in anticipation of a rotating outage, or the District has established a policy or program that authorizes operation of the engine in anticipation of a rotating outage; and

3.2.3.1.2.2  the Utility Distribution Company has ordered rotating outages in the control area where the engine is located, or has indicated it expects to issue such an order at a specified time; and

3.2.3.1.2.3  the engine is in a specific location that is subject to the rotating outage in the control area; and

3.2.3.1.2.4  the engine is operated no more than 30 minutes prior to the time when the Utility Distribution Company officially forecasts a rotating outage in the control area; and

3.2.3.1.2.5  the engine operation is terminated immediately after the Utility Distribution Company advises that a rotating outage is no longer imminent or in effect.

3.2.3.1.3  Diesel PM Standard and Hours of Operating Requirements
No owner or operator shall operate any new stationary emergency standby diesel-fueled CI DRP engine, unless it meets all of the following applicable operating requirements and emission standards:

**34**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

3.2.3.1.3.1  New DRP Engines enrolled in an ISC on or after January 1, 2005, shall:

    3.2.3.1.3.1.1  meet the more stringent diesel PM standard of either 0.01 g/bhp-hr diesel PM, or the engine is a certified Tier 2 or Tier 3 engine with a Verified Diesel Emission Control Strategy; or

    3.2.3.1.3.1.2  the current model year diesel PM standard as specified in the Off-Road Compression Ignition Engine Standards for off-road engines with the same maximum rated power (title 13, CCR, section 2423) in effect on the date of ISC enrollment; and

    3.2.3.1.3.1.3  comply with the limitations on the hours of operation for maintenance and testing as specified in Subsection 3.2.1.3.1.1.3; and

    3.2.3.1.3.1.4  not operate more than 150 hours per year for ISC operation.

3.2.3.2  In-Use Emergency Standby Diesel-Fueled CI DRP Engines (>50 bhp)

    3.2.3.2.1  At-School and Near-School Provisions.
No owner or operator shall operate a new stationary emergency standby diesel-fueled CI DRP engine for non-emergency use, including maintenance and testing if the engine emits greater than 0.01 g/bhp-hr of diesel PM, during the following periods:

    3.2.3.2.1.1  whenever there is a school sponsored activity, if the engine is located on school grounds, and

    3.2.3.2.1.2  between 7:30 a.m. and 3:30 p.m. on days when school is in session, if the engine is located within 500 feet of school grounds.

    3.2.3.2.2  Operation During Rotating Outage.
No owner or operator shall operate any new stationary emergency standby diesel-fueled CI DRP engine (>50 bhp) in response to the notification of an impending rotating outage, unless the engine is operating pursuant to a DRP, or all of the following criteria are met:

    3.2.3.2.2.1  the engine's permit to operate allows operation of the engine in anticipation of a rotating outage, or the District has established a policy or program that authorizes operation of the engine in anticipation of a rotating outage; and

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

3.2.3.2.2.2   the Utility Distribution Company has ordered rotating outages in the control area where the engine is located, or has indicated it expects to issue such an order at a specified time; and

3.2.3.2.2.3   the engine is in a specific location that is subject to the rotating outage in the control area; and

3.2.3.2.2.4   the engine is operated no more than 30 minutes prior to the time when the Utility   Distribution Company officially forecasts a rotating outage in the control area; and

3.2.3.2.2.5   the engine operation is terminated immediately after the Utility Distribution Company advises that a rotating outage is no longer imminent or in effect.

3.2.3.2.3   Diesel PM Standard and Hours of Operating Requirements
No owner or operator shall operate any new stationary emergency standby diesel-fueled CI DRP engine (>50 bhp), unless it meets all of the following applicable operating requirements and emission standards:

3.2.3.2.3.1   In-Use DRP Engines enrolled in an ISC prior to January 1, 2005, shall as of January 1, 2006:
 3.2.3.2.3.1.1   meet a diesel PM standard of 0.15 g/bhp-hr diesel PM; and
 3.2.3.2.3.1.2   meet the requirements specified in Subsection 3.2.2.3.1 for maintenance and testing hours of operation; and
 3.2.3.2.3.1.3   not operate more than 150 hours per year for ISC operation.

3.2.3.2.3.2   In-Use DRP Engines enrolled in an ISC on or after January 1, 2005, and prior to January 1, 2008, shall:
 3.2.3.2.3.2.1   meet a diesel PM standard of 0.15 g/bhp-hr diesel PM; and
 3.2.3.2.3.2.2   meet the requirements specified in Subsection 3.2.2.3.1 for maintenance and testing hours of operation; and
 3.2.3.2.3.2.3   not operate more than 150 hours per year for ISC operation.

3.2.3.2.3.3   In-Use DRP Engines enrolled in an ISC on or after January 1, 2008, shall:
 3.2.3.2.3.3.1   meet a diesel PM standard of 0.01 g/bhp-hr diesel PM or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

|  | PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy; and |
| --- | --- |
| 3.2.3.2.3.3.2 | meet the requirements specified in Subsection 3.2.2.3.1 for maintenance and testing hours of operation; and |
| 3.2.3.2.3.3.3 | not operate more than 150 hours per year for ISC operation. |

3.2.3.3   Requirements Applicable to DRP Engines after a DRP is Terminated
After a DRP is terminated by either the Utility Distribution Company or the engine owner or operator, the DRP engine shall remain subject to the requirements of Subsection 3.2.3.2.3 as if the DRP were still in effect.


3.3    Stationary Prime Diesel-Fueled CI Engines (>50 bhp)

3.3.1    New Stationary Prime Diesel-Fueled CI Engines
No person shall sell, purchase, or lease for use in the District a new stationary prime diesel-fueled CI engine that has a rated brake horsepower greater than 50 unless it meets the following applicable emission standards, and no owner or operator shall operate any new stationary prime diesel-fueled CI engine that has a rated brake horsepower greater than 50 unless it meets all of the following emission standards and operational requirements (which are summarized in Table 3):

| **TABLE 3: SUMMARY OF THE STANDARDS FOR NEW STATIONARY PRIME DIESEL-FUELED CI ENGINES >50 BHP (SEE SUBSECTION 3.3.1.1)** |
| --- |
| **DIESEL PM STANDARDS (g/bhp-hr)** |
| Meet the more stringent of:<br><br>$\leq 0.01$[1]<br><br>OR<br><br>Off-Road CI Engine Certification Standard for an off-road engine of the same maximum rated power |

1.    Or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

3.3.1.1   Diesel PM Standard

All new stationary prime diesel-fueled CI engines shall emit diesel PM at a rate that is less than or equal to 0.01 grams diesel PM per brake-horsepower-hour (g/bhp-hr) or:

3.3.1.1.1   shall meet the diesel PM standard, as specified in the Off-Road Compression Ignition Engine Standards for off-road engines with the same maximum rated power (title 13, CCR, section 2423), in effect on the date of acquisition or submittal, whichever is more stringent, or

3.3.1.1.2   the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

3.3.2   In-Use Stationary Prime Diesel-Fueled CI Engines

No owner or operator shall operate an in-use stationary prime diesel-fueled CI engine (> 50 bhp) in the District unless it meets the following requirements (which are summarized in Table 4):

| TABLE 4: SUMMARY OF THE EMISSION STANDARDS FOR IN-USE STATIONARY PRIME DIESEL-FUELED CI ENGINES > 50 BHP (SEE SUBSECTION 3.3.2.1) | |
|---|---|
| **DIESEL PM** | |
| **DIESEL PM STANDARDS (g/bhp-hr)** | |
| **Applicability** | **Standard** |
| All off-road certified in-use prime engines | 85% reduction from baseline levels (Option 1) <br><br> OR <br><br> 0.01 g/bhp-hr[2] (Option 2) |

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

| | |
|---|---|
| Only in-use prime engines NOT certified in accordance with the Off-Road Compression Ignition Standards | 85% reduction from baseline levels (Option 1)<br><br>OR<br><br>0.01 g/bhp-hr[1] (Option 2)<br><br>OR<br><br>[30% reduction from baseline levels by January 1, 2006<br><br>AND<br>0.01 g/bhp-hr[1] by no later than July 1, 2011] (Option 3) |

1.    Or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

3.3.2.1   Diesel PM Standard
All in-use stationary prime diesel-fueled CI engines certified in accordance with the Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423) shall comply with either option 1 or option 2 below.  All engines not certified in accordance with the Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423) shall comply with option 1, option 2, or option 3 below:

3.3.2.1.1   Option 1
Reduce the diesel PM emission rate by at least 85 percent, by weight, from the baseline level, in accordance with the appropriate compliance schedule specified in Sections 4.1.9 and 4.1.10;

3.3.2.1.2   Option 2
Emit diesel PM at a rate less than or equal to 0.01 g/bhp-hr in accordance with the appropriate compliance schedule as specified in Sections 4.1.9 and 4.1.10, or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy;

3.3.2.1.3   Option 3

**39**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

Reduce the diesel PM emission rate by at least 30% from the baseline level, by no later than January 1, 2006, and emit diesel PM at a rate of 0.01 g/bhp-hr or less by no later than July 1, 2011, or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

3.4     Stationary Diesel-Fueled CI Engines (>50 bhp) Used in Agricultural Operations

3.4.1     New Stationary Diesel-Fueled CI Engines Used in Agricultural Operations
No person shall sell, purchase, or lease for use in the District any new stationary diesel-fueled engine to be used in agricultural operations that has a rated brake horsepower greater than 50, or operate any new stationary diesel-fueled engine to be used in agricultural operations that has a rated brake horsepower greater than 50, unless the engine meets all of the following emission performance standards (which are summarized in Table 5.):

| TABLE 5: SUMMARY OF THE EMISSION STANDARDS FOR NEW STATIONARY DIESEL-FUELED CI ENGINES > 50 BHP USED IN AGRICULTURAL OPERATIONS (SEE SUBSECTION 3.4.1.1 | |
|---|---|
| **Horsepower Range (hp)** | **DIESEL PM** |
| | **DIESEL PM STANDARDS (g/bhp-hr)** |
| All Applications Greater Than 50 But Less Than 100, Other Than Generator Sets | Less Than or Equal to 0.30[1]<br><br>OR<br><br>Off-Road CI Engine Certification Standard for an off-road engine of the same maximum rated power, whichever is more stringent[2] |
| All Applications Greater Than or Equal to 100 But Less Than 175, Other Than Generator Sets | Less Than or Equal to 0.22[1]<br><br>OR<br><br>Off-Road CI Engine Certification Standard for an off-road engine of the same maximum rated power, whichever is more stringent[2] |
| All Applications Greater Than or Equal to 175, Other Than Generator Sets | Less than or Equal to 0.15[1]<br><br>OR<br><br>Off-Road Engine Certification Standard for an off-road engine of the same maximum rated power, |

**40**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

| | |
|---|---|
| | whichever is more stringent[2] |
| Generator Set Engines Greater Than 50 | Less than or Equal to 0.15[1]<br><br>OR<br><br>Off-Road CI Engine Certification Standard for an off-road engine of the same maximum rated power, whichever is more stringent.[2] |

1. Prior to January 1, 2008, these limits shall not apply to engines sold from one agricultural operation to another and funded under State or federal incentive funding programs, as specified in 3.4.1.2.
2. Or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

### 3.4.1.1 Diesel PM Standard

3.4.1.1.1 New agricultural stationary diesel-fueled CI engines, used in all agricultural operations except generator set applications with a maximum rated horsepower greater than 50 but less than 100 shall emit no more than 0.30 g/bhp-hr diesel particulate matter (PM) limit or shall meet the standards, as specified in the Off-Road Compression-Ignition Engine Standards for off-road engines of the same maximum rated power (title 13, CCR, section 2423), in effect on the date of acquisition or submittal whichever is more stringent;

3.4.1.1.2 New agricultural stationary diesel-fueled CI engines, used in all agricultural operations except generator set applications with a maximum rated horsepower greater than or equal to 100 but less than 175 shall emit no more than 0.22 g/bhp-hr diesel particulate matter (PM) limit or shall meet the standards, as specified in the Off-Road Compression-Ignition Engine Standards for off-road engines of the same maximum rated power (title 13, CCR, section 2423), in effect on the date of acquisition or submittal whichever is more stringent;

3.4.1.1.3 New agricultural stationary diesel-fueled CI engines, used in all agricultural operations except generator set applications with a maximum rated horsepower greater than or equal to 175 shall emit no more than 0.15 g/bhp-hr diesel PM or shall meet the standards, as specified in the Off-Road Compression Ignition Engine Standards for off-road engines of the same maximum rated power (title 13, CCR, section 2423), in effect on the date of acquisition or submittal whichever is more stringent;

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

3.4.1.1.4   New agricultural stationary diesel-fueled CI engines, used in generator set applications with a maximum rated horsepower greater than 50, shall emit no more than 0.15 g/bhp-hr diesel PM, or shall meet the standards, as specified in the Off-Road Compression-Ignition Engine Standards for off-road engines of the same maximum rated power (title 13, CCR, section 2423), in effect on the date of acquisition or submittal whichever is more stringent;

3.4.1.1.5   On a site-specific basis, a District may exempt compliance with Subsections 3.4.1.1.1 through 3.4.1.1.4. up to four years provided:

   3.4.1.1.5.1   The District determines that an engine meeting Subsections 3.4.1.1.1 through 3.4.1.1.4 would exceed the District's threshold for significant risk pursuant to H&SC section 44391 (AB 2588 "Hot Spots" Program), and

   3.4.1.1.5.2   No later than four years after installation, the engine is removed and one of the following is installed:

      3.4.1.1.5.2.1   an electric motor;

      3.4.1.1.5.2.2   an engine greater than 50 bhp but less than 75 bhp that does not exceed 0.02 g/bhp-hr PM; or

      3.4.1.1.5.2.3   an engine greater than 75 bhp that does not exceed 0.01 g/bhp-hr diesel PM, or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

3.4.1.2   Diesel PM Standard Delay for Diesel-Fueled CI Engines Funded Through An Incentive Program

3.4.1.2.1   Prior to January 1, 2008, the requirements of Subsection 3.4.1.1 shall not apply to any stationary diesel-fueled CI engine that:

   3.4.1.2.1.1   is used in agricultural operations; and

   3.4.1.2.1.2   was funded under a State or federal incentive funding program; and

   3.4.1.2.1.3   was sold for use in another agricultural operation, provided the stationary diesel-fueled CI engine complies with Tier II Off-Road Compression Ignition Standards for off-road engines of the same maximum rated power (title 13, CCR, section 2423).

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

3.4.2    In-Use Stationary Diesel-Fueled CI Engines (>50 bhp) Used in Agricultural Operations

3.4.2.1    No owner or operator shall operate an in-use stationary diesel-fueled CI engine greater than 50 bhp in an agricultural operation in the District unless it meets the requirements in Subsections 3.4.2.1 through 3.4.2.3 (which are summarized in Tables 6 and 7):

| TABLE 6:  EMISSION STANDARDS NONCERTIFIED GREATER THAN 50 BHP IN-USE STATIONARY DIESEL-FUELED  ENGINES USED IN AGRICULTURAL OPERATIONS | | | |
|---|---|---|---|
| **Horsepower Range** | **Application** | **Compliance** <br><br> **On or After December 31** | **Diesel PM** <br><br> **Not to Exceed (g/bhp-hr)** |
| Greater Than 50 But Less Than 75 | Generator Sets | 2015 | 0.02 |
| | All Other Applications | 2011 | 0.30 |
| Greater Than or Equal to 75 But Less Than 100 | Generator Sets | 2015 | 0.01[1] |
| | All Other Applications | 2011 | 0.30 |
| Greater Than or Equal to 100 But Less Than 175 | Generator Sets | 2015 | 0.01[1] |
| | All Other Applications | 2010 | 0.22 |
| Greater Than or Equal to 175 But Less Than or Equal to 750 | All Applications | 2010 | 0.15 |
| Greater Than 750 | All Applications | 2014 | 0.075 |

1.    Or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

**43**

MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
REGULATION X
TOXIC AIR CONTAMINANTS

| TABLE 7:  EMISSION STANDARDS TIER 1- AND TIER 2-CERTIFIED GREATER THAN 50 BHP IN-USE STATIONARY DIESEL-FUELED ENGINES USED IN AGRICULTURAL OPERATIONS | | |
| --- | --- | --- |
| **Horsepower Range** | **Compliance**<br><br>**On or After December 31** | **Diesel PM**<br><br>**Not to Exceed (g/bhp-hr)** |
| Greater Than 50 But Less Than 75 | 2015 or 12 years after the date of initial installation, whichever is later | 0.02 |
| Greater Than or Equal to 75 But Less Than 175 | 2015 or 12 years after the date of initial installation, whichever is later | 0.01[1] |
| Greater Than or Equal to 175 But Less Than or Equal to 750 | 2014 or 12 years after the date of initial installation, whichever is later | 0.01[1] |
| Greater Than 750 | 2014 or 12 years after the date of initial installation, whichever is later | 0.075 |

1. Or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

3.4.2.2   Diesel PM Standards for Noncertified In-use Stationary Diesel-fueled CI Engines Used in Agricultural Operations:

3.4.2.2.1   On or after December 31, 2015, no owner or operator shall operate any greater than 50 but less than 75 bhp noncertified stationary diesel-fueled generator set engine used in an agricultural operation unless such generator set engine's diesel PM emissions do not exceed 0.02 g/bhp-hr.

3.4.2.2.2   On or after December 31, 2015, no owner or operator shall operate any greater than or equal to 75 but less than 175 bhp noncertified stationary diesel-fueled generator set engine used in an agricultural operation unless such generator set engine's diesel PM emissions do not exceed 0.01 g/bhp-hr, or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

3.4.2.2.3   On or after December 31, 2011, no owner or operator shall operate any greater than 50 but less than 75 bhp noncertified stationary diesel-fueled

**44**

**169**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

engine (other than a generator set engine) used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.30 g/bhp-hr.

3.4.2.2.4    On or after December 31, 2011, no owner or operator shall operate any greater than or equal to 75 but less than 100 bhp noncertified stationary diesel-fueled engine (other than a generator set engine) used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.30 g/bhp-hr.

3.4.2.2.5    On or after December 31, 2010, no owner or operator shall operate any greater than or equal to 100 but less than 175 bhp noncertified stationary diesel-fueled engine (other than a generator set engine) used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.22 g/bhp-hr.

3.4.2.2.6    On or after December 31, 2010, no owner or operator shall operate any greater than or equal to 175 through 750 bhp noncertified stationary diesel-fueled engine used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.15 g/bhp-hr.

3.4.2.2.7    On or after December 31, 2014, no owner or operator shall operate any greater than 750 bhp noncertified stationary diesel-fueled engine used in an agricultural operation unless such engine's diesel PM emissions do not exceed 0.075 g/bhp-hr.

3.4.2.3    Diesel PM Standards for Tier 1- and Tier 2-Certified In-use Stationary Diesel-fueled Engines Used in Agricultural Operations:

3.4.2.3.1    On or after December 31, 2015, or 12 years after the date of initial installation, whichever is later, no owner or operator shall operate any greater than 50 but less than 75 bhp Tier 1- or Tier 2-certified stationary diesel-fueled engine used in an agricultural operation that did not meet the Standard in Subsection 3.4.1.1.1 at the time of installation unless such engine's diesel PM emissions do not exceed 0.02 g/bhp-hr.

3.4.2.3.2    On or after December 31, 2015, or 12 years after the date of initial installation, whichever is later, no owner or operator shall operate any greater than or equal to 75 but less than 175 bhp Tier 1- or Tier 2-certified stationary diesel-fueled engine used in an agricultural operation that did not

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

meet the Standard in Subsection 3.4.1.1.1 at the time of installation unless such engine's diesel PM emissions do not exceed 0.01 g/bhp-hr, or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

3.4.2.3.3   On or after December 31, 2014, or 12 years after the date of initial installation, whichever is later, no owner or operator shall operate any greater than or equal to 175 through 750 bhp Tier 1- or Tier 2-certified stationary diesel-fueled engine used in an agricultural operation that did not meet the Standard in Subsection 3.4.1.1.1 at the time of installation unless such engine's diesel PM emissions do not exceed 0.01 g/bhp-hr, or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

3.4.2.3.4   On or after December 31, 2014 or 12 years after the date of initial installation, whichever is later, no owner or operator shall operate any greater than 750 bhp Tier 1- or Tier 2-certified stationary diesel-fueled engine used in an agricultural operation that did not meet the Standard in Subsection 3.4.1.1.1 at the time of installation unless such engine's diesel PM emissions do not exceed 0.075 g/bhp-hr.

3.4.2.4   Extension of Compliance Dates Due to Lack of Engine Packages
The APCO may extend the compliance dates in Subsections 3.4.2.1 through 3.4.2.3 up to one year, provided that verifiable information shows new engine packages for stationary diesel engine applications are not available in sufficient numbers or in a sufficient range of makes, models, and sizes to replace in-use stationary diesel agricultural engines.

3.4.2.5   Extension of Compliance Dates Due to Air Toxic Information and Assessment Act Issues
On a site-specific basis, a District may extend compliance dates in Subsections 3.4.2.1 and 3.4.2.2 up to four years provided:

3.4.2.5.1   The District determines that an engine meeting Subsection 3.4.2.2 would exceed the District's threshold for significant risk pursuant to H&SC section 44391 (AB 2588 "Hot Spots" Program), and

3.4.2.5.2   No later than four years after the applicable initial compliance date for Subsection 3.4.2.2, one of the following is installed:

**46**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

3.4.2.5.2.1  an electric motor;

3.4.2.5.2.2  an engine greater than 50 bhp but less than 75 bhp that does not exceed 0.02 g/bhp-hr PM; or

3.4.2.5.2.3  an engine greater than 75 bhp that does not exceed 0.01 g/bhp-hr diesel PM, or the engine is a certified Tier 2 or Tier 3 engine meeting 0.15 g PM/bhp-hr with a Level 3 Verified Diesel Emission Control Strategy.

3.4.2.6  Extension of Compliance Dates Due to Electrification
The District may allow an owner or operator up to two additional years to comply with Subsections 3.4.2.1 through 3.4.2.3, provided at least 60 days prior to the applicable compliance date or dates, the owner or operator submits to the APCO documentation demonstrating that an affected engine or engines shall be replaced with an electric motor or electric motors within two years.  Documentation for each engine replaced shall include identification of the engine, the purchasing agreement for the electric motor, and a copy of an agreement with a utility distribution company to provide electricity if electricity is not already available for electric motor operation.

3.5  Emission Standards for New Stationary Diesel-Fueled CI Engines, Less Than or Equal to 50-Brake Horsepower (<50 bhp)

3.5.1  As of January 1, 2005, no person shall sell, offer for sale, or lease for use in the District any stationary diesel-fueled CI engine that has a rated brake horsepower less than or equal to 50, unless the engine meets the current Off-Road Compression-Ignition Engine Standards (title 13, CCR, section 2423) for PM for diesel off-road engines of the same maximum rated power. (These requirements are summarized in Table 8)

| **TABLE 8  SUMMARY OF THE EMISSION STANDARDS FOR STATIONARY DIESEL-FUELED CI ENGINES < 50 BHP (SEE SUBSECTION 3.5.1)** |
| --- |
| DIESEL PM STANDARDS (g/bhp-hr) |
| Current Off-Road CI Engine Certification Standard for an off-road engine of the same maximum rated power |

PART 4 ADMINISTRATIVE REQUIREMENTS

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
REGULATION X
TOXIC AIR CONTAMINANTS**

4.1      Record-keeping, Reporting, and Monitoring Requirements

   4.1.1    Reporting Requirements for Owners or Operators of New and In-Use Stationary CI
            Engines, Including Non-Diesel-Fueled CI Engines, Having a Rated Horsepower
            Greater than 50 (> 50 bhp)

      4.1.1.1   Except as provided in Section 1.3 and Subsection 4.1.1.5 below, prior to the
                installation of any new stationary CI engine (> 50 bhp) at a facility, each owner or
                operator shall provide the information identified in Subsection 4.1.1.3 to the
                District APCO.

      4.1.1.2   Except as provided in Section 1.3 and Subsection 4.1.1.5 below, no later than July
                1, 2005, each owner or operator of an in-use stationary CI engine (>50 bhp) shall
                provide the information specified in Subsection 4.1.1.3 to the District APCO.

      4.1.1.3   Each owner or operator shall submit to the District APCO the following
                information for each new and in-use stationary CI engine (>50 bhp) in accordance
                with the requirements of Subsections 4.1.1.1 and 4.1.1.2 above:

         4.1.1.3.1     Owner/Operator Contact Information
         4.1.1.3.1.1   Company name
         4.1.1.3.1.2   Contact name, phone number, address, e-mail address
         4.1.1.3.1.3   Address of engine(s)

         4.1.1.3.2     Engine Information
         4.1.1.3.2.1   Make,
         4.1.1.3.2.2   Model,
         4.1.1.3.2.3   Engine Family,
         4.1.1.3.2.4   Serial number,
         4.1.1.3.2.5   Year of manufacture (if unable to determine, approximate age),
         4.1.1.3.2.6   Rated Brake Horsepower,
         4.1.1.3.2.7   Exhaust stack height from ground,
         4.1.1.3.2.8   Engine Emission Factor and supporting data for PM (if available)
                       from manufacturers data, source tests, or other sources (specify),
         4.1.1.3.2.9   Diameter of stack outlet,
         4.1.1.3.2.10  Direction of outlet (horizontal or vertical),
         4.1.1.3.2.11  End of stack (open or capped),

**48**

**Rule 1010 (Air Toxic Control Measure For
                                        Stationary Compression Ignition Engines)**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

4.1.1.3.2.12    Control equipment (if applicable)
    4.1.1.3.2.12.1  Turbocharger,
    4.1.1.3.2.12.2  Aftercooler,
    4.1.1.3.2.12.3  Injection Timing Retard,
    4.1.1.3.2.12.4  Catalyst,
    4.1.1.3.2.12.5  Diesel Particulate Filter,
    4.1.1.3.2.12.6  Other;

4.1.1.3.3    Fuel(s) Used
    4.1.1.3.3.1  CARB Diesel,
    4.1.1.3.3.2  Jet Fuel,
    4.1.1.3.3.3  Diesel,
    4.1.1.3.3.4  Alternative diesel fuel (specify),
    4.1.1.3.3.5  Alternative fuel (specify),
    4.1.1.3.3.6  Combination (Dual fuel) (specify),
    4.1.1.3.3.7  Other (specify),

4.1.1.3.4    Operation Information, including:
    4.1.1.3.4.1  Describe general use of engine,
    4.1.1.3.4.2  Typical load (percent of maximum bhp rating),
    4.1.1.3.4.3  Typical annual hours of operation,
    4.1.1.3.4.4  If seasonal, months of year operated and typical hours per month
        operated,
    4.1.1.3.4.5  Fuel usage rate (if available);

4.1.1.3.5    Receptor Information, including:
    4.1.1.3.5.1  Nearest receptor description (receptor type),
    4.1.1.3.5.2  Distance to nearest receptor (feet or meters),
    4.1.1.3.5.3  Distance to nearest school grounds;

4.1.1.3.6    A statement whether the engine is included in an existing AB 2588 emission
    inventory.

4.1.1.4    Except as provided in Section 1.3 no later than180 days prior to the earliest
    applicable compliance date specified in Sections 4.1.9 or 4.1.10, each owner or
    operator of an in-use stationary diesel-fueled CI engine greater than 50 brake
    horsepower shall provide the following additional information to the District
    APCO: an identification of the control strategy for each stationary diesel-fueled CI
    engine that when implemented will result in compliance with Sections 3.2 and

**49**

**174**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

3.3. If applicable, the information should include the Executive Order number issued by the Executive Officer for a Diesel Emission Control Strategy that has been approved by the Executive Officer through the Verification Procedure.

4.1.1.5   The APCO may exempt the owner or operator from providing all or part of the information identified in Subsections 4.1.1.3 or 4.1.1.4 if there is a current record of the information in the owner or operator's permit to operate, permit application, District registration program, or other District records.

4.1.1.6   Upon written request by the Executive Officer, the APCO shall provide to the Executive Officer an electronic database file of all information identified in Subsections 4.1.1.3 or 4.1.1.4.

4.1.2     Reporting Requirements for Sellers of Stationary Diesel-Fueled CI Engines Having a Rated Brake Horsepower Less Than or Equal to 50

4.1.2.1   Except as provided in Section 1.3, no later than January 31, 2006 and by January 31st of each year thereafter, all sellers of stationary diesel- fueled CI engines sold for use in the District that have a rated brake horsepower less than or equal to 50 shall provide the following information for the previous calendar year to the Executive Officer of the Air Resources Board:

4.1.2.1.1     Contact Information
4.1.2.1.1.1  Sellers Company Name (if applicable),
4.1.2.1.1.2  Contact name, phone number, e-mail address;

4.1.2.1.2     Engine Sales Information (for each engine sold for use in the District in the previous calendar year)
4.1.2.1.2.1  Make,
4.1.2.1.2.2  Model,
4.1.2.1.2.3  Model year (if known),
4.1.2.1.2.4  Rated brake horsepower,
4.1.2.1.2.5  Number of engines sold,
4.1.2.1.2.6  Certification executive order number (if applicable),
4.1.2.1.2.7  Engine family number (if known), and
4.1.2.1.2.8  Emission control strategy (if applicable),

4.1.3     Demonstration of Compliance with Emission Limits

**50**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

4.1.3.1   Prior to the installation of a new stationary diesel-fueled CI engine at a facility, the owner or operator of the new stationary diesel-fueled CI engine(s) subject to the requirements of Subsection 3.2.1.3, 3.2.3.1, and 3.3.1.1 shall provide emission data to the APCO in accordance with the requirements of Section 4.1.11 for purposes of demonstrating compliance.

4.1.3.2   By no later than the earliest applicable compliance date specified in Sections 4.1.9 or 4.1.10, the owner or operator of an in-use stationary diesel-fueled CI engine(s) subject to the requirements of Subsection 3.2.2.3, 3.2.3.2.3, or 3.3.2.1 shall provide emissions and/or operational data to the APCO in accordance with the requirements of Section 4.1.11 for purposes of demonstrating compliance.

4.1.4      Notification of Loss of Exemption

4.1.4.1   Owners or operators of in-use stationary diesel-fueled CI engines, who are operating under an exemption specified in Section 1.3 or Subsection 3.4.1.1.5 from all or part of the requirements of Sections 3.2, 3.3, or 3.4 shall notify the APCO within five days after they become aware that the exemption no longer applies and shall demonstrate compliance with the applicable requirements of:

4.1.4.1.1   Section 3.2 or 3.3, no later than 180 days after the date the exemption no longer applies; or

4.1.4.1.2   Section 3.4, no later than 18 months after the date the exemption no longer applies or no later than 18 months after the emission standard compliance date set forth in Section 3.4, whichever is later.

4.1.4.2   An owner or operator of an in-use stationary diesel-fueled CI engine(s) subject to the requirements of Sections 3.2, 3.3, or 3.4 shall provide emissions data to the APCO in accordance with the requirements of Section 4.1.11 for purposes of demonstrating compliance pursuant to Section 4.1.4.

4.1.5      Monitoring Equipment

4.1.5.1   A non-resettable hour meter with a minimum display capability of 9,999 hours shall be installed upon engine installation, or by no later than January 1, 2005, on

**51**

**176**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

all engines subject to all or part of the requirements of Sections 3.2, 3.3, or 3.4.1 unless the District determines on a case-by-case basis that a non-resettable hour meter with a different minimum display capability is appropriate in consideration of the historical use of the engine and the owner or operator's compliance history.

4.1.5.2   All DPFs installed pursuant to the requirements in Sections 3.2, 3.3, or 3.4.1 must, upon engine installation or by no later than January 1, 2005, be installed with a backpressure monitor that notifies the owner or operator when the high backpressure limit of the engine is approached.

4.1.5.3   The APCO may require the owner or operator to install and maintain additional monitoring equipment for the particular emission control strategy(ies) used to meet the requirements of sections 3.2, 3.3, or 3.4.1.

4.1.6     Reporting Provisions for Exempted Agricultural Emergency, Prime, and Nonagricultural Emergency Engines

4.1.6.1   An owner or operator of an agricultural emergency standby generator set engine subject to section 1.3.1 or an engine subject to section 1.3.6 shall keep records of the number of hours the engines are operated on a monthly basis.  Such records shall be retained for a minimum of 36 months from the date of entry.  Record entries made within 24 months of the most recent entry shall be retained on-site, either at a central location or at the engine's location, and made immediately available to the District staff upon request.  Record entries made from 25 to 36 months from the most recent entry shall be made available to District staff within 5 working days from the district's request.

4.1.7     Reporting Requirements for Emergency Standby Engines

4.1.7.1   Starting January 1, 2005, each owner or operator of an emergency standby diesel-fueled CI engine shall keep records and prepare a monthly summary that shall list and document the nature of use for each of the following:

4.1.7.1.1   emergency use hours of operation;
4.1.7.1.2   maintenance and testing hours of operation;
4.1.7.1.3   hours of operation for emission testing to show compliance with sections 3.2.1. and 3.2.2;

MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
REGULATION X
TOXIC AIR CONTAMINANTS

4.1.7.1.4    initial start-up testing hours;

4.1.7.1.5    if applicable, hours of operation to comply with the requirements of NFPA 25;

4.1.7.1.6    hours of operation for all uses other than those specified in Subsections 4.1.7.1.1 through 4.1.7.1.5 above; and

4.1.7.1.7    the fuel used.

    4.1.7.1.7.1  For engines operated exclusively on CARB Diesel Fuel, the owner or operator shall document the use of CARB Diesel Fuel through the retention of fuel purchase records indicating that the only fuel purchased for supply to an emergency standby engine was CARB Diesel Fuel; or

    4.1.7.1.7.2  For engines operated on any fuel other than CARB Diesel Fuel, fuel records demonstrating that the only fuel purchased and added to an emergency standby engine or engines, or to any fuel tank directly attached to an emergency standby engine or engines, meets the requirements of section 3.1.

4.1.7.2    Records shall be retained for a minimum of 36 months.  Records for the prior 24 months shall be retained on-site, either at a central location or at the engine's location, or at an offsite central location within California, and shall be made immediately available to the District staff upon request.  Records for the prior 25 to 36 months shall be made available to District staff within 5 working days from request.

4.1.8    Additional Reporting Requirements for the Stationary Emergency Standby Diesel-Fueled CI Engines Used To Fulfill the Requirements of an Interruptible Service Contract (ISC)

4.1.8.1    The owner or operator of an ISC engine shall provide to the District the following information, as necessary to the extent the District does not already have the information:

4.1.8.1.1    For each diesel-fueled engine enrolled in the ISC:

4.1.8.1.1.1  Owner's Company Name (if applicable);

4.1.8.1.1.2  Contact name, phone number, e-mail address; and

4.1.8.1.1.3  Diesel PM emission rate of the engine (g/bhp-hr).

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT
REGULATION X
TOXIC AIR CONTAMINANTS**

4.1.8.1.2   For engines enrolled in an ISC prior to January 1, 2005, the information identified in Subsection 4.1.8.1.1 shall be provided to the District by January 31, 2005; and

4.1.8.1.3   For engines enrolled in an ISC after January 1, 2005, the information identified in Subsection 4.1.8.1.1 shall be provided to the District no later than 30 days after the engine is enrolled in an ISC.

4.1.8.1.4   The owner or operator shall update the information as necessary to reflect the current inventory of ISC engines and shall provide the updated information to the District upon request.

4.1.9   Compliance Schedule for Owners or Operators of Three or Fewer Engines (>50 bhp) Located Within the District

4.1.9.1   All owners and operators of three or fewer engines located within the District, who will meet the requirements of section 3.2.2 solely by maintaining or reducing the current annual hours of operation for maintenance and testing, shall be in compliance with the annual hours of operation limits beginning January 1, 2006.

4.1.9.2   All owners and operators of three or fewer engines located within the District, which are not in compliance with 4.1.9.1 but are required to meet the requirements of sections 3.2.2 or 3.3.2, shall comply with section 3.2.2 or 3.3.2, whichever applies, according to the following schedule:
4.1.9.2.1   All pre-1989 through 1989 model year engines, inclusive, shall be in compliance by no later than January 1, 2006;
4.1.9.2.2   All 1990 through 1995 model year engines, inclusive, shall be in compliance by no later than January 1, 2007; and
4.1.9.2.3   All 1996 and later model year engines shall be in compliance by no later than January 1, 2008.

4.1.10   Compliance Schedule for Owners or Operators of Four or More Engines (>50 bhp) Located Within the District

4.1.10.1   All owners and operators of four or more engines located within the District, who will meet the requirements of sections 3.2.2 solely by maintaining or reducing the current annual hours of operation for maintenance and testing, shall be in compliance with the annual hours of operation limits beginning January 1, 2006.

**54**

**Rule 1010 (Air Toxic Control Measure For Stationary Compression Ignition Engines)**

**179**

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

4.1.10.2 All owners and operators of four or more engines located within the District, who are not in compliance with section 4.1.10.1 but are required to meet the requirements of sections 3.2.2 or 3.3.2, shall comply with sections 3.2.2 or 3.3.2, whichever applies, according to the following schedule:

Pre-1989 Through 1989 Model Year Engines, Inclusive

| Percent of Engines | Compliance date |
|---|---|
| 50% | January 1, 2007 |
| 75% | January 1, 2008 |
| 100% | January 1, 2009 |

1990 through 1995 Model Year Engines, Inclusive

| Percent of Engines | Compliance date |
|---|---|
| 30% | January 1, 2007 |
| 60% | January 1, 2008 |
| 100% | January 1, 2009 |

1996 and Later Model Year Engines

| Percent of Engines | Compliance date |
|---|---|
| 50% | January 1, 2008 |
| 100% | January 1, 2009 |

4.1.11      Emissions Data

4.1.11.1 Upon approval by the APCO, the following sources of data may be used in whole or part to meet the emission data requirements of Sections 3.2 through 3.5:

4.1.11.1.1      off-road engine certification test data for the stationary diesel-fueled CI engine,

4.1.11.1.2      engine manufacturer test data,

4.1.11.1.3      emissions test data from a similar engine, or

4.1.11.1.4      emissions test data used in meeting the requirements of the Verification Procedure for the emission control strategy implemented.

4.1.11.2 Emissions testing of a stationary diesel-fueled CI engine, for purposes of showing compliance with the requirements of Sections 3.2 through 3.5, shall be done in accordance with the methods specified in Part 5.

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

4.1.11.3  For purposes of emissions testing, the particulate matter (PM) emissions from a dual-fueled stationary CI engine, which uses as its fuel a mixture of diesel fuel and other fuel(s), shall be deemed to be 100% diesel PM.

4.1.11.4  Emissions testing for the purposes of determining the percent change from baseline shall include baseline and emission control strategy testing subject to the following conditions:

    4.1.11.4.1  Baseline testing may be conducted with the emission control strategy in place, provided the test sample is taken upstream of the emission control strategy and the presence of the emission control strategy is shown to the District APCO's satisfaction as having no influence on the emission test results;

    4.1.11.4.2  Control strategy testing shall be performed on the stationary diesel-fueled CI engine with full implementation of the emission control strategy;

    4.1.11.4.3  The percent change from baseline shall be calculated as the baseline emissions minus control strategy emissions, with the difference being divided  by the baseline emissions and the result expressed as a percentage; and

    4.1.11.4.4  The same test method shall be used for determining both baseline emissions and control strategy emissions.

4.1.11.5  Emissions testing for the purposes of demonstrating compliance with an emission level shall be performed on the stationary diesel-fueled CI engine with the emission control strategy fully implemented.

PART 5 TEST METHODS

5.1  Test Methods

    Diesel PM emission testing shall be done in accordance with one of the following methods:

5.1.1  California Air Resources Board Method 5 (ARB Method 5), "Determination of Particulate Matter Emissions from Stationary Sources," as amended July 28, 1997, which is incorporated herein by reference.

**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT**
**REGULATION X**
**TOXIC AIR CONTAMINANTS**

5.1.1.1   For purposes of this subsection, diesel PM shall be measured only by the probe catch and filter catch and shall not include PM captured in the impinger catch or solvent extract.

5.1.1.2   The tests are to be carried out under steady state operation. Test cycles and loads shall be in accordance with ISO-8178 Part 4 or alternative test cycle approved by the District.

5.1.1.3   The District may require additional engine or operational duty cycle data if an alternative test cycle is requested; or

5.1.2   International Organization for Standardization (ISO) 8178 Test procedures: ISO 8178-1:1996(E) ("ISO 8178 Part 1") ISO 8178-2:1996(E) ("ISO 8178 Part 2"); and ISO 8178-4:1996(E) ("ISO 8178 Part 4"), which are incorporated herein by reference; or

5.1.3   Title 13, California Code of Regulations, section 2423, "Exhaust Emission Standards and Test Procedures - Off-Road Compression Ignition Engines," which is incorporated herein by reference.

5.2   Alternative Test Methods

The District may approve the use of alternatives to the test methods listed in Section 5.1, provided the alternatives are demonstrated to the District's satisfaction as accurate in determining the emission rate of diesel PM.

\* \* \* \* \*