**GRANTED**
*[signature]* Judge James Ware
1/12/2009

1  David P. Schott, Esq.
   Calif. State Bar No. 123419
2  24580 Silver Cloud Ct.,
   Monterey, CA 93940
3
   Telephone Number (831) 647-9411
4  E-Mail: dschott@mbuapcd.org

5  Attorney for Defendant, Monterey Bay Unified Air Pollution Control District

6              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                    SAN JOSE DIVISION

| | |
|---|---|
| JENSEN FAMILY FARMS, INC., a California Corporation, | Case No. 5:08-CV-05003-JW |
| Plaintiffs, | STIPULATION REGARDING EXTENSION TO TIME TO ANSWER OR OTHERWISE RESPOND |
| Vs. | |
| MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT, and DOES 1, through 10, inclusive, | |
| Defendants. | |

Plaintiff JENSEN FAMILY FARMS, INC. and Defendant MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT hereby stipulate as follows:

Defendant MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT shall have until January 20, 2009 to answer or otherwise respond to Plaintiff's First Amended Complaint for Declaratory and Injunctive Relief in the above entitled matter.

*[signature]*                          *[signature]*
Matthew S. Hale                        David P. Schott
Attorney for Plaintiff                 Attorney for Defendant
Date: 1/6/09                           Date: 1/6/09

-1-