EDMUND G. BROWN JR.
Attorney General of California
KATHLEEN A. KENEALY (SBN 212289)
GAVIN G. MCCABE (SBN 130864)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102
 Telephone: (415) 703-5605
 Fax: (415) 703-5480
 E-mail: Gavin.McCabe@doj.ca.gov
*Attorneys for Defendant-Intervenor
California Air Resources Board*

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
3/13/2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JENSEN FAMILY FARMS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MONTEREY BAY UNIFIED AIR POLLUTION CONTROL DISTRICT,**<br><br>Defendant.<br><br>**CALIFORNIA AIR RESOURCES BOARD**<br><br>Defendant-Intervenor | Case No. 5:08-cv-05003-JW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING ON MOTION FOR SUMMARY JUDGMENT (LOCAL RULE 6-2)**<br><br>Judge:   Honorable James Ware<br>Trial Date:   Not Set<br>Action Filed: November 3, 2008 |

Pursuant to Northern District Local Rule 6-2, Plaintiff Jensen Family Farms, Inc. ("Jensen Farms"), Defendant Monterey Bay Unified Air Pollution Control District ("District") and Defendant-Intervenor California Air Resources Board ("CARB"), jointly move this Court for an order changing the time for the hearing on Jensen's motion for summary judgment. The hearing on the motion was originally set for March 30, 2009. However, per the Clerk's Notice filed February 27, 2009, the hearing is currently set for April 6, 2009. The parties now request that the hearing be reset for April 20, 2009.

The reason for the request is that Defendants District and CARB have requested more time to prepare their opposition to the motion. The District has had a change in counsel representing them and new counsel requests additional time to familiarize himself with the case. In addition, CARB's counsel has a conflict on the April 6, 2009 hearing date. Plaintiff Jensen does not seek more time but has agreed to accommodate the Defendants' request and joins in this stipulation.

There have been no other time modifications regarding this motion for summary judgment. Previously, Jensen Farms and the District agreed to two stipulations extending the District's time to file its answer. Beyond the two weeks requested, this requested time modification will have no impact on the schedule for the case.

_____/S/_____  _____/S/_____
Matthew S. Hale   Leslie J. Girard
Attorney for Plaintiff   Attorney for Defendant District

Dated: 3/10/09   Dated: 3/10/09

_____/S/_____
Gavin G. McCabe
Attorney for Defendant-Intervenor CARB

Dated: 3/10/09

**IT IS SO ORDERED AS MODIFIED:**

The Court continues the hearing set for April 6, 2009 at 9:00 AM to April 27, 2009 at 9:00 AM.

Dated: March 13, 2009

_James Ware_____
United States District Judge

Stipulated Request for Order Changing Time - Case No. 5:08-cv-05003-JW

**CERTIFICATE OF SERVICE**
**Case No. 5:08-cv-05003-JW**

I hereby certify that on March 10, 2009, I electronically filed the following document: **STIPULATED REQUEST FOR ORDER CHANGING TIME** with the Clerk of the Court for the United States District Court for the Northern District of California by using the ECF system. Participants in the case who are registered ECF users will be served by the Court's ECF system. I further certify that I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following:

Matthew S. Hale, Esq.
HALE & ASSOCIATES
P.O. Box 1446
Newport News, VA 23601

Leslie J. Girard
Assistant County Counsel
Office of the County Counsel
County of Monterey
168 West Alisal Street, 3rd Floor
Salinas, CA 93901-2680

Signature: <u>S/S  Gavin G. McCabe</u>